UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PENDLETON HEIGHTS GAY-STRAIGHT ALLIANCE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:21-cv-02480-JRS-TAB |
| SOUTH MADISON COMMUNITY SCHOOL CORPORATION, PRINCIPAL, PENDLETON HEIGHTS HIGH SCHOOL, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER ON OCTOBER 14, 2021, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel October 14, 2021, for a telephonic status conference. Discussion was held regarding case management and settlement. Discovery may proceed, and Defendants shall file a response to Plaintiff's motion for preliminary injunction by December 10, 2021. Plaintiff shall file any reply brief by December 21, 2021. Counsel does not anticipate the need for an evidentiary hearing on this motion. Counsel shall contact the magistrate judge if, following anticipated depositions, there appears to be an opportunity to settle this matter.

Dated:  10/20/2021

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email