

Mark Hall <mhall@smcsc.com>

## RE: Mark J. Hall, Principal - Contact Form

**MARK HALL** <MHALL@smadison.k12.in.us>                                    Wed, May 15, 2013 at 11:28 AM
To: "dbell2819@gmail.com" <dbell2819@gmail.com>
Bcc: Joe Buck <JBUCK@smadison.k12.in.us>

Mr. Bell,

There is a student lead group at Pendleton Heights High School that call themselves the Straight-Gay Alliance. They are not a school sanctioned group, although I do require an adult supervisor to be present when they use our facilities. In compliance with the Equal Access Act of 1984, they are allowed equal access to use our facilities and publications as any other non-sanctioned, non-curricular group. Since we allow Fellowship for Christian Athletes, Youth Alive, and a prayer group to use your facilities before school, we are obligated to give any student lead non-curricular group the same privileges.

It is my understanding that there are about 10-15 students in this group, although I have never been present during one of their meetings so I couldn't tell you for sure the exact number of students involved. I am aware that the students have produced T-Shirts several months ago and occasionally wear them. I am unaware of them distributing them or selling them during school hours. I have not witnessed them doing that or had that reported to me. My assumption was that they did this before our after school. The shirts do not violate our school board dress code policy so they have been allowed to be worn.

Let me know if you have any other questions or concerns that I can help answer.

Mark J. Hall
Principal
Pendleton Heights High School

_____
From: donotreply@thinqed.com [donotreply@thinqed.com] on behalf of dbell2819@gmail.com [dbell2819@gmail.com]
Sent: Wednesday, May 15, 2013 10:56 AM
To: MARK HALL
Subject: Mark J. Hall, Principal - Contact Form

Name    : David Bell
Email   : dbell2819@gmail.com
Address : 1049 Chipmunk Lane
City    : Pendleton
State   : IN
Zip     : 46064
Phone   : 317-460-0575
Comments: Recently, it was brought to my attention that a student club, the Pendleton GLBT, or something similar was either giving out, or selling T-Shirts to support their cause during school.
I was curious if you were aware of this, and would like more information. Is this a school-sanctioned club or group, and were they in fact distributing shirts to other students during school? Thank you for any information.

Kindest regards,
David Bell

Date & Time Sent: May 15, 2013 - 10:56:07 am Eastern
Mail Originated From: c-98-220-30-227.hsd1.in.comcast.net (98.220.30.227)

EXHIBIT A