UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION


PENDLETON HEIGHTS GAY-STRAIGHT
ALLIANCE,

     Plaintiff,            CIVIL ACTION NO.
                           1:21-cv-02480-JRS-TAB
 vs.

SOUTH MADISON COMMUNITY
SCHOOL CORPORATION, et al.,

     Defendants.


THE 30(b)(6) DEPOSITION OF
PENDLETON HEIGHTS HIGH SCHOOL
UPON ORAL EXAMINATION OF
PRINCIPAL CONNIE RICKERT


    The 30(b)(6) deposition of Pendleton Heights High
School, upon oral examination of Principal Connie
Rickert, a witness produced and sworn before me,
Paula A. Morgan, Notary Public in and for the County
of Hamilton, State of Indiana, taken on the 15th day
of November, 2021, in the offices of the South
Madison Community School Corporation, 203 South
Heritage Way, Pendleton, Madison County, Indiana,
pursuant to the Federal Rules of Civil Procedure.
This deposition was taken on behalf of the Plaintiff
in the above-captioned matter.


ASSOCIATED REPORTING, INC.
251 East Ohio Street, Suite 940
Indianapolis, Indiana 46204
(317) 631-0940
www.associated-reporting.com

**EXHIBIT B**

2

1                          APPEARANCES

2

     FOR THE PLAINTIFF:
3
      Kenneth J. Falk
4     Stevie J. Pactor
      ACLU OF INDIANA
5     1031 East Washington Street
      Indianapolis, Indiana 46202
6
     FOR THE DEFENDANTS:
7
      Liberty L. Roberts
8     CHURCH CHURCH HITTLE & ANTRIM
      Two North Ninth Street
9     Noblesville, Indiana 46060

10   ALSO PRESENT:

11    Dr. Mark Hall – South Madison Community
                      School Corporation
12

13

14

15                    INDEX OF EXAMINATION

16                                                    Page
     EXAMINATION   (By Mr. Falk)                        4
17
     EXAMINATION   (By Ms. Roberts)                    69
18
     FURTHER EXAMINATION   (By Mr. Falk)               73
19

20

21

22

23

24

25

3

1                          <u>EXHIBIT INDEX</u>

2
        <u>No.</u>              <u>Description</u>                      <u>Page</u>
3       Exhibit 1         Notice of Deposition                      5

4       Exhibit 2         Policy Manual –                           8
                          "Corporation-Sponsored Clubs and
5                         Activities"

6       Exhibit 3         Policy Manual – "Equal Access             8
                          for nonCorporation-Sponsored
7                         Student Clubs and Activities"

8       Exhibit 4         Administrative Guideline                  8
                          Manual – "Corporation-Sponsored
9                         Clubs and Activities"

10      Exhibit 5         Pendleton Heights High School            22
                          Student Handbook 2021-2022
11
        Exhibit 6         11/12/21 Roberts/Falk e-mail             42
12
        Exhibit 7         9/16/21 Board of School                  48
13                        Trustees' Meeting minutes

14      Exhibit 8         GSA Request for Use of School            54
                          Facilities and Equipment
15
        Exhibit 9         9/7/21-9/16/21 e-mail chain              55
16
        Exhibit 10        Not marked
17
        Exhibit 11        Policy Manual – Relations with           12
18                        Special Interest Groups

19

20

21

22

23

24

25

4

1          (Deposition Exhibits 1 through 9 were marked for

2       identification.)

3        C O N N I E  R I C K E R T, the witness herein,

4       having been first duly sworn to tell the truth, the

5       whole truth, and nothing but the truth, was examined

6       and testified as follows:

7       EXAMINATION,

8        QUESTIONS BY MR. FALK:

9   Q  State your name, please.

10  A  Connie Rickert.

11  Q  And how do you spell your last name, for the court

12     reporter?

13  A  R-I-C-K-E-R-T.

14  Q  What is your current position?

15  A  Principal at Pendleton Heights High School.

16  Q  And I know, from talking to you before we started,

17     that this is your first deposition?

18  A  Correct.

19  Q  And you hope to be your last deposition?

20  A  Correct.

21  Q  Okay.  Well, I'm sure your attorney told you this is

22     just an asking/answering questions under oath.

23  A  Uh-huh.

24  Q  There is no judge here, but everything you're saying

25     is being taken down by the court reporter.  Okay?

1   A   Yes.

2   Q   Okay.  And you're going to have to speak loudly

3       enough for the court reporter to hear.

4   A   No problem.

5   Q   And we're going to have to make sure we don't talk

6       over each other so that the court reporter can get

7       everything down.  Okay?

8   A   Okay.

9   Q   If at any point you don't understand my question, if

10      I speak too fast -- I guarantee you I will not speak

11      too slowly, but if I speak too fast or if I lapse

12      into incoherence, let me know.  Otherwise, I'll

13      assume you understand the question.  Okay?

14  A   Okay.

15  Q   If at any point you want to talk to your attorney,

16      you, of course, can do so.  The only rule is that you

17      need to answer the question that's pending before you

18      before you talk to the attorney.  Okay?

19  A   Okay.

20  Q   I'm showing you what's been marked as Exhibit 1.  Do

21      you recognize this document?

22  A   Yes.

23  Q   And this actually is an amended document.  I added a

24      paragraph to it and sent it to your attorney last

25      week.  I added paragraph 3 on the Request for

6

1   Production at the end, so I'm not sure if you saw

2   this one.  It's fine.  And I apologize.  I didn't

3   change the Certificate of Service.  I'm sorry.  I

4   forgot.

5     But you are -- you recognize this as a Notice of

6   Deposition for the principal of Pendleton Heights

7   High School in her official capacity; is that

8   correct?

9 A Yes.

10 Q And the notice asks that the principal designate one

11   or more persons to testify on behalf of the principal

12   as to the subjects listed in the deposition.  And you

13   have designated yourself to testify; is that correct?

14 A Correct.

15 Q Lawyers.

16     MS. PACTOR:  Much to her dismay.  She wishes

17   she'd found somebody else.

18 Q And how long have you been the principal at the high

19   school?

20 A This is my fourth year.

21 Q And were you with the school system before then?

22 A Yes.

23 Q What was your -- what were your position or

24   positions?

25 A It was assistant principal.  And I started in the

1        2008-2009 school year.

2    Q    At Pendleton Heights High School?

3    A    Correct.

4    Q    And prior to that were you with the South Madison

5        Community School Corporation?

6    A    No.

7    Q    And the high school is grades 9 through 12; is that

8        correct?

9    A    Correct.

10    Q    And approximately how many students are enrolled?

11    A    Last I checked, it was 1,413.

12    Q    Approximately.

13    A    Approximately, yeah.

14    Q    Okay.  And you understand that we're involved in a

15        lawsuit here that claims that the Pendleton Heights

16        Gay-Straight Alliance is not being given the same

17        benefits as other similarly situated student clubs

18        and organizations?  Is that your understanding?

19    A    Yes.

20    Q    And I'm probably just going to lapse into saying

21        "GSA" for the club.  Is that okay?

22    A    Yes.

23    Q    And it's my understanding, from looking through the

24        material I've seen, that the school and Corporation

25        recognizes that there are Corporation-sponsored clubs

8

1         or activities and those that are not sponsored; is

2         that fair?

3 A   Correct, that there are Corporation-sponsored

4         activities and nonCorporation activities.

5 Q   And sometimes I see the word or I've used the word

6         "club" or "activity," but it's all -- we're all

7         talking the same thing when we mention activity.

8         Those are groups allowed for students either because

9         they're Corporation-sponsored or they're not

10        Corporation-sponsored; is that correct?

11 A   Correct.

12 Q   Okay.  And I've been provided some documents from

13        your attorney that appear -- or that are from, I

14        assume, the South Madison Policy Manual and some from

15        the Administrative Guideline Manual.  And I'll show

16        you what's been marked as Exhibit 2, Exhibit 3, and

17        Exhibit 4.

18            And I just have a general question first.  Some

19        of these, like Exhibit 4, says "Administrative

20        Guideline Manual," whereas Exhibit 2 says "Policy

21        Manual."  Do you know the difference between the

22        Policy Manual and Administrative Guideline Manual?

23 A   No.

24 Q   Okay.  But --

25 A   Say that again.

1   Q   I'm just asking generically if there's a distinction

2       between the Administrative Guideline Manual and the

3       Policy Manual.

4           Do you see on the top of Exhibit 2 it says "Book

5       Policy Manual," and then on Exhibit 4 it says "Book

6       Administrative Guideline Manual"?  I'm just curious

7       to know if there's a difference between the two.

8   A   I'm not aware of a difference.

9   Q   Okay.  But these are generated by the Board --

10      they're generated by the Board that oversees South

11      Madison Community School Corporation; is that

12      correct?

13  A   That's correct.

14  Q   And I guess their technical name of the School Board

15      is the Board of Trustees of the South Madison

16      Community School Corporation; is that correct?

17  A   Yes.

18  Q   Okay.  And just looking at Exhibits 2, 3, and 4,

19      these are guidelines that govern or concern both

20      Corporation-sponsored and nonCorporation-sponsored

21      clubs and activities.

22          Are you aware of any other Board-generated

23      guidelines governing Corporation-sponsored and

24      nonCorporation-sponsored activities?

25  A   No.

1   Q   Okay.

2   A   That decide how a club becomes a club?

3   Q   And -- exactly.  And differentiates between those

4       that are Corporation-sponsored and nonCorporation-

5       sponsored.

6   A   There might be policies that decide, like, how the

7       Corporation-sponsored clubs run or how they

8       advertise.  So, like, there's -- but, no, I think

9       these are good.

10   Q   Okay.  But off the top of your head you're not aware

11       of any others at this point?

12   A   Do you mind if I look at my notes to see if there are

13       additional ones?  I think --

14   Q   Of course.

15   A   -- these are the three that I have in here.

16          MR. FALK:  We can go off the record, if you want.

17          (A discussion was held off the record.)

18   A   So when I asked the question exactly what do you

19       mean, are these the only policies that relate to

20       clubs and organizations, is that are these the only

21       policies that tell how a club can become a club?

22          Because in other areas, like Student Supervision

23       and Welfare, we have policies of how those kids in

24       clubs and organizations are to be supervised.

25   Q   Okay.

1    A    So that's my question --

2    Q    Okay.

3    A    -- back to you.

4    Q    Well, usually you're not allowed to ask questions in

5         depositions, but I deserve it.

6              Aside from those other policies that deal with

7         supervision once the students are in the club or

8         activity, are you aware of any other policies or

9         guidelines issued by the School Corporation

10        concerning organizations and clubs?

11   A    There's -- 9700 is Relations with Special Interest

12        Groups.

13   Q    Okay.  And that governs the ability of internal club

14        to have -- I mean a school club or organization to

15        have connections with outside groups?

16   A    As well as advertisements, I think.

17   Q    Advertisements in the school or other advertisements?

18   A    In the school as well.  So letter "D" is Distribution

19        and Posting of Literature.

20   Q    Okay.  And do you have that in front of you?

21   A    I do.

22            MR. FALK:  Could we go off the record, and could

23        I look at that for just a second?

24            MS. ROBERTS:  Yes.

25            (A discussion was held off the record.)

```
 1              (Deposition Exhibit 11 was marked for
 2         identification.)
 3     Q    I'm showing you what's been marked Exhibit 11.  We
 4         were talking off the record about a policy 9000 that
 5         I'm showing you as Exhibit 11.
 6              MS. ROBERTS:  Is that 9700?
 7              MR. FALK:  Oh, I'm sorry.
 8              THE WITNESS:  Yes, 9700.
 9     Q    And that is a policy that governs the relationship of
10         outside groups that may have a relationship with
11         internal school organizations; is that correct?
12     A    Correct.
13     Q    And you had indicated, when you were talking about it
14         before I looked at it, that it talked about
15         advertising.  Looking at it very quickly, Exhibit 11,
16         it appears that that concerns the ability of the
17         outside group to advertise; is that correct?
18     A    Correct.
19     Q    Not the student organization?
20     A    Right.
21     Q    Okay.  Okay.  So let's go back to Exhibit 2, which
22         you have in front of you.  And this indicates it was
23         adopted by the School Board on July 21, 2011?
24     A    Correct.
25     Q    And it's active, so it's still in effect; is that
```

```
 1           correct?

 2    A      Correct.

 3    Q      And it has a definition in the third paragraph, A

 4           through D, of curricular-related activities; is that

 5           correct?

 6    A      Correct.

 7    Q      And that is a definition that is used by the high

 8           school and the School Corporation to determine if a

 9           student activity is curricular-related or not

10           curricular-related; is that correct?

11    A      Correct.

12    Q      I note that in the four-part definition -- and I

13           assume that if the activity falls into any one of

14           these four categories, it's deemed to be

15           curricular-related; is that correct?

16    A      Could you repeat the question, please.

17    Q      Sure.  Exhibit 2 defines what curricular-related

18           activities are.  And if the activity is either A, B,

19           C or D -- just has to be one of them -- it's

20           curricular-related; is that correct?

21    A      Correct.

22    Q      And what is -- looking at "B," it says, "The subject

23           matter concerns the Corporation's composite courses

24           of study."  What's a composite course of study?

25    A      I believe it to be the courses that we have to take
```

1      to earn an Indiana diploma.  So there's 40 credits

2      that a student has to take in order to earn a high

3      school diploma.

4          And then, in addition to that, composite course

5      of study, there's two other -- sorry.  There are two

6      other buckets, which is employability skills, as well

7      as post-secondary competency.

8          So to earn an Indiana diploma we have to have the

9      40 credits earned, we have to show we have

10     employability skills in the state of Indiana, and we

11     have to show post-secondary competencies.  That's

12     measured by test scores, the ASVAB, and scoring a 31

13     or higher on that, or taking the SAT and scoring a

14     certain score on that.  There's multiple other ways

15     to fill each bucket in bucket 2 or bucket 3, but the

16     gist of it is they have to earn 40 credits, they have

17     to show employability skills, and then they have to

18     show competencies for post-secondary.

19  Q  How do you tell if a club or activity concerns the

20     composite courses of study?

21  A  If they would be related to courses that allow for a

22     student to earn the 40 credits.  So Health is a

23     mandatory course.  All students have to have that as

24     a credit, so if we had a curricular club that relates

25     to the standards in health and also is the curriculum

1       that we teach in the classroom.

2    Q   So it has to be curriculum-related?

3    A   Correct.

4    Q   And it looks like Exhibit 3 was adopted the same day,

5       July 21, 2011?

6    A   Correct.

7    Q   And it's still in effect as well; is that correct?

8    A   Correct.

9    Q   And this provides for equal access for

10      nonCorporation-sponsored clubs and activities.  Is

11      that the purpose of this provision?

12   A   Yes.

13   Q   And Exhibit 3 indicates that it's up to the principal

14      to approve or deny nonCorporation-sponsored student

15      clubs and activities; is that correct?

16   A   Yes.

17   Q   And that you have the final authority there; is that

18      correct, as principal?

19   A   I get the ability to propose those to the School

20      Board, and then the School Board votes on clubs that

21      are approved or non-approved.

22   Q   So every club that meets at the school, whether it's

23      curricular-related or noncurricular-related, has been

24      approved by the School Board; is that correct?

25   A   Sorry.  That is not correct.  So every club that is a

1       Pendleton Heights Corporation curricular club is

2       proposed to the School Board and approved.

3          And then non-sponsored clubs do not have access

4       to our announcements across the board.

5  Q  Okay.  I haven't asked you about that yet --

6  A  I know.

7  Q  -- but good to get it out.  Non-sponsored means

8       non-sponsored order by the Corporation, correct?

9  A  Correct.

10  Q  Do they have to be approved by the School Board or

11      just by you?  Just by the principal, excuse me.

12  A  I could -- I could allow for non-sponsored clubs to

13      be on the announcements, like --

14  Q  No, I'm sorry.  I'm not asking yet about

15      announcements.  I'm just asking about their

16      existence.

17  A  Okay.

18  Q  Who approves their existence?

19  A  The existence of non-sponsored groups?

20  Q  Right.

21  A  No one.  They're just out there.  Like, they're not

22      school-sponsored, so there could be any club

23      that's -- sorry.  I'm probably not understanding your

24      question.

25  Q  Well, it's my fault.  Let me start again.  Let's talk

1       about the GSA here.

2  A   Okay.

3  Q   And we'll get to it, but your lawyer gave me a piece

4       of paper that was submitted by a faculty person to

5       sponsor the GSA.  It is a nonCorporation-sponsored

6       club, but you signed off on it being able to meet in

7       the school, correct?

8  A   Correct.

9  Q   So my question, now speaking generally about all --

10      and we'll go through which ones they are -- all

11      nonCorporation-sponsored clubs or activities, if

12      they're meeting in the school, do you, as principal,

13      have to sign off on that?

14  A   Yes.  I like to be aware of what happens in our

15      building.

16  Q   Okay.  And does that then get approved by the School

17      Board, or does it stop with you saying this is a

18      nonCorporation-sponsored club that can meet in

19      Mrs. Smith's room Thursday after instructional time?

20  A   Yes, as long as it's not an organization that could

21      have liability with it.  So if there was -- for

22      example, Pendleton Rugby might have kids that get

23      hurt while playing, so then that does go to the

24      Central Office so that they can collect liability

25      insurance paperwork.

1    Q    But other than that, then you have the final say?

2    A    Yes.  If it's just a meeting where we don't expect

3         someone to get injured, then I have final say.

4    Q    Okay.  I'm showing you what's been marked as

5         Exhibit 4.  And this is the policy or guideline from

6         the manual that deals with Corporation-sponsored

7         clubs and activities, correct?

8    A    Yes.

9    Q    And clubs and activities are the same thing, correct?

10        They're student groups; is that fair?

11   A    Yes.

12   Q    Okay.  And this is still in effect today; is that

13        correct?

14   A    Correct.

15   Q    And Exhibit 4, which you're looking at, talks about

16        co-curricular and extra-curricular clubs and

17        activities.

18   A    Uh-huh.

19   Q    What is the difference?

20   A    The difference between co-curricular and

21        extra-curricular activities?

22   Q    Right.

23   A    Co-curricular is -- my understanding of co-curricular

24        would be organizations or activities that receive a

25        grade.  So, for example, we have Choir, and they have

1      extra-curricular activities where they perform at

2      night.  And so performing at that concert is part of

3      their grade, so it's co-curricular.

4           And extra-curricular activities does not link

5      back to a grade in the curriculum.

6   Q  Okay.  So there are Corporation-sponsored clubs,

7      activities, groups, however you want to say that,

8      that are both curricular and co-curricular; is that

9      correct?

10  A  Yes.  We have groups that are co-curricular and

11     extra-curricular.

12  Q  That are Corporation-sponsored?

13  A  Correct.

14  Q  And Corporation-sponsored means that they meet one of

15     the four characteristics noted in Exhibit 2

16     concerning Corporation-sponsored clubs and

17     activities; is that correct?

18  A  Typically, clubs -- yes.  Yes.

19  Q  And is there a set time during the week when

20     Corporation-sponsored clubs, activities, groups are

21     allowed to meet, or is it different for each

22     activity?

23  A  They meet before or after school.

24  Q  And the same with clubs, activities or groups that

25     you have approved that are not sponsored by the

1          Corporation, correct?

2     A    Correct.

3     Q    You've reviewed the complaint that was filed in this

4          case, the document that started the case?

5     A    Correct.

6     Q    And you're aware -- and, obviously, you've spoken

7          about it briefly already, about some of the benefits

8          that are afforded to curriculum -- or to

9          Corporation-sponsored clubs, activities, and groups

10         as opposed to those that are not.  And we'll talk

11         about specific clubs, but I just want to sort of

12         finish up with what you started to talk about.

13             If I am a Corporation-sponsored club -- which

14         we've agreed means I meet one of the four

15         characteristics in Exhibit 2, correct?

16    A    Yes.

17    Q    -- I'm allowed to advertise in the school; is that

18         correct?

19    A    Correct.

20    Q    And what kind of advertising am I doing?

21    A    We have our Pendleton Heights afternoon

22         announcements, we have a few bulletin boards in our

23         stairwells, and we have a digital electronic bulletin

24         board.

25    Q    And the afternoon announcements are broadcast through

1      the radio station, through an intercom system in the

2      school; is that correct?

3  A  Correct.

4  Q  And you have bulletin boards in -- there are three

5      main stairwells; is that correct?

6  A  Yes.  I believe that there are two bulletin boards.

7      We have five stairwells.

8  Q  Okay.  There are two bulletin boards over five

9      stairwells, or there are two bulletin boards in each

10     of the five stairwells?

11  A  There are two bulletin boards total.

12  Q  Okay.

13  A  Two of the five stairwells have bulletin boards.

14  Q  And then as you walk into the high school, there's a

15     digital running display where you can also be

16     advertising; is that correct?

17  A  Correct.

18  Q  And the groups that are Corporation-sponsored are

19     allowed, at times, to do fundraising in the school;

20     is that correct, or on school property?

21  A  I'm sorry.  I didn't hear your first part.

22  Q  The Corporation-sponsored groups are allowed to do

23     fundraising in the school or on school property?

24  A  Correct, as long as it doesn't interfere with our

25     wellness and nutrition policy.

1   Q   Seems to be taking a lot of fun out of it, but okay.

2       And some of the fundraisers are selling food, I

3       gather?

4   A   Yes.

5   Q   What other fundraisers are there?

6   A   We've had T-shirts sold.  They've done dances.

7   Q   Charge admission?

8   A   Uh-huh.

9   Q   Dances at the school?

10  A   Correct.

11  Q   And there's also a Student Handbook for the high

12      school; is that correct?

13  A   Correct.

14  Q   And that Handbook, I know, lists clubs and

15      organizations; is that correct?

16  A   Correct.

17  Q   And are all the clubs and organizations listed in the

18      Handbook those that have been or were

19      Corporation-sponsored?

20  A   There is an error in the Handbook, in our current

21      Handbook, that has not been edited.

22  Q   Well, let me show you -- I'm getting ahead of myself,

23      but what the heck.  I'm showing you what's been

24      marked as Exhibit 5.  And this is your current

25      Handbook; is that correct?

1    A    Correct.

2    Q    And the error is, I'm sorry?

3    A    The error is Mat Maids.  Mat Maids has not existed

4         since I was working at South Madison.

5              MR. FALK:  Can we go off the record for a second?

6              MS. ROBERTS:  Sure.

7              (A discussion was held off the record.)

8    Q    Okay.  Anything else besides Mat Maids that's no

9         longer in the school?

10   A    I do not believe so.

11   Q    Okay.  If you would like to start Mat Maids again, I

12        know where you can look for --

13   A    A leader.

14   Q    A leader, yes.

15             Okay.  So the curriculum-related clubs and

16        organizations, they're allowed to advertise; they're

17        allowed to fundraise; they're listed in the Handbook.

18             Are there any other benefits that they receive

19        being a curriculum-related club, organization or

20        group?

21   A    You said they're allowed to advertise.  They're

22        allowed to meet.  I do not recall another benefit

23        that they have that would be important to this

24        conversation.

25   Q    Okay.  Any one at all?

1    A    Any other benefits that they have?

2    Q    Right.

3    A    No.

4    Q    Okay.  Now, the noncurriculum-related clubs, which

5         you approve and are allowed to meet at the school,

6         they also are meeting during non-instructional time;

7         is that correct?

8    A    Correct.

9    Q    But they're not allowed to advertise, they're not

10        allowed to fundraise, and they're not listed in the

11        Handbook; is that correct?

12   A    Correct.

13   Q    And by "not allowed to advertise" I mean not allowed

14        to advertise on the school bulletin boards or on the

15        digital display or through the radio station; is that

16        correct?

17   A    Correct.

18   Q    Now, going back to Exhibit 3, the second to the last

19        paragraph from the bottom says that, "A student

20        initiated group granted permission to meet on school

21        premises shall be provided the same rights and access

22        and shall be subject to the same administrative

23        guidelines that govern the meetings of student

24        organizations sponsored by this Board, except as

25        provided by this policy."

1            The Board-sponsored organizations that this

2        refers to, those are the ones that we're talking

3        about that are deemed to be curriculum-related, using

4        the definition in Exhibit 2; is that correct?

5  A  Correct.

6  Q  Does this policy, looking now at Exhibit 3, this

7        paragraph, does that allow noncurriculum-related

8        clubs to be treated differently than curriculum-

9        related clubs?

10  A  Yes, I believe so.  I believe that we can deny all

11       non-sponsored clubs, but we cannot deny on the basis

12       of the categories listed there.

13  Q  Okay.  Now going back to Exhibit 5, I think we've

14       established, except for the sorely departed Mat

15       Maids, all the clubs and organizations listed in

16       Exhibit 5 are meeting at the school at the current

17       time; is that correct?

18  A  Yes.

19  Q  So each of these clubs and organizations were deemed

20       to be curriculum-related, using the definition in

21       Exhibit 2; is that correct?

22  A  Correct.

23  Q  Okay.  Now, just going through these real quickly,

24       the Academic Club, do students receive credit for

25       that?

1    A    The Academic Club?

2    Q    Yes.

3    A    No, they do not receive a credit.  That is really

4         more of -- or sorry.  They do not receive a credit

5         for that.  That is where they participate against

6         other schools in the Hoosier Heritage Conference.

7    Q    Right.  How is that curriculum-related?

8    A    And so those students are recalling information from

9         their classes.  So, for example, they have a history

10        team that competes against other schools and recalls

11        facts that they study in World History and Euro,

12        European history.

13   Q    Okay.  So they're recalling information that they may

14        have learned at school or other places as well, I

15        assume?

16   A    Yes.

17   Q    Okay.

18   A    And then it also -- there's a math team, and there's

19        a fine arts team as well that also is recalling

20        information that they would learn in their

21        curriculum.

22   Q    Or elsewhere?

23   A    Or elsewhere.

24   Q    I mean, they don't have to take certain courses to be

25        on the Academic Club?

1    A    Correct.

2    Q    Okay.  Art Club is open to people who have completed

3         one year of high school art, but the students do not

4         necessarily have to be in art when they're

5         participating in the club; is that correct?

6    A    Correct.

7    Q    And, again, they don't get credit for that; is that

8         correct?

9    A    Correct.

10   Q    And what is Best Buddies?

11   A    Best Buddies is an organization dedicated to Indiana

12        social, physical, and economic isolation, as

13        described in our Student Handbook.

14   Q    And do they get credit for participating in that?

15   A    They get credit for their employability skills.

16             So, as I mentioned, we have -- a diploma in the

17        state of Indiana has three buckets that they have to

18        fill.  So they do the 40 credits, employability

19        skills, and the post-secondary is the third bucket.

20             And so students do have the sponsor sign off on

21        the employability skills when they're in certain

22        clubs that would do activities that show leadership,

23        organization, collaboration, any of the employability

24        skills listed for the state of Indiana.

25   Q    And in Best Buddies are students --

```
 1    A    Sorry.  So it's not a credit as in the 40 credits,
 2         bucket 1, but it's a credit in that they have to
 3         document that they have shown employability skills.
 4    Q    And who's showing the employability skill, the
 5         developmentally disabled student who's in Best
 6         Buddies or the non-developmentally disabled students
 7         who are participating in Best Buddies?
 8    A    Both.
 9    Q    And how is that employability documented?
10    A    The sponsor has to sign off that they did participate
11         and gain employability skills.  And that's at the
12         discretion of the sponsor.
13    Q    And the sponsor is a faculty person?
14    A    Yes.
15    Q    And both -- so both the disabled and non-disabled
16         student is getting employability documentation by the
17         sponsor?
18    A    Yes.
19    Q    And --
20    A    I'm sorry.  You had asked a question.  I'm not sure
21         that I answered it directly.
22    Q    Okay.
23    A    I forget what your original question was, but --
24    Q    We're okay.
25    A    Okay.  It does also relate to the curriculum in other
```

1       ways as well.

2   Q   How is that?

3   A   So we have special skills cadet teachers.  And their

4       role is to provide the disabled student -- they're to

5       role model behaviors that would be appropriate.  And

6       those are English language art skills, the speaking

7       and listening skills, as well as vocabulary skills.

8       It would be vocabulary that they may sometimes not

9       hear in a secluded classroom.

10  Q   And what is that related to?

11  A   The cadet teachers is a program that we have.  Cadet

12      teachers is similar to -- well, not similar to.  It's

13      the same, but we have a cadet teacher that may go

14      into a regular elementary classroom, and we have

15      cadet teachers that go into our central skills

16      classroom, which pertains to a lot of our students

17      that are in Best Buddies.

18          We also have cadets that are unable to fill the

19      cadet teacher role because they have a hefty academic

20      schedule, so there's just not room in their schedule

21      to do cadet teaching during the day.  So then that

22      provides them the opportunity to mentor the special

23      ed students during the Best Buddies time, during the

24      group meeting.

25          We also have -- with the Best Buddies and talking

1      about the employability skills, the planning, the

2      events that they have, we have a Thanksgiving, or a

3      Friendsgiving, where Best Buddies -- the special

4      needs student and regular ed student meet, and the

5      regular ed student helps them with cooking skills,

6      which would relate to our family and consumer science

7      programs that we have.

8  Q  And are all the students who are non-developmentally

9      disabled in Best Buddies, are they all cadet

10      teachers?

11  A  No.

12  Q  And it's not required they be so to be in Best

13      Buddies; is that correct?

14  A  Correct.

15  Q  And how frequently does Best Buddies meet with each

16      other?

17  A  That's a good question.  We just came off of a year

18      where most --

19  Q  Sure.

20  A  -- groups did not meet.  I know that they have five

21      dominant activities that they perform, and I could

22      not tell you the number of times that they meet to

23      make that event run smoothly.

24  Q  And are Best Buddies paired one-on-one?

25  A  Yes, they like to be paired one-on-one.  I can't say

1        that they are always paired one-on-one if there's a

2        shortage on one end or the other.

3   Q   And you said that they get -- their sponsor can, if

4        they do okay, can deem that to have met some of the

5        employability skills requirement?

6   A   Yes.

7   Q   And what is that requirement for a

8        non-developmentally disabled person?  What would they

9        have to do in order to graduate?

10  A   On the employability skills?

11  Q   Yes.

12  A   They could do a variety of different things.  The

13       kids can earn their employability skills by actually

14       having a job.  So a boss at any workplace can sign

15       off on that.

16          Our athletes receive credit for the employability

17       skills if they play a sport.  So that's in regards to

18       time management, collaboration, teamwork are some of

19       the employability skills listed there.

20          And then the employability skills are signed off

21       on by our sponsors for multiple clubs that we have.

22  Q   And is there an hour requirement for that?  Or how do

23       you meet that at the time of graduation?  How do you

24       know you've satisfied your employability skill

25       requirement?

1    A    There is not a grade on that.  It's more of whether

2         or not you've been involved in an activity that would

3         require the employability skills, such as time

4         management, leadership, organization.  There's a list

5         of them that I could probably find, if you would like

6         for me to list all of those, if I'm allowed to look

7         at digital notes.

8              MR. FALK:  Sure.  Go off the record for a second.

9              (A discussion was held off the record.)

10   A    Okay.  So 9 through 12's employability skills is

11        Mind-Set, Work Ethic.  These are -- they're broken

12        down.  Each one is broken down.  I'm listing the main

13        ones.  Learning Strategies, Social and Emotional

14        Skills.

15             So then under those, under Mind-Set is lifelong

16        learning, self-confidence.

17             Under Work Ethic is self-discipline,

18        independence, perseverance, time management and

19        organization, adaptability, integrity, and

20        professionalism.

21             And then under Learning Strategies is effective

22        communication, aptitude awareness, decision-making

23        initiative, attention to detail, and problem-solving.

24   Q    And then in order to graduate I have to have

25        something from a sponsor saying I've met all of this,

1        some of it, ten hours of it?  How does that work?

2  A   It's not clearly defined.  It just says that you have

3        to have someone sign off that you have shown

4        employability skills.

5  Q   Okay.  And --

6  A   And this provides opportunities for students that may

7        not for some reason be able to go out into the

8        workforce.

9            Obviously, it provides opportunities for those

10       that do not have athletic ability and get cut from a

11       sports team.

12           So I think that's our goal there, is to provide

13       them every opportunity they can to graduate high

14       school.  And the State of Indiana says that you have

15       to show employability skills, and we know not all

16       students can be a student athlete.

17  Q   Now, it's quite possible that all of those skills

18       that you just mentioned could be shown in a

19       nonCorporation-sponsored club or activity, correct?

20  A   Correct.

21  Q   Do you accept things from sponsors in the

22       nonCorporation clubs saying that students have met

23       these requirements?  Do you accept whatever -- the

24       same thing you would accept in a Corporation-

25       sponsored club?

34

1    A    Yes.  The ones that we have accepted would be the

2         jobs that I mentioned.  Those that have employment

3         outside of the school would be a

4         nonCorporation-sponsored acceptance of the

5         employability skills.

6    Q    But you could have a club -- I assume Fellowship of

7         Christian Athletes meets at the school, but it's not

8         Corporation-sponsored; is that correct?

9    A    Say that again.

10   Q    Fellowship of Christian Athletes is a club that meets

11        at the school; is that correct?

12   A    Correct.

13   Q    Is it Corporation-sponsored?

14   A    No.

15   Q    So if I was a leader in that club and I showed the

16        mind-set, work ethic, learning strategies, social and

17        emotional skills, would you, in your official

18        capacity as principal, accept something from the

19        sponsor of that club saying Ken Falk is a real

20        go-getter; he's met all these employability

21        requirements?

22   A    I would take that into consideration.  We have not

23        yet had one ask for FCA.

24   Q    Okay.

25   A    And so we have a list, and it's not all-inclusive.

| | | |
|---|---|---|
| 1 | | There are times when a counselor will come to me and |
| 2 | | explain an involvement that a student has and how it |
| 3 | | does meet the employability skills, and then, yes, I |
| 4 | | have the ability to take that into consideration. |
| 5 | Q | Okay.  Even though it's not Corporation-sponsored? |
| 6 | A | Correct. |
| 7 | Q | Okay.  Now, I note Book Club is listed here in |
| 8 | | Exhibit 5. |
| 9 | A | Okay. |
| 10 | Q | And I skipped over ones that seem to be clearly |
| 11 | | related to ongoing classes. |
| 12 | A | Okay. |
| 13 | Q | Do you have Exhibit 5? |
| 14 | A | Yes. |
| 15 | Q | And Book Club is listed.  It's a book discussion |
| 16 | | group.  Do you get academic credit for that? |
| 17 | A | No. |
| 18 | Q | And how is it meeting the requirements to be |
| 19 | | curriculum-related? |
| 20 | A | Just continuing and expanding their knowledge of |
| 21 | | literacy. |
| 22 | Q | Okay.  And while we're on the literary vent, the Muse |
| 23 | | is your literary magazine? |
| 24 | A | Correct. |
| 25 | Q | Again, do students get credit for participating in |

1      the Muse?

2  A   No.

3  Q   And how is that curriculum-related?

4  A   So our Muse consists of journalism, as well as we

5      have students that submit artistic work for the Muse.

6      And so they have publications in there of their

7      artwork, as well as their literary poems or other

8      types of literary writings.

9  Q   But this is stuff they're doing from their own

10     creativity, not as a result of courses; is that

11     correct?

12  A   There are things in the Muse that have been created

13     in the art class and/or the English class.  If

14     there's a poem written, they are able to submit it to

15     the Muse --

16  Q   But there are --

17  A   -- for publication.

18  Q   -- also people who just do their writing at home on

19     the weekend, and they submit it, and it gets

20     accepted; is that correct?

21  A   Yes.

22  Q   So for those people who are not doing it for a

23     course, how is it curriculum-related?

24  A   You said for those people that are not doing it for a

25     course, how is it curricular-related?

1    Q    Right.

2    A    We -- I mean, the goal of high school is to hope that

3         these kids will continue in the courses and expand

4         their knowledge of it or expand their practice of it.

5    Q    Okay.

6    A    And I think we probably all can agree the overall

7         goal of high school is to have kids go out and take

8         what they've learned in a class and apply it to jobs

9         or skills.  So it gives them opportunities to

10        continue practicing their writing or their

11        publications or their artwork.

12   Q    Okay.  The National Beta Club is a service leadership

13        club for persons who have high academic standing; is

14        that correct?

15   A    Correct.

16   Q    And, again, they do not get credit for that; is that

17        correct?

18   A    Correct.

19   Q    And is this, again, something that is -- well, strike

20        that.

21             How is that related to -- how's that curriculum-

22        related?

23   A    So the Beta Club is promoting academic excellence,

24        and so students have to excel.  So I think this is

25        one of those ones that's an incentive for kids to

```
 1            excel in the curricular and gain knowledge at a level
 2            that we want them to.
 3       Q    Okay.  This is something -- like the literary club,
 4            the Muse is designed to promote learning; is that
 5            correct?
 6       A    Correct.
 7       Q    And is that the same with the National Honor Society?
 8            Is there academic credit associated with the National
 9            Honor Society?
10       A    Academic credit, no.
11       Q    And is that curriculum-related because it's designed
12            to reward as an incentive for people to do well in
13            school?
14       A    Correct.
15       Q    And that's how it's academic-related; is that
16            correct?
17       A    Correct.  And -- yes, it promotes one to have
18            excellence in the academics.
19       Q    Okay.  How about the Outdoor Adventure Club?  Do you
20            get credit for being in the Outdoor Adventure Club?
21       A    You do not gain a credit for the Outdoor Adventure
22            Club.  The Outdoor Adventure Club is related to our
23            physical education.  And so the overall goal of our
24            PE is to be able to move with competency and
25            confidence in a wide variety of physical activities
```

1      in multiple environments.

2          And so the Outdoor Adventure Club provides

3      camping, horseback riding, canoeing, rock climbing,

4      hiking, spelunking, and skiing, which would be

5      environments that the school can't offer.  We don't

6      have a mountain to go ski down.  We don't have a

7      river to go canoeing down.  We don't have access to

8      horses at our place.

9          So these are activities that we feel that people

10     would be more likely to do after high school.  And we

11     want them to feel comfortable in those environments

12     so that they can continue their physical activity and

13     be a lifelong learner of PE.

14  Q  Student Council, do you get academic credit for

15     Student Council?

16  A  You do not.

17  Q  And how is that curriculum-related?

18  A  So the Student Council gives the students an

19     opportunity to practice what they learn in

20     government.  And so they get to role-play, providing

21     things for their community of Pendleton Heights High

22     School by listening to what the people have to say,

23     and then trying -- they also get to run for that

24     position, which would be what they learn in

25     government of how to get to an elected official's

1    position.  So it gives them an opportunity to

2    practice what they have learned in government class,

3    as well as role-play what that might look like if

4    they were really running for election in life after

5    high school.

6  Q   And those same things could occur in a noncurriculum-

7    related club that had an organizational structure of

8    president, vice president, correct, of people

9    running; is that correct?

10 A   Yes.

11 Q   And in a noncurriculum-related club you could also be

12    having a goal of providing for the school community

13    and trying to better the school community; is that

14    correct?

15 A   Correct.

16 Q   And SADD, S-A-D-D, Students Against Destructive

17    Decisions?

18 A   Uh-huh.

19 Q   No academic credit, correct?

20 A   Correct.

21 Q   And how is that curriculum-related?

22 A   So SADD is Students Against Destructive Decisions,

23    and so it strongly relates to our health curriculum,

24    our interpersonal relations, and human development

25    and wellness.

1   Q   I know you're reading from notes.  Are those notes
2       you've made yourself?
3   A   Yes, sir.
4   Q   Okay.  And I interrupted you.
5   A   I've had a lot of sleepless nights the last couple
6       days.  They are certainly notes I've written myself.
7   Q   I interrupted you.
8   A   It's okay.
9   Q   You said SADD was related to --
10  A   Health, our health curriculum.  So SADD deals with
11      risky behaviors.  So in our health classes we talk
12      about addictions, talk about texting while driving,
13      drugs, relationships with peers through online
14      activity.
15          And the same thing in IPR and human development
16      and wellness.
17  Q   And what's IPR?
18  A   IPR is interpersonal relations.  Did I say that
19      right?
20  Q   And those are all subjects that could be dealt with
21      in a non-curricular club as well, correct?  Avoiding
22      risky behavior, how to get along with persons without
23      using substances, how to have a healthy lifestyle,
24      that all could be done in a non-curricular club; is
25      that correct?

1   A   Yes.  And then with our organized clubs, they take --

2       you know, they read the text of health, and they turn

3       that into some type of announcement to try to

4       persuade kids not to do that.  So they're also taking

5       the content that they learn in this curriculum and

6       then reading the text and converting that into a

7       message that could persuade an audience.  So their

8       literacy skills are actively working as well.

9   Q   And health is a required course?

10  A   Correct.

11  Q   When do you take it?

12  A   Typically their freshman year.

13  Q   But not necessarily?

14  A   No.  They could take it any year 9 through 12.  Most

15      students take it their freshman and sophomore year.

16  Q   And there's not a requirement, to be in SADD, to have

17      taken health; is that correct?

18  A   Correct.

19  Q   Now I'm showing you what's been marked as Exhibit 6,

20      which is an e-mail that your attorney sent me.  And I

21      covered up the "Libby" with the exhibit stamp.  It

22      doesn't seem to be necessary.

23          And my understanding is that this is just a list

24      of some groups that have actually met at the high

25      school this current school year.  Is that your

43

1       understanding?

2   A   Yes, the '20-'21 school year.

3   Q   And I just want to run through these real quickly.

4       There are parenthetical names next to each one.  Are

5       those the adults who were responsible for these

6       particular groups?

7   A   Yes.

8   Q   And what's Adventure Camp?

9   A   Adventure Camp is Pendleton Christian Church.  They

10      run a camp in the summer.

11   Q   Okay.

12   A   And they camp out not far from the school, so they

13      use our facilities for their last evening, and they

14      shower and have a banquet --

15   Q   Okay.

16   A   -- and use our cafeteria facilities.

17   Q   Not school-related at all?

18   A   Correct.

19   Q   Choir Boosters?

20   A   The Choir Boosters are a group of parents that

21      support our choir program.

22   Q   Again, not student-related?

23   A   Correct.

24   Q   Or student participants.

25         Best Buddies we've talked about, correct?

1    A    Correct.

2    Q    Marching Band Meals, I assume, are parents and others

3         who provide meals for the marching band?

4    A    Yes.

5    Q    Outfitter, what is that?

6    A    Outfitters is a business partnership that provides

7         backpacks and clothes for the South Madison

8         community.

9    Q    And they use your physical space?

10   A    Yes.

11   Q    Are students involved?

12   A    Students can go work there, but it is not a

13        student-led organization.  It's a business

14        partnership that South Madison has, and they provide

15        items for kids that cannot provide for themselves.

16   Q    Okay.  Band is the band; is that correct?

17   A    Correct.

18   Q    Do you get academic credit for Band?

19   A    Yes.

20   Q    Post Prom is an organized post-prom activity at the

21        high school?

22   A    Yes.  It's -- the Post Prom group is parents that

23        provide post-prom.  So they organize and plan and

24        fundraise for the post-prom.

25   Q    Okay.

1    A    And --

2    Q    I'm sorry.

3    A    Go ahead.

4    Q    Beta?

5    A    Beta is a student -- or a Corporation-sponsored club.

6    Q    And what is Beta?

7    A    Beta is -- we talked about that and its similarity to

8         National Honor Society.  It promotes academic

9         excellence.

10   Q    Got it.  And the Pendleton Junior Football League, I

11        assume, is a junior football league on Pendleton

12        property; is that correct?

13   A    Correct.

14   Q    Scuba Educators International?

15   A    Is a nonCorporation-sponsored group that uses our

16        pool to teach scuba diving and the skills of scuba

17        diving.

18   Q    And is that a student club, or are there adults -- I

19        hope -- involved with that?

20   A    There are adults.  I do believe some of our students

21        participate in it.  And I have not attended a scuba

22        educational setting.

23   Q    FFA is Future Farmers of America, which is discussed

24        in the manual?

25   A    Correct.

```
 1   Q   Boyd Family, was that a family reunion?

 2   A   That is our head custodian.

 3   Q   Okay.

 4   A   He brings his church there --

 5   Q   Okay.

 6   A   -- and so they utilize our facilities on Sundays.

 7   Q   Okay.

 8   A   It could be and include a family reunion, but I think

 9       it's mostly church-related activities.

10   Q   The Pendleton Legends are --

11   A   It's an amateur basketball league.

12   Q   Okay.  And they rent the space, the gym?

13   A   Yes.

14   Q   FCA is Fellowship Christian Athletes; is that

15       correct?

16   A   Correct.

17   Q   That's a noncurricular-related club meeting with

18       students at the high school, correct?

19   A   Uh-huh.

20   Q   Rugby is a --

21   A   Non-sponsored Pendleton area team.

22   Q   Okay.  That may include students, may not?

23   A   Correct.

24   Q   But they participate -- they use athletic fields?

25   A   Yes.
```

```
 1   Q   Okay.  The Election Board, is that the -- is this a
 2       voting site?
 3   A   It was not a voting site.  They used our site -- I'm
 4       not sure why they were using it, but they asked to
 5       use it.  I think it was an informative meeting --
 6   Q   Okay.
 7   A   -- to its constituents.
 8   Q   The Ingalls Police Department met here for some
 9       reason?
10   A   Yes.  They do use our facilities to train.
11   Q   Okay.  Same with the Pendleton -- I assume "PD" means
12       police department?
13   A   Yes, sir.
14   Q   The Cheer Fusion Elite?
15   A   That is a local non-sponsored group that uses our
16       facilities.
17   Q   Adults?
18   A   No.  I mean, there are adults who run it.  It's a
19       business.  It's a dance and cheer business that uses
20       our facilities, and it may include some of our
21       students.
22   Q   Okay.  But it's not a student club?
23   A   No.
24   Q   The Markleville Alumni, I assume, is not a student
25       club; is that correct?
```

1    A    No.

2    Q    Boys Basketball, is that your boys basketball club?

3    A    Correct.

4    Q    And Pro-Train?

5    A    Pro-Train is similar to the Pendleton PD.  That was

6         the name of the organization training the Pendleton

7         PD, so it was filled out by Officer Quiroga.

8    Q    Okay.  And in the declaration that Reece Axel-Adams

9         filed in this case, they indicated that they heard an

10        announcement for the Outdoor Adventure Club in

11        October.  And that's consistent with the fact that

12        the Outdoor Adventure Club is a curricular club; is

13        that correct?

14   A    Correct.

15   Q    And so they are free to announce?

16   A    Correct.

17   Q    Okay.  I'm showing you what's been marked as

18        Exhibit 7.  And these are minutes that I downloaded

19        of the Board of School Trustees' Meeting on

20        October 16, 2021.  At least that's what it says at

21        the top.

22             And looking at paragraph 5.3 on the second page,

23        it looks like the Board approved three new

24        curricular-related activities at the high school for

25        this year.

1   A   Correct.

2   Q   Robotics, e-Sports, and Bring Change to Mind,

3       correct?

4   A   Correct.

5   Q   And as curricular-related, they're entitled to

6       advertise and fundraise and have all the other

7       benefits that curricular-related clubs have, correct?

8   A   Correct.

9   Q   And what is Robotics?

10   A   Robotics is a club where a group of students would

11       build a robot and expand their knowledge of our

12       engineering classes and our computer science classes.

13   Q   Okay.

14   A   And, typically, the Robotic team then builds a robot.

15       And by -- depending on how well they input commands

16       for the robot to function, then they go and compete

17       in tournaments locally and can expand nationally and

18       internationally.

19   Q   And you do not get academic credit for this; is that

20       correct?

21   A   Correct.

22   Q   And there's no specific course that you have to take

23       in order to be in Robotics, correct?

24   A   Correct.

25   Q   And what is e-Sports?

1    A    E-Sports is the e-Gaming.  And so e-Sports also

2         relates to our computer science and robotics.  So we

3         just started our computer science program, and so we

4         have intro to computer science and hope to expand

5         that to computer science 1 and 2 and robotics and

6         cyber security.

7              E-Sports, I've learned through this proposal

8         process and speaking with the sponsor that there's

9         actually multiple lucrative jobs besides just

10        e-Gaming -- like us that -- who might think of

11        e-Sports as just, you know, eating potato chips and

12        sitting on the couch and e-Gaming.

13             But within e-Gaming -- it's really probably one

14        of our most cross-curricular clubs that we have.

15        Students involved in e-Gaming -- there's a standard

16        in the e-Sports agenda that he does that talks about

17        the jobs within e-Gaming.  And so within e-Gaming

18        there's broadcasters.  They're called "shoutcasters,"

19        I've learned.

20             And then to run a whole e-tournament you have the

21        shoutcasters.  You have journalism, content creators,

22        marketing, sports management, or managing the

23        program.  And that is part of the club.  It's not

24        just coming together to play games.

25             There's also scholarships related to e-Sports,

1       just like there would be for athletes, that provides

2       them opportunity beyond high school for the colleges.

3  Q  Okay.  But you don't have to have any particular

4       courses to be in e-Sports, correct?

5  A  No.

6  Q  And you don't get academic credit for e-Sports?

7  A  No.  We don't get academic credit, no.

8  Q  Thank you.  It's always good to correct the attorney

9       who uses a double negative.

10  A  That's okay.  So, again, I feel like I've not listed

11      all of the curriculum that it's related to, but it is

12      certainly directly related to health.  So, for

13      example, in the e-Sports Club they talk about the

14      healthy balance of not staying up too late in

15      e-Gaming or the eye damage that can happen from

16      screen time and direct their club members to live in

17      a healthy balance of life.

18         There's digital citizenship, which is also not a

19      particular class but something that is taught at the

20      South Madison School Corporation, that encourages

21      those kids to show sportsmanship and appropriate

22      conversations when they're chatting in the chat boxes

23      while playing the game.

24         We have a class called "Colleges and Careers."

25      Again, that kind of links back to our employability

1      skills that we've talked about and the computer

2      science.

3  Q  Okay.

4  A  I also learned during this that the periscope in the

5      Navy they've now replaced with an Xbox controller for

6      the hand-eye coordination of it.

7         So e-Sports really is interacting with the jobs

8      that we will go out and have later in life, though it

9      does seem like it might just be a place of enjoyment.

10  Q  For some, I'm sure it is.

11  A  I'm sure.  And I'm sure some kids join it for

12      enjoyment.  But then our hope is for them to also get

13      excited about the computer science curriculum.

14  Q  Sure.  How about Bring Change to Mind?  What is that?

15  A  So Bring Change to Mind allows our students to have a

16      voice and a platform to advocate for mental health

17      and destigmatize mental health.

18         That's directly related to our health curriculum.

19      The literacy as well because they, again, are trying

20      to persuade an audience that it's okay to have mental

21      health issues.  So they take what they read about

22      mental health and turn that into posters, flyers.

23      Our current student leader is making a public service

24      announcement where she has recorded multiple

25      interviews from staff and students from last year and

1        hopes to present that to our student body to

2        destigmatize mental health.

3   Q  Okay.  No course credit, correct?

4   A  Correct.

5   Q  And no requirement that you be in any particular

6        course to be in Bring Change to Mind, correct?

7   A  Correct.

8   Q  And in the Axel-Adams declaration they indicated that

9        in the past they'd heard that the Fellowship of

10       Christian Athletes have been allowed to post

11       information about meetings and be part of daily

12       announcements.

13          Did that happen in the past with either

14       Fellowship of Christian Athletes or other groups

15       which are deemed to be non-curricular?

16   A  No.

17   Q  That never happened, to the best of your knowledge?

18   A  No, we have not had Fellowship of Christian Athletes

19       use our announcements.

20   Q  Okay.

21   A  Looking back at e-mails preparing for this, there are

22       e-mails that show that I did tell Fellowship of

23       Christian Athletes no as well, for the same reasons I

24       told GSA no.

25   Q  Okay.  Are you aware of any, in the past, any

1   non-curricular groups, activities, et cetera, being

2   allowed to advertise, to fundraise, or to in any way

3   publicize themselves in the way a curricular group

4   could?

5 A We had WEEM back in 2018, the first origination of

6   e-Sports.  WEEM used e-Sports as a fundraiser.  So it

7   was advertised, but it was advertised as a fundraiser

8   for WEEM, which is a curricular club that we already

9   did have approved at that time.

10 Q Okay.  Now I'm showing you what's been marked as

11   Exhibit 8.  And this is the request allowing the GSA

12   to meet with a faculty sponsor; is that correct?

13 A Correct.

14 Q And you approved that; is that correct?

15 A Correct.

16 Q And whose signature is that?

17 A At the bottom of it is -- very bottom is mine.

18 Q Right.

19 A And then above that is Mrs. Akers'.

20 Q Okay.  Mrs. Akers is the sponsor or the faculty

21   person?

22 A Yes.  So she serves as the custodial capacity.

23 Q Okay.  And you approved this, correct?

24 A Correct.

25 Q And we discussed that's your authority to approve?

1    A    Correct.

2    Q    GSA is a noncurriculum-related club or activity,

3         correct?

4    A    It's a nonCorporation-sponsored activity, yes.

5    Q    So it cannot be in the Handbook.  It cannot advertise

6         on school property.  It cannot fundraise, correct?

7    A    Correct.

8    Q    And I'm showing you what's been marked as Exhibit 9.

9         And there is no Exhibit 10, so this is our last

10        exhibit.  We'll go from Exhibit 9 to 11, I guess.

11            And this is just an e-mail trail that your

12        attorney provided.  And it starts off with an e-mail

13        from Bryce Axel-Adams -- that's also Reece; is that

14        correct?

15   A    Correct.

16   Q    -- to you talking about repairing the relationship

17        with the LGBTQ community.  Do you see that?

18   A    Yes.

19   Q    And I assume that's referring to a controversy that

20        occurred or publicity occurring at the end of last

21        school year, which certain teachers had to remove

22        LGBTQ or pride flags from their classrooms.

23            Is that your understanding of what the context

24        was?

25   A    It was twofold.

1   Q   Okay.

2   A   I believe it was because of the flag.  And it was

3       also -- I believe it to be we were working through

4       how to provide accommodations for our transgender

5       community.  So I believe it's in relation to both of

6       those.

7   Q   Okay.  And the exhibit indicates that Axel-Adams

8       asked about promoting the GSA.

9           And your response was you need to take a neutral

10      position, in the same way you would with Pendleton

11      Rugby, not allowing them access to advertising; is

12      that correct?

13  A   Correct.

14  Q   And around that time I believe you had a conversation

15      with a parent and told him that the school had to be

16      neutral.  And if you made GSA an official club, you

17      would have to open it up to other viewpoints, or

18      something along those lines; is that accurate?

19  A   I don't recall which -- I don't know which parent

20      that you're referring to.

21          To me, when I use the term "neutral," it was

22      stating that I don't get to pick and choose which

23      outside organizations get to be on our announcements.

24      So if I pick one, I would have to pick all.  So I

25      choose not to pick any and remain neutral.

1   Q   Okay.  That's fair.  And the reference I made to

2       official versus nonofficial, that's shorthand for --

3   A   Corporation-sponsored versus nonCorporation-

4       sponsored.

5   Q   And it's your testimony that you -- to the best of

6       your knowledge, there's never been a situation where

7       an unofficial club has been allowed to advertise?

8   A   Correct.

9   Q   Okay.  And then at the bottom of the first page of

10      Exhibit 9 there's an e-mail to you from Mark Hall.

11      And Dr. Hall is the superintendent of the

12      Corporation; is that correct?

13   A   Correct.

14   Q   And then at the bottom of page 2 of Exhibit 9, again,

15      e-mail from Bryce Axel-Adams, or Reece, saying, "We

16      have seen throughout the years advertisements for the

17      Outdoor Adventure Club, the Tux Shop in town,

18      Outfitters, and even this year Bring Change to Mind,

19      and other clubs."

20          Now, the Outdoor Adventure Club legitimately

21      advertises because the School Corporation deems that

22      to be an official, i.e. Corporation-sponsored club,

23      correct?

24   A   Uh-huh.

25   Q   Same with Bring Change to Mind, correct?

1    A    Uh-huh.

2    Q    The Tux Shop, commercial advertising, is that

3         allowed?

4    A    Yes.  We have business partners, so we partner with

5         them to advertise because students can get a discount

6         on their tuxes for prom.

7    Q    Okay.

8    A    And some can also be awarded a free tux as well.

9    Q    Okay.  And I saw that there's an advertisement for

10       Kroger's, for instance.  Is that so that people can

11       get jobs?

12    A   I don't know that we've had Kroger advertise on our

13       Pendleton Heights announcement.

14    Q   Okay.

15    A   I mean, I'm not --

16    Q   Bulletin board maybe?

17    A   Possibility, yes.

18    Q   And that would be okay because that's a place where a

19       student can get a job?  Is that appropriate?

20    A   I'm trying to really think if we have had jobs posted

21       on our Pendleton Heights announcements.  I do believe

22       in the guidance counselor's department they have a

23       job posting.

24    Q   Okay.

25    A   I'm not sure that I have seen those around the school

1      or not.  I can't speak to that.

2    Q   Okay.  And Outfitters?

3    A   Outfitters is the business partnership that provides

4        backpacks and clothes.

5    Q   Okay.

6    A   So we do have announcements for our business

7        partnerships.

8    Q   Okay.  And then it looks like on September 8, at

9        10:02 a.m., Ms. Akers asked for the ability to make

10       an announcement about the GSA.  And you said, "This

11       is not a PHHS ECA.  Announcements are reserved for

12       PHHS ECA's."  Is that correct?

13   A   Correct.

14   Q   And ECA is --

15   A   The Corporation-sponsored activities, organizations,

16       clubs.

17   Q   Official club, correct?

18   A   Correct.

19   Q   And it looks like included in there was just a

20       poster.  Is this poster that says "Pendleton Heights

21       GSA, A safe place for everyone," is that a poster

22       that Ms. Akers asked permission to post?

23   A   It was something that Reece asked to post.

24   Q   And he was not allowed to do so because it's not an

25       official club; is that correct?

1    A    He was told that he could not because of those

2         reasons, but then he did post it.

3    Q    And you talked to him about that; is that correct?

4    A    Yes.

5    Q    Or he received information that should not occur

6         again; is that correct?

7    A    Correct.

8    Q    And then in your e-mail on September 8 at 11 a.m., at

9         the bottom of the second to last page, you say, "GSA

10        has been around here since I started 14 years ago"?

11   A    Correct.

12   Q    "But the student leaders let it dwindle out or it

13        just dwindles out"?

14   A    Correct.  It has not been very fruitful.

15   Q    Has it ever been allowed to advertise, that you know

16        of?

17   A    No.

18   Q    It has not been, to the best of your knowledge,

19        allowed to advertise?

20   A    No.  GSA has not been allowed to use our Pendleton

21        Heights announcements in the same way that Rugby has

22        not been allowed to use them or other

23        nonCorporation-sponsored clubs.

24   Q    Okay.  Are you aware of any other communications

25        between the school and anyone concerning -- e-mails

```
 1           concerning the GSA?

 2    A      Just any other e-mails concerning GSA?

 3    Q      Yes.

 4    A      Between me and another person?

 5    Q      Yes.

 6    A      So I have communicated with Shelby Akers about the

 7           GSA and -- this year.

 8                And Reece, I've communicated about the GSA.  You

 9           can see in there that I asked questions to my

10           superintendent in regards to a question that Reece

11           had.

12                MS. ROBERTS:  Ken, just to clarify, are you

13           asking beyond the school year?

14                MR. FALK:  Well, right now I'm talking about the

15           school year.

16    A      This school year I have had -- I don't believe it was

17           e-mail communications, but I spoke with Tai Wills's

18           family.  For some reason, they were under the

19           impression that they could not meet at the school.

20           And so I met with them to let them know that the GSA

21           could meet at the school.

22                In those conversations I offered to -- if they

23           wanted -- I encouraged them to use social media to

24           advertise.  I encouraged them to use the public

25           library bulletin board.  I also told them I would pay
```

1        for an advertisement in the newspaper if they wanted

2        to announce their meetings.  I encouraged them, if

3        they could find out how much a banner would be to go

4        across State -- or not State Street -- the main drag

5        of Pendleton, that I would be willing to be a private

6        donor for that.

7            You know, I wanted to show them that I do care

8        about them and that I don't want the negative

9        relationship.

10  Q   Sure.  I appreciate that.

11           You would agree that, especially for adolescents,

12        that there's frequently mental health and societal

13        problems associated with being LGBTQ; is that

14        correct?

15  A   Yes, that is what the statistics would show.

16  Q   And that groups like a GSA are very useful for

17        students' mental health; is that correct?

18  A   They could be.

19  Q   And they're also useful, even for students who are

20        not LGBTQ, to sort of normalize them, normalize

21        people who are transgender, along with people who are

22        LGBTQ; is that fair?

23  A   That's fair.

24  Q   And you would agree that being comfortable in your

25        own skin, which is difficult for teenagers under the

1      best of circumstances, is an extremely useful skill

2      just for future mental health, as well as

3      employability, as well as getting along with the

4      world; is that fair?

5  A   Yes.

6           MR. FALK:  Could we go off the record?

7           MS. ROBERTS:  Okay.

8           (A recess was taken.)

9  Q   Is there anything that would prevent you from

10     proposing that the GSA be an official club, be a

11     curriculum-related club?

12 A   So I could see how GSA would be curricular-related,

13     as we talked about, students having acceptance, being

14     more comfortable in their skin, reducing the

15     barriers.

16          To be honest, with the GSA, they have struggled

17     to provide leadership from year to year, so that's

18     one thing that would concern me about proposing that

19     to my School Board and then it not being fruitful.

20          And as I said in the e-mail to Shelby Akers that

21     you had seen, that there have been times over the

22     years where they have been nonexistent, and that does

23     worry me.  You know, I like for things that I

24     propose, to know that there might be some success

25     with those groups.

1    Q    Is there any other reason not to propose them as an

2         official club?

3    A    No.

4    Q    And there have been clubs that have been recognized

5         as official in the past, like Mat Maids, which have

6         ceased to exist; is that correct?

7    A    Mat Maids, I can't really speak to that because it

8         wasn't here when I got here in 2008-2009.

9              But, yes, there have been clubs that existed,

10        that don't exist for multiple different reasons.

11        Sometimes that's budget cuts and funding, because we

12        pay a stipend to the sponsors.  So I have to be

13        selective when I choose groups.

14             So, for example, over my time as principal I've

15        had someone want to have a dance club, which could

16        also be related to the PE curriculum or the fine

17        arts.  I've had a kid just this year that wanted to

18        do a men's volleyball club.  That could be related to

19        athletics that we already have or the physical

20        education curriculum.

21             So I do have to consider my goals as a principal

22        and what I want to promote.  And so sometimes being

23        cross-curricular helps.  Like, the e-Sports is --

24        provides kids with a lot of lucrative jobs beyond

25        high school.

1                So what I'm trying to say is there could be many

2           clubs that people bring to me that I could propose to

3           the Board.  So I have to analyze which ones I want to

4           take that I think can be fruitful and meet the needs

5           of the students at Pendleton Heights High School.

6      Q    Is there a concern that if you propose the GSA as an

7           official club, that there might be some sort of

8           counter-club that you'd have to recognize because of

9           your concern about neutrality?

10     A    No.

11     Q    So what is the impediment today to requesting that

12          the GSA be a -- become an official club?

13     A    What would they have to do to become an official

14          club?

15     Q    Sure.

16     A    They would need to write a proposal and show that

17          they can have sustainability.  And then we'd have to

18          analyze how that fits into our curriculum.  And then,

19          ultimately, the School Board gets to decide those

20          that are proposed.

21     Q    But, as of today, you're unwilling to commit

22          to allowing -- to proposing them because of your

23          concern about the past history and the sporadic

24          nature of the club; is that correct?

25     A    Correct.

1   Q   And what would they have to do to overcome that, in

2       your estimation?

3   A   I would like to see more curricular connections with

4       it, not just coming up in times of controversy, so

5       that I know that kids are gaining something related

6       to the academics out of it.

7   Q   And the controversy you referred to is the

8       controversy over the teachers not allowed to post --

9       I think there were flags or LGBTQ-supporting

10      information in the classroom; is that correct?

11  A   Right.  I would just like to see them sustain for

12      support for each other versus just coming and going,

13      electing leaders that elect new officers at the end

14      of the year and then they carry it over into the next

15      year.  And they've not been able to sustain

16      themselves.

17  Q   But you agree that if they could advertise in the

18      school and spread the word around about their

19      existence as an official club, that would help

20      attract students; is that fair?

21  A   No.

22  Q   Why?

23  A   We have other groups that are nonCorporation-

24      sponsored, that don't advertise in school and have

25      sustained their existence as well as their

1      membership.  Because of today's world we have social

2      media.  We have multiple other ways to advertise.

3  Q  You don't think being able to advertise and being

4      able to be known as an official club, being in the

5      Student Handbook, would be beneficial to any club, in

6      terms of its support?

7  A  I'm not saying whether it would or would not be

8      beneficial to it.  I can tell you that there are

9      clubs that do not get advertised that have a large

10     membership base.

11  Q  Sure.

12  A  So it could help them, it could not help them.  But I

13     guess to say that that is a factor that has been

14     detrimental to them I do not believe is the case

15     because we have clubs in our community that don't get

16     to advertise that have a large membership.

17  Q  But the LGBTQ students might feel very marginalized.

18     Not just in this high school but in any high school;

19     is that fair?

20  A  I can't speak to how they feel.

21  Q  Okay.  Is there a school newspaper?

22  A  The Muse is a publication.  And we used to have

23     HoofPrints, but it does not exist anymore.

24  Q  And does the Muse have advertisements in it?

25  A  No.

1   Q   Okay.  And does the school have an official -- any

2        official social media accounts that official clubs

3        have access to for purposes of advertising or

4        announcements?

5   A   Yes.

6   Q   What does the school have?

7   A   So WEEM promotes a lot of our activities.

8   Q   WEEM is the radio station?

9   A   Radio station.  And I can't say whether they have or

10       have not promoted our Pendleton Heights

11       Corporation-sponsored clubs, but they could.  I mean,

12       if there was -- they could retweet something from one

13       of those groups and probably, I would guess, probably

14       have, but I don't know that for sure.

15   Q   Okay.  And at the beginning of the deposition you

16       talked about the composite course of study, which is

17       equivalent to the Core 40; is that fair?  Or is that

18       different than the Core 40?

19   A   I assume the composite course of study means how high

20       school students earn a diploma, which is an Indiana

21       diploma requirement.

22   Q   Okay.

23   A   And so that's our 40 credits, the employability

24       skills, and the post-secondary competencies.

25   Q   And the 40 credits, are they -- it's been a while

```
 1            since my kids graduated high school.  Are the 40
 2            credits in particular courses or any courses?
 3      A     No particular courses.  So you have to get eight
 4            English language arts credits.  I don't know all of
 5            them by heart.
 6      Q     That's fair.
 7      A     But each category is broken down into course
 8            subjects, Science, Math, Social Studies, and English.
 9            And then you have elective credits that you have to
10            earn and others.
11      Q     But there's some electives you may take that may not
12            go to your composite course of study; is that right?
13      A     Correct.  We have students that graduate with 50-plus
14            credits, so they do not need all of the credits they
15            take to earn a high school diploma.
16            MR. FALK:  Okay.  I have nothing further.  Thank
17      you very much.
18            THE WITNESS:  Thank you.
19            MS. ROBERTS:  I have just a couple of questions.
20      EXAMINATION,
21            QUESTIONS BY MS. ROBERTS:
22      Q     It's been a while ago in your deposition when we went
23            through the list of clubs that are shown in
24            Exhibit 5, I believe.
25      A     Yes.
```

1    Q   I want to -- there were a couple they went through

2         very quickly, but I want to make sure that we've got

3         everything we need here from your testimony.

4            You talked about Beta and the National Honor

5         Society?

6    A   Uh-huh.

7    Q   And I recall that you said those relate generally to

8         scholarship and promoting good scholarship.  Do those

9         clubs have other curricular connections?

10   A   Yes.  Within the second bucket of the Indiana diploma

11        there's employability skills, and those are broken

12        down into three sections.  And one of those sections

13        are service-based learning.  And so for service-based

14        learning, National Honor Society and Beta provides

15        the kids opportunities to do service-based for our

16        community.

17   Q   When you say this is in bucket 2, is that bucket

18        something that all students are required to fill or

19        have checked off in order to graduate?

20   A   Yes.

21   Q   What sort of service-based learning does Beta or

22        National Honor Society do?

23   A   They do a variety.  National Beta Club might go out

24        in our community and help with our tornados that we

25        had back in 2018.  National Honor Society could fall

1       in that same category.  So any group that is in need

2       in our community or surrounding.

3           They might collect water and send it down to New

4       Orleans for the hurricane.  Basically, any need that

5       arises would be an opportunity for the students in

6       National Beta Club and National Honor Society to

7       fulfill the hours that they have to earn to be in the

8       club.

9           So they have service hours, and I don't know the

10      number of service hours per group.  But any

11      opportunity that arises where a group is in need,

12      they may go out and do that and then turn that in to

13      their sponsor.

14  Q  Okay.  So the Beta or National Honor Society itself

15      may have a set number of service hours, but for

16      Indiana's graduation criteria it's not a set number

17      of hours.  It's just simply doing something to

18      demonstrate that you've done service-based learning

19      and having someone sign off on it?

20  A  Correct.

21  Q  And so if someone meets their service hours in Beta,

22      then that person -- their sponsor would then sign off

23      saying that they have fulfilled bucket 2 of the

24      Indiana graduation requirement?

25  A  Right.  Which could be those employability skills or

1    service-based learning.

2    Q   So before a sponsor were to sign off on that, it

3        could be that -- I think you talked about

4        employability skills, including time management,

5        organization.  I don't recall everything you talked

6        about.

7    A   Yes.

8    Q   But for a sponsor to sign off, would Beta or National

9        Honor Society satisfy those items as well?

10   A   Correct.  And then -- so sometimes students don't

11       fulfill their service hours, and so they don't get

12       signed off on in Beta and National Honor Society.

13           So they would either have to stay in Beta another

14       year and maybe fulfill it that way or go get a job to

15       fulfill that bucket 2 in another route.

16   Q   Okay.  And just to be clear, Beta and National Honor

17       Society both, based upon the sort of service-based

18       projects they do, satisfies bucket 2 either because

19       of employability or because of service-based

20       learning?

21   A   Correct.

22           MS. ROBERTS:  Okay.  I don't have any other

23       questions.

24

25

```
 1          FURTHER EXAMINATION,

 2               QUESTIONS BY MR. FALK:

 3     Q    Bucket 2 is both employability and/or service-based

 4          learning; is that correct?

 5     A    Correct.  So --

 6     Q    What's bucket 3?

 7     A    Post-secondary competency skills.  So showing that

 8          you are prepared to go to some type of

 9          post-secondary, so military, college.

10               You don't -- they also take things like how many

11          AP courses that you take and that you got a "C" or

12          above in those as well.

13     Q    Okay.

14     A    And so employability skills can be covered through

15          project-based learning, service-based learning, or

16          work-based learning.

17               So the work-based is the employability.  The

18          service-based is the clubs that we have that provide

19          services or volunteer hours.  Project-based learning

20          can be certain courses that we have where they

21          produce a product in that class.

22     Q    And you testified before there's nothing to prevent a

23          sponsor of a non-official club from certifying that a

24          student had fulfilled their bucket for work that he

25          or she or they did in that club; is that correct?
```

1   A   Correct.

2   Q   And bucket 2 can be fulfilled by activities that have

3       nothing to do with school, being employed outside of

4       school, for instance; is that right?

5   A   Yes.

6           MR. FALK:  I have no further questions.  Thank

7       you.

8           THE WITNESS:  Thank you.

9               AND FURTHER THE DEPONENT SAITH NOT

10

11      _____

12               CONNIE RICKERT

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1        STATE OF INDIANA   )
                            )   SS:
2        COUNTY OF HAMILTON )

3

4            I, Paula A. Morgan, Notary Public in Hamilton
         County, Indiana, do hereby certify that the deponent
5        was, by me, sworn to tell the truth in the
         aforementioned matter;
6            That the deposition was taken on behalf of the
         Plaintiff at the time and place heretofore mentioned
7        with counsel present as noted;
             That the deposition was taken down by means of
8        Stenograph notes, reduced to typewriting under my
         direction and is a true record of the testimony given
9        by said deponent and was thereafter presented to the
         deponent for signature.
10           I do further certify that I am a disinterested
         person in this cause of action; that I am not a
11       relative or attorney of any of the parties or
         otherwise interested in the event of this action and
12       am not in the employ of the attorneys for the
         respective parties.
13
             IN WITNESS HEREOF, I have hereunto set my hand
14       and affixed my notarial seal this _____ day of
         December, 2021.
15

16

17
                        _____
18                      Paula A. Morgan, Notary Public

19
         County of Residence:  Hamilton
20
         My Commission expires:  October 9, 2024
21

22

23

24

25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

PENDLETON HEIGHTS GAY-STRAIGHT    )
ALLIANCE,                         )
                                  )
        Plaintiff,                )
                                  )
        v.                        )        No. 1:21-cv-02480-JRS-TAB
                                  )
SOUTH MADISON COMMUNITY SCHOOL    )
CORPORATION, et al,,              )
                                  )
        Defendants.               )

### Notice of Deposition

The parties are notified that the deposition of the Principal, Pendleton Heights High School will be taken pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure on November 15, 2021, at 12:30 P.M., at Administration Building, South Madison Community School Corporation, 203 S. Heritage Way, Pendleton, IN, 46064.

Pursuant to Rule 30(b)(6), the Principal shall designate one or more persons to testify on behalf of the Principal as to the following matters:

1.    The approximate number of students attending Pendleton Heights High School and the grades present in the High School.

2.    Whether Pendleton Heights High School allows student clubs, organizations, or groups to meet during non-instructional time at the High School. If so:

    a.    When during the week are clubs, organizations, or groups allowed to meet.

    b.    Where the clubs, organizations, or groups are allowed to meet.

    c.    The process through which a prospective student club, organization, or group must go through in order to obtain the authorization and all High School employees or other employees of the South Madison Community School Corporation who have authority to make the authorization.

[1]



PLAINTIFF'S
EXHIBIT
1
MM 11-15-21
PENGAD 800-631-6989

      d.      The employee(s) of the South Madison Community School Corporation who has/have the final authority to approve or deny the authorization to a prospective student club, organization, or group at Pendleton Heights High School.

3.      All student clubs, organizations, or groups currently allowed to meet at Pendleton Heights High School during non-instructional time or that were allowed to meet during the 2020-2021 school year but are no longer meeting.

4.      For each student club, organization, or group currently allowed to meet or that was allowed to meet at Pendleton Heights High School during the 2020-2021 school year, whether the group is or was curriculum related or non-curriculum related and all reasons why.

5.      Are some of the student clubs, organizations, or groups allowed to meet at Pendleton Heights High School also allowed to post information about themselves at the High School, engage in fundraising at the High School, be mentioned in announcements that are broadcast at the High School, or allowed in any other way to publicize their existence to students at the High School? If so, how is a decision made as to what clubs, organizations, or groups are so allowed and all clubs, organization, or groups that are currently so allowed or were allowed during the 2020-2021 school year.

6.      The circumstances under which student clubs, organizations, or groups at Pendleton Heights High School are listed in the High School's Student Handbook and all clubs, organizations, or groups currently listed.

7.      Whether the Pendleton Heights Gay-Straight Alliance is currently allowed, or has been allowed in past school years, to meet during non-instructional time at the High School and how that permission was obtained.

8.      Whether the Pendleton Heights Gay-Straight Alliance is currently allowed, or has been allowed, to post information about itself at the High School, engage in fundraising at the High School, be mentioned in announcements that are broadcast at the High School, or allowed in any other way to publicize its existence to students at the High School, and if not, why not.

9.      Whether the Principal of Pendleton Heights High School has described the Pendleton Heights Gay-Straight Alliance as an "unofficial" club, organization, or group, and if so, why and when, and the effect of being so designated and the effect of being designated or recognized as an "official" club.

[2]

10.     Whether the Principal of Pendleton Heights High School has, in the course of discussing the status of the Pendleton Heights Gay-Straight Alliance with a parent or any other person, specified that the treatment of the Pendleton Heights-Gay Straight Alliance was motivated by the need to remain "neutral." If this did occur, the circumstances of the conversation and the meaning of "neutral" in this situation.

11.     All communications this school year between administrators at Pendleton Heights High School and student representatives of the Pendleton Heights Gay Straight Alliance or parents of High School students, concerning the Pendleton Heights Gay Straight Alliance including, but not limited to, communications allowing the group to meet at the High School or its ability to engage in fundraising at the High School, be mentioned in announcements that are broadcast at the High School, or allowed in any other way to publicize its existence to students at the High School.

12.     Whether Pendleton Heights High School receives federal financial assistance.

        Pursuant to Rule 34 of the Federal Rules of Civil Procedure, please produce at or prior to the deposition for inspection and copying by plaintiff's counsel, the following documents.

1.      Any document listing all student clubs, organizations, or groups currently allowed to meet at Pendleton Heights High School during non-instructional time or that were so allowed during the 2020-2021 school year.

2.      All documents concerning the Pendleton Heights Gay-Straight Alliance.

3.      All policies of the South Madison Community School Corporation concerning the meeting of corporation-sponsored and non-corporation sponsored student clubs and activities on school premises.

                                  s/ Kenneth J. Falk
                                  Kenneth J. Falk
                                  Stevie J. Pactor
                                  ACLU of Indiana
                                  1031 E. Washington St.
                                  Indianapolis, IN 46202
                                  317/635-4059
                                  fax: 317/635-4105

kfalk@aclu-in.org
spactor@aclu-in.org

Attorneys for Plaintiff

[4]

## Certificate of Service

I hereby certify that a copy of the foregoing was served on the below-named counsel of record via e-mail on this 8th day of November, 2021.

Liberty L. Roberts
CHURCH CHURCH HITTLE + ANTRIM
LRoberts@cchalaw.com

s/ Kenneth J. Falk
Kenneth J. Falk
Attorney at Law

[5]



| Book | Policy Manual |
|---|---|
| Section | 2000 Program |
| Title | CORPORATION-SPONSORED CLUBS AND ACTIVITIES |
| Code | po2430 |
| Status | Active |
| Adopted | July 21, 2011 |

## 2430 - CORPORATION-SPONSORED CLUBS AND ACTIVITIES

The School Board believes that the goals and objectives of this Corporation are best achieved by a diversity of learning experiences, including those that are not conducted in a regular classroom but are directly related to the curriculum.

The purpose of curricular-related activities shall be to enable students to explore a wider range of individual interests than may be available in the Corporation's courses of study but are directly related to accomplishing the core goals for students as adopted by the Board in Policy 2131.

For purposes of this policy, curricular-related activities are defined as those activities in which:

A. the subject matter is actually taught or will be taught in a regularly offered course;  *40*

B. the subject matter concerns the Corporation's composite courses of study;

C. participation is required for a particular course;

D. participation results in academic credit.

No curricular-related activity shall be considered to be under the sponsorship of this Board unless it meets one or more of the criteria stated above and has been approved by the Superintendent.

Such activities, as well as extra-curricular or activities not directly related to courses of study, may be conducted on or off school premises by clubs, associations, and organizations of students sponsored by the Board, and directed by a staff advisor.

The Board shall allow noncorporation-sponsored, student clubs and activities during noninstructional time, in accordance with the provisions in Policy 5730 - Equal Access For Noncorporation-Sponsored, Student Clubs and Activities.

Noncurricular activities for students that are initiated by parents or other members of the community may be allowed under the provisions of Policy 7510 - Use of Corporation Facilities. The Board, however will not:

A. assume any responsibility for the planning, conduct, or evaluation of such activities;

PLAINTIFF'S EXHIBIT 2 PAM 11-15-21

B.  provide any funds or other resources;

C.  allow any member of the Corporation's staff to assist in the planning, conduct, or evaluation of such an activity during the hours s/he is functioning as a member of the staff.

No noncorporation-sponsored organization may use the name of the School Corporation or any other name which would associate an activity with the Corporation.

Students shall be fully informed of the curricular-related and extra-curricular activities available to them. Corporation-sponsored activities shall be available to all students who elect to participate and who meet eligibility standards. Whenever a student becomes a member of a Corporation-established student group or national organization such as the National Honor Society, in order to remain a member, s/he must continue to meet all of the eligibility criteria and abide by the principles and practices established by the group or the organization.

The Superintendent shall prepare administrative guidelines to implement a program of curricular-related clubs and activities and of extra-curricular activities. Such guidelines should ensure that the needs and interests of the students are assessed properly and procedures are established for continuing evaluation of each club and activity.

© Neola 2010

Legal                    20 U.S.C. 4071 et seq.

                         I.C. 20-56-5-4, 20-30-15-6,7,8

BoardDocs® LT

11/12/21, 7:21 PM



| | |
|---|---|
| Book | Policy Manual |
| Section | 5000 Students |
| Title | EQUAL ACCESS FOR NONCORPORATION-SPONSORED, STUDENT CLUBS AND ACTIVITIES |
| Code | po5730 |
| Status | Active |
| Adopted | July 21, 2011 |
| Last Revised | January 11, 2018 |

## 5730 - EQUAL ACCESS FOR NONCORPORATION-SPONSORED, STUDENT CLUBS AND ACTIVITIES

The School Board will not permit the use of school facilities by noncorporation-sponsored student clubs and activities or Corporation- sponsored, extra-curricular clubs and activities during instructional hours. During noninstructional time, however, no group of students, regardless of the size of the group, will be denied an opportunity to meet on the basis of the religious, political, philosophical, or other content of the activity.

An application for permission for noncorporation-sponsored student clubs and activities to meet on school premises shall be made to the principal, who shall grant permission provided that s/he determines that:

    A.  the activity has been initiated by students;

    B.  attendance at the meeting is voluntary;

    C.  no agent or employee of the Corporation will promote, lead, or participate in the meeting;

    D.  the meeting does not materially and substantially interfere with the orderly conduct of instructional activities in the school;

    E.  nonschool persons do not direct, conduct, control, or regularly attend the activity.

A student initiated group granted permission to meet on school premises shall be provided the same rights and access and shall be subject to the same administrative guidelines that govern the meetings of student organizations sponsored by this Board, except as provided by this policy. Participation in a student-initiated meeting must be available to all students who wish to attend and cannot be denied on the basis of a student's race, color, creed, religion, gender, national origin, disability, or social or economic status.

The Board will not permit the organization of a fraternity, sorority, or secret society. A student initiated meeting may be attended by no more than three (3) outside resource persons. The Superintendent may exclude nonstudents from directing, controlling, or attending any such meetings of students.



PLAINTIFF'S
EXHIBIT
3
pam 11-15-21

BoardDocs® LT

A professional staff member may be assigned to attend a student initiated meeting in a custodial capacity but shall not participate in the activity. No professional staff member shall be compelled to attend a student-initiated meeting if the content of the speech at the meeting is contrary to his/her beliefs.

The principal may take such actions as may be necessary to maintain order and discipline on school premises and to protect the safety and well-being of students and staff members.

**© Neola 2017**

Legal                    Equal Access Act of 1984, 20 U.S.C. 4071 et seq.

                         Americans with Disabilities Act of 1990, 42 U.S.C. 12101 et seq.

                         Civil Rights Act of 1964, 42 U.S.C. 2000e

                         I.C. 20-33-12

BoardDocs® LT





| Book | Administrative Guideline Manual |
|------|--------------------------------|
| Section | 2000 Program |
| Title | CORPORATION-SPONSORED CLUBS AND ACTIVITIES |
| Code | ag2430 |
| Status | From Neola |
| Adopted | February 1, 2014 |

## 2430 - CORPORATION-SPONSORED CLUBS AND ACTIVITIES

Since the policy of the School Board is to maintain a co-curricular activities program sufficiently varied to meet the wide range of vocational, recreational, social, and cultural needs and interests of the students, all students should be urged to join at least one (1) club or activity.

### A. Existing Clubs or Activities

At the start of the school year, all students should be provided with information on existing clubs, and all co-curricular and extra-curricular activities and encouraged to participate.

### B. New Activities

All new activities shall be approved in the following manner:

1. Requests for new activities should be submitted to the principal and contain the following:

   a. purpose and rationale

   b. intended outcomes for students

   c. participation

   d. plan of operation

   e. costs

   f. persons in charge

2. The Superintendent will review each request and either reject or submit each for Board approval.

3. Upon approval, an activity will be listed as a part of the co- curricular or extra-curricular program, and its fiscal account established by the principal.

### C. Fiscal Compliance

Both co-curricular and extra-curricular activities need to comply with financial and bookkeeping controls established by the State Board of Accounts.

Each activity advisor is to provide the building principal with a periodic update on the fiscal status of the activity.

**Eligibility Requirements**

All students who participate in interscholastic athletics shall meet the eligibility requirements described in the Athletic Handbook.

Eligibility requirements for participation in other activities shall be specified in the student handbook.

No student who has been absent for a school day may participate in an extra-curricular activity scheduled for the afternoon or evening of that school day without the approval of the principal.

**Schedule Conflicts**

Many students have multiple talents and interests they wish to develop or pursue through participation in Corporation-sponsored activities and groups. Since the Corporation's policy is to encourage such participation, the following guidelines have been established for dealing with potential schedule conflicts a student could experience when participating in more than one (1) activity.

A. At the beginning of each semester or season, each staff member in charge of a credit course, co-curricular, or extra-curricular activity is to prepare a schedule for any practices, performances, or other after-school obligations involved in participation.

   This information is to be sent to the school office and the guidance department when completed.

B. By the first day of an activity, students are to be made aware of the schedule of any practices and performances as well as other obligations. Each staff-member-in-charge is to determine which, if any, students will have conflicts with other activities in which they wish to participate.

C. If such conflicts exist, the staff-members-in-charge of the activities in conflict are to meet for the purpose of resolving the conflict. The emphasis should be on modifying the requirements so the student can participate in both activities.

D. If it is not possible to resolve the conflict without seriously undermining the integrity of the activity program, the following procedure is to be followed:

   1. If one of the activities provides the student with credit and the other one doesn't, the student and his/her parents are to be made aware of the possible consequences of not enrolling in each activity and of not meeting the obligations for participation.

   2. If both activities are credit activities, the student is to be advised to contact the his/her counselor to work out a solution that does not penalize the student.

   3. If one of the activities is an after-school, off-shoot of a credit activity but is not, itself, a credit activity, e.g., jazz band from concert band, the requirements for the credit activity may not be imposed as a condition for participating in the noncredit, after- school activity.

E. When the activity or program begins, the students are to be informed of the following:

   1. If a student encounters a previously-unforeseen conflict during the semester or season, s/he should inform both staff-members-in- charge as soon as possible in order to increase the likelihood that an accommodation can be worked out.

   2. If, during the year, an ad-hoc situation develops which creates a conflict in schedule for a student, s/he should discuss the conflict with principal who, in turn, will work with the staff-members-in- charge to try to reach an accommodation that is most advantageous to the student and least disadvantageous for the activities involved.

   3. If a student is experiencing difficulty in deciding between activities, s/he should make contact with the principal to discuss the alternatives rather than discuss it with the staff-members-in-charge.

   4. Under no circumstances is the student to be intimidated while making a decision by threats of penalties or future consequences.

© Neola 2011

# PENDLETON HEIGHTS HIGH SCHOOL



# STUDENT HANDBOOK
# 2021-2022



PLAINTIFF'S
EXHIBIT
5
pcm 11-15-21

2. Students will be responsible for the actions of their guests.
3. Grade school and junior high school students will not be admitted to high school dances except when in the company of their parents who may be acting as sponsors.
4. All students attending will follow the school dress code with the exception of special dances.
5. Any student or guest leaving will leave school grounds and not return during the hours of the dance.
6. Sponsors must provide chaperones and auxiliary police in numbers sufficient to control estimated crowds at dances.
7. Slam dancing is not permitted.

## ELECTION OF REPRESENTATIVES AND OFFICERS

### Class Officers

A student may run for class office by obtaining an application form or petition from the Attendance Office. The petition must be signed by fifteen classmates. The candidate will be notified if he/she does not meet the qualifications.

### Qualifications for Class Officers

1. A candidate must have a scholastic average (GPA) of at least C (5.0).
2. The candidate must be enrolled and a full-time student at the time of the election.
3. The election will be held by ballot and the candidate receiving a plurality will be declared the winner.
4. The candidate shall be required to give a speech to the class. This speech shall not be longer than one minute.
5. Three campaign posters per candidate will be permitted. Posters must be on poster board, with only one name appearing on each poster, and approved by the Student Council sponsor.
6. The candidate shall obtain three teacher references including at least one of the class sponsors. If the two teacher references rate the candidate below average, or if the class sponsor rates the candidate below average, the candidate may not run for office.
7. The student must be a full-time student during the entire year of his/her office or shall forfeit the office. The sponsor and steering committee shall have the power to replace the officer in a manner appropriate to the situation.

### Steering Committees

The four class officers are selected in the spring for the following school year. These same officers also assume duties on the Steering Committee. Three additional students are to be appointed jointly by the class sponsors and newly elected president soon after the elections are held. The appointment of three at-large members shall be made by the sponsors who have had the class for the previous school year. Ten (10) students per class will serve as the Class Officer/Steering Committee.

### Student Council

1. Each candidate must have had a scholastic average of at least 5.0 during the preceding year.
2. The student must be a full-time student during the entire year of his/her office or shall forfeit the office. The Student Council sponsor shall have the power to replace the member in an appropriate manner.
3. The election will be held by ballot. The two candidates receiving the most votes will serve a two-year term.
4. Each class will have one elected member for every fifty class members.
5. Three campaign posters per candidate will be permitted. Posters must be on poster board with only one name appearing on each poster and approved by the Student Council sponsor.
6. The Vice-President of each class will serve as a member and act as a liaison between the student council and his/her class steering committee.
7. The officers of Student Council for the following year will be elected in the spring by the current membership before class elections are conducted. The officers will be President, Vice-President, Recording Secretary, Corresponding Secretary, and Treasurer.

## CLUBS AND ORGANIZATIONS

### Academic Club

Academic Club members participate in the Hoosier Heritage Conference academic competitions. These competitions include the Hoosier Spell Bowl and the Academic Super Bowl. Club members work in teams to study and prepare for conference and regional competition. Teams that qualify participate in state competition.

### Art Club

Art Club is open to any student who has completed one year of high school art. The aim of the club is to provide art students with the opportunity to widen their knowledge and interest in the field. The club takes trips to museums, college art departments, special exhibits, and other art related activities.

**Best Buddies**

Best Buddies is the world's largest organization dedicated to ending the social, physical and economic isolation of the 200 million people with intellectual and developmental disabilities around the world. Best Buddies membership is open to all students.

**Delta Epsilon Phi (German National Honor Society)**

The purpose is to recognize high achievement in German language studies. To qualify for membership at Pendleton Heights High School students must have completed at least three semesters of German, be a junior or senior, and have a German grade point average of 10.0(A-) throughout their study of German.

**Deutscher Verein**

German Club's aims are to provide students, school, and community with opportunities to become acquainted with the German language and culture. Membership is open to anyone who has taken German or is currently taking German.

**FCCLA (Family, Career, and Community Leaders of America)**

Membership is open to any student who has taken or who is currently taking Family and Consumer Science courses. This national vocational organization empowers young men and women to become leaders by addressing personal, family, work, and societal issues through family and consumer science education.

**FFA - (National FFA Organization)**

Membership is limited to those students regularly enrolled in vocational agriculture and who have a satisfactory program of supervised farm practice. The purpose of the organization is to prepare students for premier leadership, personal growth, and career success through agricultural education.

**Book Club**

Book Club is a student book discussion group. Students select book titles to read and then meet for a group discussion and snacks. Book titles selected in the past include The DaVinci Code, Beginner's Luck, The Five People You Will Meet in Heaven, and It's Not about the Bike.

**La Societe Honoraire de Francais**

La Societe Honoraire de Francais is a National French Honor Society. Its purpose is to recognize those individuals in French classes that have achieved and maintained high achievement in their class work. To be eligible for membership, one must complete at least three semesters of French and maintain an A- GPA in French studies. It is also highly recommended that these students maintain a B- overall GPA.

**Le Cercle Francais**

The aims of the French Club are to provide students, school, and community with the opportunities to become acquainted with the French language and culture. Membership is open to anyone who has taken at least one year of French or who is currently taking French.

**Los Amigos Espanoles**

The aims of the Spanish Club are to provide students, school, and community with the opportunities to become acquainted with the Spanish language and culture. Membership is open to anyone who has taken at least one year of Spanish or who is currently taking Spanish.

**Mat Maids**

The basic function of Mat Maids is to support wrestling by attending the meets and serving as host/hostesses at all tournaments. Support is also given to the wrestling team through money-making projects. Many social gatherings are held to provide opportunity for Mat Maids, wrestlers, parents, and friends to come together for fun.

**Muse**

The *Muse* is the PHHS literary magazine. Published twice annually, the Muse features student art and writing, which have been selected for publication by a student committee.

**National Beta Club**

The National Beta Club is a service-leadership club open to all sophomore, junior, and senior high school students who maintain a high level of scholarship). Effective school year 2018-19, all candidates must attain and maintain a 9.0 minimum GPA for

membership consideration.   Beta Club members inducted prior to 2018-19 must maintain an 8.0 minimum GPA.   The purpose of this organization is to provide opportunities and experiences enabling students to demonstrate the ideals of character, achievement, service, and leadership.   All students who meet the academic requirement and who are of good character will be invited to become members. The student accepts membership by the payment of the national and local membership dues.

## National Honor Society

The National Honor Society is an organization for juniors and seniors who are selected for membership based on their qualities of scholarship, leadership, service, and character as required by the national constitution. Individuals must have, and must maintain a minimum 10.5 cumulative GPA.   Seniors in the Class of 2019 will be considered on the 10-point minimum scale.   Effective with the Class of 2020, all candidates must attain and maintain a 10.5 minimum GPA for membership consideration.   Members are selected by a faculty council consisting of five faculty members who are selected by the high school principal.   Selection is determined by the faculty council based on academic achievement as shown by the GPA, the candidate's individual narrative, and input submitted by faculty and staff.

## Outdoor Adventure Club

The purpose of Outdoor Adventure Club is to provide students with opportunities for outdoor activities and to promote physical fitness. Group outings include activities such as camping, horseback riding, canoeing, rock climbing, hiking, spelunking, and skiing.

## Sociedad Honoraria Hispanica

Sociedad Honoraria Hispanica (SHH) is a National Spanish Honor Society. Its purpose is to recognize high achievement in Spanish and to promote a continuity of interest in Hispanic studies.   To qualify for membership in the Captual Quijano at Pendleton Heights High School, students must have completed at least three semesters of Spanish and must maintain a 10.0 (A–) GPA throughout their study of Spanish.

## Student Council

Student Council is a student government organization. A major responsibility of this organization is planning, organizing, and supervising Homecoming activities. Student Council members are elected each spring for the following school year. Each candidate must have a scholastic average of at least 5.0 during the preceding school year. Election is by all-school ballot, and the two candidates receiving the most votes will serve a two-year term.   Each class will have one elected member for every fifty class members.

## SADD

Students Against Destructive Decisions is a student organization that promotes making good choices and a healthy lifestyle. Students participate in various activities including peer to peer events, trips to the elementary schools to promote healthy choices and various events in the community and around the state.

## WEEM Radio

PHHS is proud to be the only Madison County high school to offer broadcast training classes and its own FM radio station, 91.7. Students enroll in radio classes and must earn a radio broadcasting license by passing the FCC exam. Students have the opportunity to be "on the air" in a variety of broadcasting roles.

## FRATERNITIES, SORORITIES, AND SECRET ORGANIZATIONS

A secret organization cannot be given recognition in any manner. Students are to refrain from manifesting membership or activity in such organizations.   Pendleton Heights High School will sponsor and recognize only those clubs and organizations which are conducive to the proper growth and development of boys and girls.   Membership in unrecognized, unapproved or unlawful organizations will prevent that student from participating in any activity as a representative of our school and may lead to the suspension or expulsion of the student.

All clubs and organizations must have a copy of their constitution on file in the principal's office. Membership cannot be subject to race, religion, national origin, or sex.

## ATHLETIC COUNCIL

The Athletic Council which is composed of the Superintendent, a local school board representative, the high school principal, the high school athletic director, high school assistant athletic director, the middle school athletic director, and three (3) at-large varsity coaches will formulate and recommend policies for conducting the total athletic program to the Board of School Trustees.   This Council also charges the building principals and the athletic directors with the responsibility of carrying out the policies adopted by

**Ken Falk**

| | |
|---|---|
| **From:** | Libby L. Roberts <lroberts@cchalaw.com> |
| **Sent:** | Friday, November 12, 2021 7:26 PM |
| **To:** | Ken Falk |
| **Cc:** | Hollie Freimanis |
| **Subject:** | PH GSA v. SMCSC: Response to the RFP served with 30(B)(6) Notice |
| **Attachments:** | Administrative Guidelines 2430 - Corporation-Sponsored Clubs.pdf; Policy 2430.pdf; Policy 5730.pdf; GSA Facility Usage form.pdf; GSA email communications.pdf |

Ken,

In response to RFP #1 on the Rule 30(B)(6) deposition notice, I understand that a list does not currently exist so that document cannot be produced. However, the School has compiled the following the information:

The following groups used the PHHS facilities in the 20-21 School Year:
Adventure Camp (submitted by Devin Dummel)
Choir Boosters (Erin Sprouse- now last name Frick)
Best Buddies (Riley Herrin)
Marching Band Meals (Chris Taylor)
Outfitter (Niki Brown)
Band (Chris Taylor)
Post Prom (Ginny Shelton)
Beta (Mitchell Webster & Rebecca Walls)
Pendleton Junior Football League (Troy McKinley)
Scuba Educators International (Mike Guard)
FFA (Holly Williams)
Boyd Family (Raymond Oyler)
Pendleton Legends (Bob Petty)
FCA (Kayla Riddell)
Rugby (Curt Trout)
Election Board (Olivia Pratt)
Ingalls Police Department (John Gaw)
Pendleton PD (Sam Quiroga)
Cheer Fusion Elite (Trista Bellotti)
Construction Trades (Doug Wilson)
Markleville Alumni (Debra Thommen)
Boys Basketball (Adam Ballard)
Pro-Train Inc (Sam Quiroga)

In response to #2, based on communications in our prior email exchange, attached is a facility usage form submitted by the GSA and email communications from this year relating to the GSA.

In response to #3, See Policy 2430 and Administrative Guidelines 2430. See also Policy 5730.



PLAINTIFF'S
EXHIBIT
6
Pam 11-15-21

1

South Madison Community School Corporation
Board of School Trustees' Meeting
September 16, 2021

The Board of School Trustees' of South Madison Community School Corporation met in a regular session on Thursday, September 16, 2021 at 7:00 p.m. at Administrative Services Center with board members Angie Brown, Mike Hanna, Bill Hutton, Joel Sandefur and John Lord. Also in attendance were Superintendent Dr. Mark Hall, Assistant Superintendent for Secondary Curriculum, Instruction and College and Career Readiness Mr. Andrew Kruer, Assistant Superintendent for Elementary Curriculum and Instruction Dr. Laura Miller, Business Manager Ken McCarty, Corporation Treasurer Penny Myers, Lana Moore, Bryan Waltermire, Kevin Ray, Naomi Sandefur, Aaron Norrod, Kristin Case, Lauren Freeman, Mendi Clendenen, and approximately 8 additional patrons.

Richard "Buck" Evans entered the meeting at 7:08 p.m and Kaye Wolverton entered the meeting at 7:10 p.m.

CALL TO ORDER:
School Board President Bill Hutton called the Regular Board of School Trustees' meeting to order at 7:00 p.m.

PLEDGE OF ALLEGIANCE/MOMENT OF SILENCE/PRAYER:
School Board President Bill Hutton asked everyone to stand for the Pledge of Allegiance and pause for a moment of silence.

ADJUSTMENTS TO AGENDA:
Superintendent Dr. Mark Hall stated there were no adjustments to the agenda.

CORE PURPOSE/CORE GOAL/CORE VALUES:
School Board President Bill Hutton read the Core Purpose, Core Goal and Core Values.

COMMENTS FROM PATRONS:
There were no comments from the patrons.

MINUTES AND ACCOUNTS PAYABLE VOUCHERS:
3.1    Joel Sandefur made the motion to approve the minutes of the Regular Meeting of the Board of School Trustees on September 2, 2021.  The motion was seconded by Angie Brown and approved 5 – 0.
3.2    John Lord made the motion to approve the accounts payable vouchers #393 - 667. Mike Hanna seconded the motion and it was approved 5 - 0.

CONSENT ITEMS:
Joel Sandefur made the motion to approve Consent Items 3.1 through 3.7 as presented.  The motion was seconded by Angie Brown and approved 5 – 0.

3.1 Certified Staff Recommendation:
        Aubree Lanman, Long-term Virtual Substitute Teacher, Maple Ridge Elementary School

3.2 Support Staff Recommendations:
        Alicia Dotts, Resource Instructional Assistant, Maple Ridge Elementary School
        Nathan Silva, Resource Officer, Pendleton Heights Middle School
        Sharon Gray, Part-time Virtual Instructional Assistant, Maple Ridge Elementary School

3.3 Support Staff Transfer:
        Christy Keesling, Special Education Instructional Assistant at Pendleton Elementary School to Maple Ridge Elementary School

3.4 ECA Resignations:
        Shanna Miller, Girls Assistant Swim Coach, Pendleton Heights High School
        Mindy Hertzler, Girls'/Boys' Swim and Dive Varsity Coach, Pendleton Heights High School

3.5 ECA Recommendations:
        Larry Cunningham, 6th Grade Boys Basketball Coach, Maple Ridge Elementary School
        Kim Collier, AIM Sponsor, Pendleton Elementary School
        Trish Larrison, AIM Sponsor, Pendleton Elementary School
        Amanda Safford, Girls'/Boys' Swim and Dive Varsity Coach, Pendleton Heights High School

3.6 Leave Request
        Laura Poole, Teacher, East Elementary School


PLAINTIFF'S EXHIBIT 7
pam 11-15-21

3.7 Donation Approval at
DeVoe Chevrolet and Robert McCarney and South Madison Community Foundation, Monetary Donation to Pendleton
Elementary School

FINANCIAL BUSINESS
4.1    Ken McCarty presented the following contract approval:
       Andy Hughe (DJ), Pendleton Heights Homecoming, Ellen Fawcett Student Council Sponsor
       Angie Brown made a motion to approve the contract as presented by the Business Manager. The motion was
       seconded by Mike Hanna and approved 5 - 0.

4.2    Ken McCarty presented a resolution to approve the Tax Anticipation Warrant for 2022. Joel Sandefur made a motion to
       approve the Resolution. The motion was seconded by Angie Brown and approved 5 - 0.

NEW BUSINESS:
5.1    Andrew Kruer recommended the acceptance of Non-Resident Students for the 2021-2022 School Year. He requested
       permission from this point forward to accept late non-resident student applications and enroll the students in school prior
       to count day, only if the student applicants meet the criteria for acceptance and space is available in the grade and the
       school requested. These applications would be presented to the Board for approval retroactively at the next scheduled
       Board meeting. Richard "Buck" Evans made the motion to approve the non-resident students and request. The motion
       was seconded by Angie Brown and approved 6-0.

5.2    Andrew Kruer made a recommendation for sixth and seventh semester graduates to be eligible for Summa Cum Laude
       Diploma and students earning a Summa Cum Laude do not have to complete a senior project effective immediately.
       Angie Brown made the motion to approve the recommendation. The motion was seconded by Joel Sandefur and
       approved 7 - 0.

5.3    Andrew Kruer made a recommendation for Robotics, e-Sports and Bring Change to Mind clubs to be new curricular-
       related activities at Pendleton Heights High School starting the 2021-2022 school year. Richard "Buck" Evans made
       the motion to approve the recommendation. The motion was seconded by Angie Brown and approved 7 - 0.

5.4    Ken McCarty requested permission to dispose of surplus outdated science equipment at Pendleton Heights High
       School. Mike Hanna made the motion to approve the disposal request. Angie Brown seconded the motion and it
       was approved 7 - 0.

5.5    Dr. Hall requested that the Board consider changes related to the hybrid instruction schedule at the secondary schools
       along with changes related to the individual building positivity rates.  Joel Sandefur made the motion to approve the
       requested changes. The motion was seconded by John Lord and approved 7 - 0.

OTHER COMMUNICATION:
6.1    There were several patrons who spoke on various topics.
       Kevin Ray spoke in opposition to mask wearing and inquired about wearing them at the Homecoming dance. He also asked
       about the control of the union over the school board. Dr. Hall stated that the Homecoming dance will be held outside.
       Mr. Hutton stated, in reference to the union, that they are employed by SMCSC and it is a team effort and the team works
       well together. He then read a statement regarding public comment and civility.
       Kristin Case asked the public to please put the mask wearing to bed, that it has been decided. She thanked the Board for
       addressing some of the mental health and LGBTQ+ issues.
       Mendi Clendenen read an email she had sent to the Board and administration about her opposition to masks.  She stated
       she would be withdrawing her children for their physical and mental well being.
       Lauren Freeman spoke in opposition to mask wearing, referring to other school districts and their decisions on this subject.
       She also would like to have all the parents surveyed on mask wearing. She thanked the Board for all they do
       Robin Axel-Adams thanked the Board for addressing  LGBTQ+ issues and voiced concerns about the GSA club.

6.2    Dr. Hall shared that they are going to make Homecoming as traditional as they can.

6.3    Bill Hutton recognized the Band for their outstanding performance. He stated the Fine Arts department is doing well.  There
       was no further communication from the Board

ADJOURNMENT OF THE REGULAR MEETING:
There being no further business to come before the Board, Richard "Buck" Evans  made a motion to adjourn the meeting at 7:39
p.m.  The motion was seconded by Kaye Wolverton  and approved 7 – 0.

Mike Hanna, Secretary                                    Angie Brown, Assistant Secretary


Richard "Buck" Evans, Member                             John Lord, Member


Kaye Wolverton, Member


**BUDGET HEARING**
The hearing was called to order at 7:45 p.m.  Ken McCarty read a statement in reference to the budget process.  He then asked for public commits or questions.  There was no public comment.

**ADJOURNMENT OF THE BUDGET HEARING:**
The hearing was adjourned at 7:48 p.m.

**EXECUTIVE SESSION:**
Board members met in Executive Session immediately after the Budget Hearing for discussion of strategy related to Collective bargaining and for discussion of the assessment, design, and implementation of school safety and security measures, plans, and systems.  I.C. 5-14-1.5-6.1 (2)(A)(3) The governing body certifies that no subject matter was discussed in the executive session other than the subject matter specified in the public notice.



# SOUTH MADISON COMMUNITY SCHOOL CORPORATION
## Request for Use of School Facilities and Equipment
### (Please Print)

Person in Charge of Activity _Ms akers_

Address _511 Stoner Drive Anderson 46013_
Street          City          Zip          Telephone

Name of Group _GSA (gay-straight-alliance)_

Name of Activity _Meetings_

Area of facility to be used: _Room 111_

**Indicate Building:**
- ✓ High School
- ___ Middle School
- ___ East Elementary
- ___ Maple Ridge Elem.
- ___ Pendleton Elementary Primary
- ___ Pendleton Elementary Intermediate

Note: Arrangements for use of a facility must be initiated with the school principal.

**Equipment/ Personnel Needed:**
(Be Specific)

Note: Food Prep or use of kitchen must be coordinated with the Director of Food Svc at 778-2152 ext. 1015.
Note: Inflatables/bounce houses are not allowed on SMCSC property.

| Date(s) of Use: | Day of Week: | Time Opened: | Time Closed: |
|---|---|---|---|
| Thursdays every other week | 2:30 - 3:30 |
| 1st & 3rd of month |

Note: Board Policy does not allow the use of facilities on Sunday mornings. Please allow 30 minutes before the activity and 30 minutes after the activity to open and close the building. Custodian fees will be assessed for all Saturdays and Sundays. (Attach separate sheet if more space is needed.)

**Age Group of Participants**
(Mark all that apply)
- ☐ Elementary and Pre-School
- ☐ Middle School
- ☑ High School
- ☐ Adults

**Activity Information:**

Expected Attendance _10-15_

Admission Charge $ _/_

Names of Chaperons
_Shelby Akers_

Proceeds Used for: _NONE_

**Please answer the following two questions by checking the appropriate boxes:**
1. Are participants of this activity primarily students of the South Madison Community Schools? .......... ☑ YES   ☐ NO
2. Are participants of this activity primarily members of the South Madison Community? ................ ☐ YES   ☐ NO

The undersigned recognizes that the Board of Trustees of South Madison Community School Corporation is obligated to the whole public for protection, proper use and supervision of public school property and such property is never for "rent" in the same sense that commercial buildings are available; that school property cannot be used recklessly by small groups or individuals, even when expenses are paid—that school facilities must always be in complete daily readiness for their designated functions of education.

The undersigned agrees and warrants that all federal and state civil rights statutes and regulations and all federal and state anti-sexism statutes and regulations will be fully complied with and will fully implement such statutes in all instances in the utilization of the school corporation's buildings, facilities, or equipment. The undersigned further agrees to pay the school corporation's attorney fees, court costs, and any judgements rendered against the School Corporation as a result of the exercise of this rental.

**The undersigned has read and understands the rules and regulations governing the use of these facilities and agrees to abide by the same and to be responsible for any damage to the building, furniture, and fixtures incurred in the use and occupation of the building, ordinary wear and tear excepted.**

Filing requests at an early date will assist the administration in the timely scheduling of facilities as requested.

Signature of Person Making Request _[signature]_          Date _9/9/21_

*The above request does not interfere with the scheduled programs of the schools and the request is hereby recommended.*

**Principal's Signature** _[signature]_ Date _9/9/21_ School Personnel Assigned: _Akers_
*The above request is for purposes permitted by the rules of the Board of School Trustee and is approved.*

**Superintendent's Signature** _____ Date _____

Fees: All fees must be paid to the Supt.'s Office.
DO NOT PAY THE STAFF AT THE SCHOOL
Rental $          Custodian $

Rev. July 2009

PLAINTIFF'S EXHIBIT
8
Pam 11-15-21
PENGAD 800-631-6989

 Gmail

**Connie Rickert <crickert@smcsc.com>**

---

**GSA**
6 messages

---

**Bryce Axel-Adams <bryceaxeladams@stu.smcsc.com>**                    Tue, Sep 7, 2021 at 4:22 PM
To: Connie Rickert <crickert@smcsc.com>

Mrs. Rickert,
When we last met, you asked how the administration can repair its relationship with the LGBTQ community, at the time I
did not have an answer to that question, now I do. Let us promote the GSA, let us hang posters and flyers around as well
as announce it during the announcements.
At last week's School Board meeting, Bill Hutton explicitly said that the decision of what can be advertised lies in the
hands of the individual principals.
I have attached to this email, the flyer that I wish to put up around the school.
Please do the right thing. We're counting on you.

--
Reece Axel-Adams
LGBTQ+ Student Advocate

---

📄 **Untitled drawing.pdf**
34K

---

**Connie Rickert <crickert@smcsc.com>**                    Tue, Sep 7, 2021 at 4:26 PM
To: Mark Hall <mhall@smcsc.com>

I am not sure what was said at the last meeting or in what context. I have been under the understanding that taking a
neutral stance means no advertising for any outside organization such as GSA, Pendleton Rugby, etc.

Connie Rickert
[Quoted text hidden]

---

📄 **Untitled drawing.pdf**
34K

---

**Mark Hall <mhall@smcsc.com>**                    Tue, Sep 7, 2021 at 5:24 PM
To: Connie Rickert <crickert@smcsc.com>

I did not see Reece was not at the last school board meeting. ███████s asked the board if they could advertise for a
GSA. Mr. Hutton deferred that question to me and I told ████ that she needed to work with her Principal regarding the club.
The board is not going to get involved in the operation of a student club. The board has adopted a policy regarding this
that I have attached. It appears there is a process that needs to be followed according to the policy for the group to form.

Equal access act of 1984 is what I think you are referring to. It is cited at the bottom of the board policy.  It says...

Under the Federal Equal Access Act, any school that receives government funding and has at least one other non-
curricular club must also allow a GSA. As the law states, "It shall be unlawful for any public secondary school which
receives Federal financial assistance...to deny equal access or a fair opportunity to, or discriminate against, any students
who wish to conduct a meeting ...on the basis of the religious, political, philosophical, or other content of the speech at
such meetings."

The law also says that your school must treat all clubs the same and let them use school resources in the same way.  If
your school allows other clubs to meet in classrooms, put up posters and organize school events, then they have to allow
a GSA to do the same.

PENGAD 800-631-6989

**PLAINTIFF'S EXHIBIT**
9
PAM 11-15-21

You have to treat a GSA or any other non-curricular student clubs the same. If you let one group hang up posters you have to let any group that wants to form do the same. If you allow a GSA to hang up posters but not permit your existing groups, then you could be discriminating against the existing groups. When we had a GSA when I was Principal we gave the group space to meet just like all other groups such as the Fellowship of Christina Athletes and the group that organized meet at the pole event. We did not give them access to the daily announcements or hang-up flyers. We reserved those things for school corporation-sponsored activities. Whatever you do it has to be done consistently for everyone.

At this very least, I am not sure they are going to have time to follow the policy regarding the formation of the club by this Thursday if that is the day they are planning on meeting.

We can talk about this more tomorrow.

Dr. Mark J. Hall
Superintendent
South Madison Community School Corporation

[Quoted text hidden]

📄 **5730.pdf**
99K

---

**Connie Rickert** <crickert@smcsc.com>                                                    Wed, Sep 8, 2021 at 9:13 AM
To: Mark Hall <mhall@smcsc.com>

Yes, I am aware of all this content.

I meet with █████ mother tomorrow.

Connie Rickert
[Quoted text hidden]

---

**Connie Rickert** <crickert@smcsc.com>                                                    Wed, Sep 8, 2021 at 1:23 PM
To: Bryce Axel-Adams <bryceaxeladams@stu.smcsc.com>

I do not approve any non-PHHS announcements as we have discussed.

Here is the facility usage form. Submit the completed form to me for approval.

Connie Rickert
[Quoted text hidden]

---

**Bryce Axel-Adams** <bryceaxeladams@stu.smcsc.com>                                        Wed, Sep 8, 2021 at 2:14 PM
To: Connie Rickert <crickert@smcsc.com>

I would encourage you to read this especially the bolded, numbered list, especially number 8.
I must also admit that I am extremely confused. We have seen throughout the years advertisements for the outdoor adventure club, the tux shop in town, outfitters, and even this year, Bring Change to Mind, and other clubs that I did not list. All of these being either business or noncircular clubs. How are we different than those aforementioned clubs? I have quoted the suggested reading at the end of this email.
-Reece
"8. Imposing restrictions on the GSA that don't apply to other clubs: In addition to allowing GSAs to meet on school grounds, schools must provide GSAs with "equal access to available avenues of communication as provided to other non-curriculum related groups." Straights & Gays for Equal. v. Osseo Area Sch.-Dist. No. 279, 540F.3d 911, 914 (8th Cir. 2008). Examples of unequal and unlawful differential treatment include: requiring a faculty advisor for the GSA but not for other groups; placing different requirements on a GSA's posters, leaflets, and announcements than it places on other groups; or not allowing the GSA to be featured in the yearbook along with other clubs. In addition, delaying action on the GSA's application for approval, voting on the approval of a GSA when other school groups are not subject to a vote prior to approval, or in any way requiring a GSA to do more than other noncurricular clubs must to be officially recognized by the school can violate the EAA."



# Pendleton Heights GSA
## A safe place for everyone

    

## Callout Meeting!
## Thursday After School until 3:30 in Mrs. Akers Room Room 111!
## Hope to see you there!

PHHS, any staff, SMCSC, nor the School Board endorse the GSA and the display of these posters does not constitute an endorsement

 Gmail

Connie Rickert <crickert@smcsc.com>

## Announcement
4 messages

---

**Shelby Akers** <sakers@smcsc.com>                                           Wed, Sep 8, 2021 at 10:02 AM
To: Bill Whitehair <bwhitehair@smcsc.com>, Connie Rickert <crickert@smcsc.com>, Christian Ruggles <cruggles@smcsc.com>

Good Morning!

If the following announcement could be played that would be awesome:

"GSA will be having their callout meeting after school on Thursday September 9th in Room 111. The meeting will last from 2:30-3:30 after school. If you have any questions, please reach out to Ms. Akers"

Have a great day!

--

### Shelby Akers
**Pendleton Heights High School**
**Art Department**
sakers@smcsc.com

---

**Connie Rickert** <crickert@smcsc.com>                                        Wed, Sep 8, 2021 at 10:58 AM
To: Shelby Akers <sakers@smcsc.com>
Cc: Bill Whitehair <bwhitehair@smcsc.com>, Christian Ruggles <cruggles@smcsc.com>, LANA MOORE <lmoore@smcsc.com>

This is not a PHHS ECA. Announcements are reserved for PHHS ECA's.
Connie Rickert



[Quoted text hidden]

---

**Connie Rickert** <crickert@smcsc.com>                                        Wed, Sep 8, 2021 at 11:00 AM
To: Shelby Akers <sakers@smcsc.com>
Bcc: LANA MOORE <lmoore@smcsc.com>, Shaun Rose <srose@smcsc.com>, Michael Peo <mpeo@smcsc.com>

This is not a PHHS ECA. Announcements are reserved for PHHS ECA's. This is also why Pendleton Rugby, FCA, and other groups such as Raymond's church group do not have announcements on the PHHS announcements even though members of his church attend PHHS. I have encouraged the GSA to use social media to advertise for their group in the same way Curt Trout advertises for his Rugby group. I have encouraged them to post on the community board at the public library as well.

I am meeting with ████████ mom tomorrow. She was told some misinformation. She states she was told that GSA is not allowed to meet here. That is not true. I allow organizations to use our facilities and for free when an employee is willing to let them use their space, unlock the doors, clean up and lock up. The group needs to fill out a facility usage form. I have not yet seen a facility usage form from GSA signed by a student. I appreciate you opening your door and giving them the facilities for free. GSA is a student-initiated organization similar to FCA (Fellowship of Christian Athletes) and should be student-initiated with only the employee acting in a custodial capacity.

I offered Axel-Adams a facility usage form at the beginning of the year but a form was not taken, nor filled out stating no desire to lead the group. This statement was in the presence of his mother Robin. I have explained to Axel-Adams many times the neutral stance that if I allow one, I allow all. So I allow non-PHHS groups to use our facilities to meet, but I do not allow them to hang up posters or use our announcements. This is not discriminatory. This is consistent.

I encouraged multiple identified GSA at the end of last year to select officers and keep the momentum going so GSA could hit the ground running this year. GSA has been around here since I started 14 years ago, but the student leaders let it dwindle out or it just dwindles out with no responsible leaders to have sustainability in my opinion. Please encourage the leaders selected this year to make every effort at the end of this year to have leaders in place for the 22-23 school year so that the GSA community does not constantly feel they have to start from scratch. I do not like that they do not feel valued as some have expressed. Everyone has value.

I tell you this so you are aware of events and maybe in some custodial role, can encourage student leaders to keep this going from year to year so the support for the GSA has longevity not just in times of controversy.

See board policy to be clear on who can come to meetings and the "custodial capacity".
https://mail.google.com/mail/u/0/?tab=rm#inbox/FMfcgzGljljrGwfsZrXqwbsRhJDfMzst?projector=1&messagePartId=0.1

Connie Rickert

On Wed, Sep 8, 2021 at 10:02 AM Shelby Akers <sakers@smcsc.com> wrote:
[Quoted text hidden]

 Gmail

Connie Rickert <crickert@smcsc.com>

**GSA**
1 message

**Bryce Axel-Adams** <bryceaxeladams@stu.smcsc.com>     Wed, Sep 15, 2021 at 11:17 AM
To: Connie Rickert <crickert@smcsc.com>

Can you explain to me exactly why the GSA cannot become an official school club?
As well as exactly why we cannot promote.

--
Reece Axel-Adams
LGBTQ+ Student Advocate

**Shaun Rose** <srose@smcsc.com>
To: Connie Rickert <crickert@smcsc.com>

Wed, Sep 8, 2021 at 11:23 AM

The link is dead.  It goes nowhere.

[Quoted text hidden]

--
Shaun A. Rose
Assistant Principal
Pendleton Heights High School
One Arabian Drive
Pendleton, IN 46064
(765)778-2161 ext 6002

 **Gmail**

**Connie Rickert <crickert@smcsc.com>**

---

## GSA-Urgent
2 messages

---

**Bryce Axel-Adams <bryceaxeladams@stu.smcsc.com>**                    Wed, Sep 15, 2021 at 1:04 PM
To: Connie Rickert <crickert@smcsc.com>, srose@smcsc.com, Michael Peo <mpeo@smcsc.com>
Cc: mhall@smcsc.com

Mrs. Rickert,
I fully realize that at this point in time, we do not like each other. However, personal feelings should not dictate how one executes their job. One of your roles as principal of this school is to "implement the Board's policies and administrative rules and regulations."
With that being said, I would like to officially ask that the GSA be made a school-sponsored club.
In the event that you were to deny my request, I would like to know exactly why you will not allow the GSA an official school club.
I would also like for you to take a look at school board policy 2430 and policy 5751. I have quoted the sections that I believe to be of the most importance.

PO-5730: "A student-initiated group granted permission to meet on school premises shall be provided the same rights and access and shall be subject to the same administrative guidelines that govern the meetings of student organizations sponsored by this Board, except as provided by this policy."

PO-2430: "Students shall be fully informed of the curricular-related and extra-curricular activities available to them."

--
Reece Axel-Adams
LGBTQ+ Student Advocate

---

**Connie Rickert <crickert@smcsc.com>**                    Thu, Sep 16, 2021 at 2:17 PM
To: Bryce Axel-Adams <bryceaxeladams@stu.smcsc.com>
Cc: Shaun Rose <srose@smcsc.com>, Michael Peo <mpeo@smcsc.com>, Mark Hall <mhall@smcsc.com>, raxeladams@comcast.net
Bcc: Samson Hunckler <shunckler@smcsc.com>

Last we spoke you stated you would not speak to me without your mom present. Are both of you available to meet sometime next week?
I have the following times available next week:
Tuesday after 10 AM
Any time Wednesday & Thursday between 7 AM-3:20 PM

Thanks,
Connie Rickert
[Quoted text hidden]

DocuSign Envelope ID: 4D481D9A-51B4-447B-AE10-DF3EA8A03BC8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

PENDLETON HEIGHTS GAY-STRAIGHT )
ALLIANCE, an unincorporated association, )
 )
Plaintiff, )
 )
v. )   No. 1:21-cv-02480-JRS-TAB
 )
SOUTH MADISON COMMUNITY )
SCHOOL CORPORATION, *et al.*, )
 )
Defendants. )

### Declaration of Reece Axel-Adams

Reece Axel-Adams, being duly sworn, says that:

1.    I am 18 years old.

2.    I attend Pendleton Heights High School, a public school located in Pendleton, Indiana.

3.    The school contains approximately 1400 students in grades 9-12.

4.    I am currently a senior and I have been in the school since I was a freshman.

5.    I am familiar with the various clubs that are present in the school.

6.    I am also familiar with the courses offered at the school.

7.    The Pendleton Heights High School Student Handbook lists some, but not all the clubs or organizations, which are available to the students. I have attached the relevant excerpt of the Handbook to this declaration.

[1]



PLAINTIFF'S
EXHIBIT
_10_
Pam 11-15-21

DocuSign Envelope ID: 3D481D94-81B4-447B-AE10-DE3EA8A03BC8

8.      Some of the groups listed, like the foreign language clubs, relate directly to the foreign languages taught at the school.

9.      However, some of the groups listed are not directly related to any courses at the school and do not, to the best of my knowledge lead to academic credit for those participating. These include Best Buddies, Mat Maids, Outdoor Adventure Club, and SADD ("Students Against Destructive Decisions"). These groups meet at the school during non-instructional times.

10.     The student groups listed in the Handbook are able to publicize themselves and advertise their existence because they are listed in the Handbook.

11.     I also believe that the groups listed in the Handbook may post information about their meetings on bulletin boards at the school. They may also be mentioned on the campus radio station that plays daily announcement through the school. In fact, on October 1, 2021, I heard an announcement for Outdoor Adventure Club during daily announcements.

12.     There are also other groups that are not currently listed in the Handbook that are allowed to meet at the school during noninstructional time. These include Fellowship of Christian Athletes, E-gaming (for electronic game enthusiasts), Robotics (for those who are interested in building robots) and Bring Change to Mind (a group that focuses on encouraging dialogue about mental health).

[2]

DocuSign Envelope ID: 3D481D91-81B1-447B-AE16-DF3EA8A03BC8

13.     Although the groups listed immediately above are not listed in the Handbook, I am aware that at least Fellowship of Christian Athletes, Bring Change to Mind, and E-gaming has been allowed to post information about its meetings on school bulletin boards and be part of the announcements that are broadcast through the school radio station as part of daily announcements.

14.     I am aware that in the past there was a Gay-Straight Alliance (GSA) at the high school, although as of the beginning of this school year it had not met for a while.

15.     A GSA is designed to allow gay, lesbian, bisexual, transgender, and allied students to meet in order to provide social, emotional, and educational support to each other.

16.     This year I spoke to the Principal of Pendleton Heights High School and received permission to restart the Pendleton Height GSA ("PHGSA").

17.     The purpose of the PHGSA is to provide social, emotional, and educational support to gay, lesbian, bisexual, transgender, and allied students at Pendleton Heights High School. It also serves to inform the school community as a whole of the existence of gay, lesbian, bisexual, and transgender students and is designed to foster tolerance and acceptance of all students regardless of their sexual orientation.

18.     PHGSA has a faculty sponsor and has met in her classroom after instructional time. This has caused no disruption to the school or to the educational environment.

19.     Although the Principal has allowed PHGSA to meet, she has indicated that the group is not an "official" club. As such, the group will not be listed in the Handbook and

[3]

DocuSign Envelope ID: 5D481D91-3181-447B-AE10-DF3EA8A03BC6

cannot post information about itself and its meetings in the school. Nor can it advertise and publicize itself on the school's radio station.

20.     The Principal has indicated that all these opportunities are being denied to PHGSA because the school needs to remain "neutral" on gay, lesbian, transgender, and related issues.

21.     Given that PHGSA has only recently resumed operations, it needs to be able to advertise and get the word out to grow its membership.

22.     PHGSA fulfills a vitally important role in providing a place of care and community for a group of students who often lack such support and to provide them with important information at a crucial period of their development.

23.     The inability of PHGSA to advertise and expose students to its existence and beneficial purposes is causing it to have fewer members than it would have if it was given the same ability as other clubs to advertise and publicize its existence.

24.     This inability severely hinders and impedes the basic purpose of PHGSA, to be a place of shelter, support, and education, not just for gay, lesbian, transgender, and non-binary students, but for all students at the high school.

[4]

DocuSign Envelope ID: 1D481D91-3184-447B-A519-D53EA8403BC6

# Verification

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: <u>10/6/2021 | 10:47 AM EDT</u>

Reece Axel-Adams

Prepared by:

Kenneth J. Falk
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202

[5]



| | |
|---|---|
| Book | Policy Manual |
| Section | 9000 Relations |
| Title | RELATIONS WITH SPECIAL INTEREST GROUPS |
| Code | po9700 |
| Status | Active |
| Adopted | July 21, 2011 |
| Last Revised | February 18, 2021 |


PLAINTIFF'S EXHIBIT
11
nam 11-15-21

## 9700 - RELATIONS WITH SPECIAL INTEREST GROUPS

Any request from civic institutions, charitable organizations, or special interest groups which involve such activities as patriotic functions, contests, exhibits, sales of products to and by students, sending promotional materials home with students, graduation prizes, fundraising, and free teaching materials must be carefully reviewed to ensure that such activities promote student interests without advancing the special interests of any particular group.

It is the policy of the School Board that students, staff members, and Corporation facilities not be used for advertising or promoting the interests of any non-school agency or organization, public or private, without the approval of the Board or its delegated representative; and any such approval, granted for whatever cause or group, shall not be construed as an endorsement of said cause or group by this Board.

### A. Political/Commercial Interests

All materials or activities proposed by outside political or commercial sources for student or staff use or participation shall be reviewed by the Superintendent on the basis of their educational contribution to part or all of the school program, benefit to students, and good taste and no such approval shall have the primary purpose of advancing the name, product, or special interest of the proposing group.

The Board shall not permit the use of any type of educational material, program, or equipment in its curricular or extra-curricular activities or at any time during the school day if such materials, programs, or equipment contain partisan political or commercial messages or are designed to persuade students or staff members to acquire a particular product or service offered by a named individual, company, organization, association, or agency. Professional staff may, however, utilize political materials or those provided by special interest-groups in adopted courses of study with the approval of the principal.

Outside speakers representing commercial organizations will be welcome only when the commercial aspect is limited to naming the organization represented and the subject matter advances the educational aims of the Corporation.

### B. Patriotic Youth Membership Organizations

The Board may provide a representative of a Patriotic Youth Membership Organization, as defined and organizations listed in Title 36 of the United States Code (e.g., Boy Scouts of America, Girl Scouts of the United States, Big Brothers and Big Sisters of America, and Boys and Girls Club of America) that has an educational purpose and promotes patriotism and civic involvement to provide an oral, written, or oral and written information regarding the organization to students of the Corporation.

If the organization makes such a request to provide oral or written information to students, the Corporation is required to provide at least one (1) time each school year, with a specific day and time specified, for the organization to provide the information on Corporation property.

Prior to the representative from the Patriotic Youth Membership Organization being permitted on Corporation property, the Corporation shall conduct an expanded criminal history check on the representative seeking to present information to students on Corporation property. The Corporation may request written consent for the expanded criminal history check from the representative of the organization. The representative is responsible for all costs associated with obtaining the expanded criminal history check.

A Corporation may, upon receipt of the expanded criminal history check, refuse to allow a representative to provide information if the representative that has been selected from the Patriotic Youth Membership Organization has been convicted of a felony listed in I.C. 20-28-5-8(c) or I.C. 20-28-5-8(d).

## C. Contests/Exhibits

The Board recognizes that contests, exhibits, and the like may benefit individual students or the Corporation as a whole, but participation in such special activities may not:

1. have the primary effect of advancing a special product, group, or company;

2. make unreasonable demands upon the time and energies of staff or students or upon the resources of the Corporation;

3. involve any direct cost to the Corporation;

4. interrupt the regular school program;

5. cause the participants to leave the School Corporation, unless the Board's Policy 2340 - Field and Other Corporation-Sponsored Trips has been complied with in all aspects.

## D. Distribution/Posting of Literature

No outside organizations or staff member or student representing an outside organization may distribute or post literature on that organization's behalf on Corporation property either during or after school hours without the permission and prior review of the Superintendent.

The Superintendent shall establish administrative guidelines which ensure that:

1. criteria established in Policy 5722 - Student Publications and Productions are used to make a decision regarding materials that students seek to post or distribute;

2. distribution or posting of materials employees wish to distribute on behalf of an employee organization comply with the terms of negotiated collective bargaining agreements;

3. the school mail system is not used by students or staff for distribution of nonschool-related materials;

4. no materials from any profit-making organization are distributed for students to take home to their parents unless authorized by the Superintendent;

5. the time, place, and manner of distribution of all nonschool-related materials is clearly established and communicated.

## E. Solicitation of Funds

Any outside organization or staff member representing an outside organization desiring to solicit funds on school property must receive permission to do so from the Superintendent.

Permission to solicit funds will be granted only to those organizations, individuals, or staff members who meet the permission criteria established in the Corporation's administrative guidelines. Solicitation must take place at such times and places and in such a manner as specified in the administrative guidelines. In accordance with Board Policy 5830, no Corporation student may participate in the solicitation without the Superintendent's approval.

The Board disclaims all responsibility for the protection of, or accounting for, such funds.

Solicited funds are not to be deposited in any regular or special accounts of the Corporation.

Any booster club or school-support group that may use students in a fundraising activity must comply with I.C. 4-32.2-5-21

and Board Policy 5830 for any of the following types of fundraising events: bingo games, charity game nights, raffles, door prizes, fundraising festivals, activities related to pull tabs, punch-boards, tip-boards, and the like. Moreover, any fundraiser involving games of chance must comply with Indiana law, including obtaining the appropriate license or permits.

Crowdfunding activities aimed at raising funds for a specific classroom or school activity, including extra-curricular activity, or to obtain supplemental resources (e.g., supplies or equipment) that are not required to provide a free appropriate public education to any students in the classroom may be permitted, but only with the specific approval of the Superintendent.

All crowdfunding activities are subject to Policy 6605 and any administrative guidelines adopted by the Superintendent to implement Policy 6605.

F. **Prizes/Scholarships**

The Board is appreciative of the generosity of organizations which offer scholarships or prizes to deserving students in this Corporation. But, in accepting the offer of such scholarships or prizes, the Board directs that these guidelines be observed:

1. No information either academic or personal shall be released from the student's record for the purpose of selecting a scholarship or prize winner without the permission of the student who is eighteen (18), or the parents of a student who is younger in accordance with the Board's policy on student records.

2. The type of scholarship or prize, the criteria for selection of the winner, and any restrictions upon it shall be approved by the principal.

3. The principal, together with a committee of staff members designated by the principal, may be involved in the selection of the recipient.

G. **Sale of School Supplies**

In determining the appropriateness of the sale of school supplies by organizations other than the School Corporation, the Board requires that:

1. the organization have a purpose which will benefit the School Corporation and its students;

2. the organization's planned activities are clearly in the best interest of the School Corporation and its students.

All funds generated by the sale of such school supplies shall be kept separate from other activity funds or other transactions of the Board.

H. **Surveys and Questionnaires**

Neither Corporation-related nor noncorporation-related organizations shall be allowed to administer a survey or questionnaire to students or staff unless the instrument and the proposed plan is submitted, in advance, to the Superintendent. If approved in accordance with the Superintendent's criteria, a copy of the results and the proposed manner of their communication are to be provided to the Superintendent for review and approval before they are released.

Revised 2/16/17

© Neola 2020

Legal                   I.C. 4-32.2-4

                        I.C. 4-32.2-5

                        I.C. 4-32.2-5-21

                        I.C. 20-26-20

                        I.C. 20-28-5-8(c)

                        I.C. 20-28-5-8(d)

                        I.C. 20-30-5-5

                        I.C. 20-30-5-6