

| | |
|---|---|
| Book | Policy Manual |
| Section | 2000 Program |
| Title | CORPORATION-SPONSORED CLUBS AND ACTIVITIES |
| Code | po2430 |
| Status | Active |
| Adopted | July 21, 2011 |

2430 **- CORPORATION-SPONSORED CLUBS AND ACTIVITIES**

The School Board believes that the goals and objectives of this Corporation are best achieved by a diversity of learning experiences, including those that are not conducted in a regular classroom but are directly related to the curriculum.

The purpose of curricular-related activities shall be to enable students to explore a wider range of individual interests than may be available in the Corporation's courses of study but are directly related to accomplishing the core goals for students as adopted by the Board in Policy 2131.

For purposes of this policy, curricular-related activities are defined as those activities in which:

A. the subject matter is actually taught or will be taught in a regularly offered course;

B. the subject matter concerns the Corporation's composite courses of study;

C. participation is required for a particular course;

D. participation results in academic credit.

No curricular-related activity shall be considered to be under the sponsorship of this Board unless it meets one or more of the criteria stated above and has been approved by the Superintendent.

Such activities, as well as extra-curricular or activities not directly related to courses of study, may be conducted on or off school premises by clubs, associations, and organizations of students sponsored by the Board, and directed by a staff advisor.

The Board shall allow noncorporation-sponsored, student clubs and activities during noninstructional time, in accordance with the provisions in Policy 5730 - Equal Access For Noncorporation-Sponsored, Student Clubs and Activities.

Noncurricular activities for students that are initiated by parents or other members of the community may be allowed under the provisions of Policy 7510 - Use of Corporation Facilities. The Board, however will not:

A. assume any responsibility for the planning, conduct, or evaluation of such activities;

**EXHIBIT C**

B. provide any funds or other resources;

C. allow any member of the Corporation's staff to assist in the planning, conduct, or evaluation of such an activity during the hours s/he is functioning as a member of the staff.

No noncorporation-sponsored organization may use the name of the School Corporation or any other name which would associate an activity with the Corporation.

Students shall be fully informed of the curricular-related and extra-curricular activities available to them. Corporation-sponsored activities shall be available to all students who elect to participate and who meet eligibility standards. Whenever a student becomes a member of a Corporation-established student group or national organization such as the National Honor Society, in order to remain a member, s/he must continue to meet all of the eligibility criteria and abide by the principles and practices established by the group or the organization.

The Superintendent shall prepare administrative guidelines to implement a program of curricular-related clubs and activities and of extra-curricular activities. Such guidelines should ensure that the needs and interests of the students are assessed properly and procedures are established for continuing evaluation of each club and activity.

© **Neola 2010**

| Legal | 20 U.S.C. 4071 et seq. |
|---|---|
| | I.C. 20-56-5-4, 20-30-15-6,7,8 |