UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION


PENDLETON HEIGHTS GAY-STRAIGHT
ALLIANCE,

     Plaintiff,               CIVIL ACTION NO.
                                  1:21-cv-02480-JRS-TAB

 vs.

SOUTH MADISON COMMUNITY
SCHOOL CORPORATION, et al.,

     Defendants.


The deposition upon oral examination of

**REECE AXEL-ADAMS**, a witness produced and sworn before

me, Paula A. Morgan, Notary Public in and for the

County of Hamilton, State of Indiana, taken on the

15th day of November, 2021, in the offices of the

South Madison Community School Corporation, 203 South

Heritage Way, Pendleton, Madison County, Indiana,

pursuant to the Federal Rules of Civil Procedure.

This deposition was taken on behalf of the Defendants

in the above-captioned matter.


ASSOCIATED REPORTING, INC.
251 East Ohio Street, Suite 940
Indianapolis, Indiana 46204
(317) 631-0940
www.associated-reporting.com

**EXHIBIT D**

```
 1                        APPEARANCES

 2
         FOR THE PLAINTIFF:
 3
          Kenneth J. Falk
 4        Stevie J. Pactor
          ACLU OF INDIANA
 5        1031 East Washington Street
          Indianapolis, Indiana 46202
 6
         FOR THE DEFENDANTS:
 7
          Liberty L. Roberts
 8        CHURCH CHURCH HITTLE & ANTRIM
          Two North Ninth Street
 9        Noblesville, Indiana 46060

10       ALSO PRESENT:

11        Dr. Mark Hall - South Madison Community
                          School Corporation
12

13                    INDEX OF EXAMINATION

14
                                              Page
15       EXAMINATION  (By Ms. Roberts)           3

16

17                       EXHIBIT INDEX

18       No.          Description             Page
19       Exhibit 10   Declaration of Reece Axel-Adams   4

20

21       Previously marked:

22       No.          Description             Page
         Exhibit 5    Pendleton Heights High School    32
23                    Student Handbook 2021-2022

24       Exhibit 9    9/7/21-9/16/21 e-mail chain       29

25
```

```
 1              (Deposition Exhibit 10 was marked for
 2         identification.)
 3              R E E C E   A X E L – A D A M S, the witness
 4         herein, having been first duly sworn to tell the
 5         truth, the whole truth, and nothing but the truth,
 6         was examined and testified as follows:
 7         EXAMINATION,
 8              QUESTIONS BY MS. ROBERTS:
 9    Q    Please state your name.
10    A    Reece Axel–Adams.
11    Q    Reece, have you given a deposition before?
12    A    No.
13    Q    I'm sure your attorney's talked to you about this.
14         It is basically a question and answer system.  It
15         seems to me you talk a little soft, so there might be
16         times where I have to ask you to speak up a little
17         bit so the court reporter can hear you.
18    A    That's fine.
19    Q    That's our only goal, is she hears everything I say,
20         everything you say, and types it up.  Okay?
21    A    All right.
22    Q    So, to accomplish that, I'd ask that you wait until I
23         ask my question, so you don't speak over top of me,
24         because she cannot write down what two of us say at
25         one time.
```

4

1    A    All right.

2    Q    Okay?

3    A    Yes.

4    Q    If at any point you need a break, you're welcome to

5         take a break.  I just ask that you answer the

6         question that's pending before you before your break

7         starts.  All right?

8    A    Okay.

9    Q    I do not expect your deposition to take very long.

10   A    All right.

11   Q    If at any point in your deposition you do not

12        understand what I'm asking you, just tell me.  I'll

13        ask it in another way.

14   A    Okay.

15   Q    All right?  You have in front of you a document

16        that's marked Exhibit 10?

17   A    Yes.

18   Q    Is this a declaration which you signed?

19   A    Yes.

20   Q    Okay.

21   A    Yes.

22   Q    You're here because you've put your signature on this

23        declaration.  The Plaintiff in the case is Pendleton

24        Heights Gay-Straight Alliance, an unincorporated

25        association.  Can you tell me what your affiliation

```
 1        is with the Plaintiff in this case?
 2    A   I lead it.
 3    Q   When you say you "lead it," does that mean you hold a
 4        title in the organization or --
 5    A   Unofficial title, yes.
 6    Q   And what's your unofficial title?  Just leader?
 7    A   Yeah.
 8    Q   You don't have a structure of president, vice
 9        president?
10    A   No.
11    Q   Okay.  How long have you been the leader?
12            And let me just, for shortened terminology here,
13        if I call it the "GSA," is that --
14    A   Yes.
15    Q   -- something you understand to be the Plaintiff in
16        this case?
17    A   Uh-huh.
18    Q   How long have you been the unofficial leader of the
19        GSA?
20    A   Since the beginning of the school year.
21    Q   So is that August of 2021?
22    A   Yes.
23    Q   And how did you first find out about the GSA?
24    A   A friend.
25    Q   A school friend?
```

6

1   A   Yes.

2   Q   Was that friend already a member of the GSA?

3   A   They were a member of one of the previous ones, yes.

4   Q   Tell me what you mean when you say "one of the

5       previous ones."

6   A   I guess not this one.  We've had several incarnations

7       of it over the years, under different leadership.

8   Q   When you say "several incarnations," meaning that

9       there's been a different sponsor or a different focus

10      of the group or different --

11  A   Sponsor.

12  Q   Okay.  So, as you speak of the GSA, has it always had

13      the same purpose?

14  A   I don't know.

15  Q   Okay.  Do you have any knowledge as to what actually

16      took place within the organization of the GSA before

17      August of 2021?

18  A   No.

19  Q   If you turn to page 2 of your affidavit, in paragraph

20      9 it says, "some of the groups listed" -- listed in

21      the Handbook -- "are not directly related to any

22      courses at the school and do not, to the best of my

23      knowledge, lead to academic credit for those

24      participating.  These include Best Buddies, Mat

25      Maids, Outdoor Adventure Club, and SADD, ('Students

1       Against Destructive Decisions').  Those groups meet

2       at the school during non-instructional times."

3           I want to ask you a few questions about what you

4       have in that paragraph.  Okay?

5  A  Uh-huh.

6  Q  Are you a member of Best Buddies?

7  A  No.

8  Q  Have you ever been?

9  A  Of Best Buddies?

10  Q  Yes.

11  A  No.

12  Q  Have you ever participated in any events that were

13       put on by Best Buddies?

14  A  Yes.

15  Q  What have you participated in?

16  A  It was a couple years ago.  There was a charity walk.

17  Q  Do you remember what the walk was called?

18  A  No.

19  Q  What was the extent of your involvement?

20  A  Being there.  And I think it was -- I'm not sure -- I

21       don't remember how it was set up, but it was a walk

22       to raise money.

23  Q  Okay.  So you registered, paid a fee, and then

24       walked?

25  A  There was no fee paid.

8

1    Q    Okay.  So you registered, you showed up, and you
2         walked?
3    A    Yes.
4    Q    Okay.  You weren't involved in anything else related
5         to that charity walk?
6    A    No.
7    Q    Have you ever participated in any other activity put
8         on by Best Buddies?
9    A    I'm sure I have, but I couldn't tell you off the top
10        of my head.
11   Q    Do you know what activities are actually done or
12        what's actually put on by Best Buddies?
13   A    Not officially, no.  But I know that they take field
14        trips with the group.  That's one of the only things
15        I know about it.
16   Q    Are you considered a general education student or an
17        essential skills student?  Do those terms mean
18        anything to you?
19   A    They -- I mean, context clues -- no, they don't mean
20        anything to me.
21   Q    Okay.  The term "essential skills student" is not a
22        term you're familiar with?
23   A    I would assume that has to do with construction
24        trade.
25   Q    Okay.  Are you familiar with the term "special

1       education"?

2    A    Yes.

3    Q    Okay.  Do you participate in the special education

4       program?

5    A    No.

6    Q    So, then, are you on track for a Core 40 diploma?

7    A    Yes.

8    Q    And have you ever investigated or looked into how

9       Best Buddies is related to any curriculum that's

10      taught at the high school?

11   A    No.

12   Q    Are you familiar with the cadet program that's a

13      course at Pendleton Heights High School?

14   A    Not under that name, no.

15   Q    Are you familiar with any program where students take

16      an hour out of their schedule and essentially student

17      teach?

18   A    Not that I'm familiar with, no.

19   Q    And what about the Outdoor Adventure Club?  Are you a

20      member of that club?

21   A    No.

22   Q    Have you ever participated in that club?

23   A    I have not.

24   Q    Do you know what that club does?

25   A    From what I have heard, they do outdoor adventure

1       stuff, paint-balling, rock-climbing, that sort of

2       thing.

3  Q  When you say from what you've heard, you've heard

4       that from whom?

5  A  Announcements announcing, like, their trips.

6  Q  How many announcements have you heard for the Outdoor

7       Adventure Club?

8  A  Ballpark of maybe a couple dozen.

9  Q  Over what time period?

10  A  This year.

11  Q  The --

12  A  This school year.

13  Q  So the school year that would be the 2021 through

14       2022 school year?

15  A  Uh-huh.

16       MR. FALK:  You've got to say "yes" or "no."

17  A  Yes.

18  Q  And have you ever looked into how those activities

19       done by the Outdoor Adventure Club relate to any

20       particular curriculum that's taught at Pendleton

21       Heights?

22  A  No.

23  Q  You mentioned the Students Against Destructive

24       Decisions.  If I refer to that as "SADD," do you

25       understand that's the same thing?

1   A   Yes.

2   Q   Are you a member of SADD?

3   A   No.

4   Q   Have you ever participated in that club?

5   A   Aside from, in elementary school, the SADD Days,

6       where SADD would come over to the school and sort of

7       put on a presentation, no.

8   Q   You said SADD would come over with the high school

9       students, who went into the elementary?

10  A   If my memory serves correctly, yes.

11  Q   Since you've been in high school, have you been

12      involved in any event that's been put on by SADD?

13  A   Not to my knowledge, no.

14  Q   Do you know what activities SADD is engaged in?

15  A   No, aside from educating people about how to make

16      smart choices.

17  Q   In paragraph 11 of your affidavit you say, "I also

18      believe that the groups listed in the Handbook may

19      post information about their meetings on bulletin

20      boards at the school.  They may also be mentioned on

21      the campus radio station that plays daily

22      announcements through the school.  In fact, on

23      October 1, 2021, I heard an announcement for Outdoor

24      Adventure Club during daily announcements."

25          I'm going to ask you some questions about those

1     several statements in there.

2  A  Okay.

3  Q  Your first sentence refers to bulletin boards.  Can

4     you tell me where those bulletin boards are?

5  A  We have three in our three main stairwells.  One in

6     each stairwell.

7  Q  All right.  And have you seen anything from Best

8     Buddies advertised on there?

9  A  Not in this current school year, no.

10  Q  But have you seen something previously?

11  A  I believe so, yes.

12  Q  Do you have a recollection of what was being

13     advertised for Best Buddies?

14  A  No.

15  Q  Do you have any idea when you would have seen that?

16  A  Sometime last school year.

17  Q  And did you take a photograph of it?

18  A  No.

19  Q  Do you have a copy of it?

20  A  No.

21  Q  For the Outdoor Adventure Club, do you believe you've

22     seen anything from them posted on the billboards?

23  A  Yes.

24  Q  Or, I'm sorry, bulletin boards.

25  A  Yes.

1    Q    What have you seen by them?

2    A    It is announcing their first meeting.

3    Q    Was that this school year?

4    A    Yes.

5    Q    Have you previously, or in any prior school years,

6         seen anything listed by the Outdoor Adventure Club?

7    A    I believe so, yes.

8    Q    Do you have any idea what you saw in prior years?

9    A    Similar to what I saw this year, announcing meetings,

10        you know, activities they're going to do.

11   Q    Did you take a photograph of any of those

12        announcements?

13   A    I did not.

14   Q    Do you have a copy of any of those?

15   A    Not on me, no.

16   Q    You say not on you.  Do you have a copy of them

17        somewhere else?

18   A    I'm able to get one easily.  I know the teacher who

19        runs it.

20   Q    So the sponsor, then, you believe would have a copy

21        of the advertisements --

22   A    Yes.

23   Q    -- that have been placed on the bulletin board?

24   A    Yes.

25   Q    What about SADD?  Have you seen SADD do any

1      advertisements on those bulletin boards?

2   A  Not that I can remember, no.

3   Q  Have you seen -- and I'll come back to more in

4      paragraph 11, but in paragraph 12 you refer to the

5      Fellowship of Christian Athletes.  Have you seen that

6      group have anything on those bulletin boards?

7   A  No.

8   Q  On No. 11, the next sentence refers to the campus

9      radio station that plays daily announcements.  Can

10     you tell me what the daily announcements are?

11  A  They play at the beginning of 7th period, which is

12     our last period of the school day.  And they

13     contain -- if it's a sports game, it will contain the

14     scores of the sports game the previous night.

15         Sometimes -- and then it will also contain, like,

16     things that are happening in the community, as well

17     as around the school.  And that's when they do

18     announcements for clubs.

19  Q  How long are the announcements, generally?

20  A  Two to three minutes.

21  Q  And do you know who has final say in what actually

22     goes into the announcements?

23  A  No.

24  Q  And do you have any knowledge as to how many

25     announcements are submitted for each day versus how

1        many are actually aired?

2  A  No.

3  Q  And that last sentence in paragraph 11, it says, "On

4        October 1, 2021, I heard an announcement for Outdoor

5        Adventure Club during daily announcements."  Do you

6        have a copy of that?

7  A  No, but it can be found on our school's website.

8  Q  Are all the announcements housed on the school's

9        website for the school year?

10  A  Yes.

11  Q  So if I wanted to go back and see what was said on

12        the announcements on the very first day, I could go

13        look at that?

14  A  I believe so, yes.

15  Q  And since this lawsuit has started, have you done

16        that, to go back to see what clubs or organizations

17        have been announced through the school announcements?

18  A  I've gone through a couple days of announcements.

19  Q  What groups do you believe have been announced or

20        listed in the announcements who are not

21        Corporation-sponsored clubs?

22  A  None that I can recall.

23  Q  On No. 16, paragraph 16 of your affidavit, it says,

24        "This year I spoke with the Principal of Pendleton

25        Heights High School and received permission to

1         restart the Pendleton Heights GSA."

2              Can you tell me when that conversation took

3         place?

4     A   Towards the beginning of the school year, August or

5         September.

6     Q   Who initiated that conversation?

7     A   Myself.

8     Q   When you asked to meet with the principal, was she

9         willing to do so?

10    A   Yes.

11    Q   And did you have more than one conversation with her

12        about restarting the GSA?

13    A   No.

14    Q   In the one conversation that you had, who was

15        present?

16    A   Myself and the principal.

17    Q   And what do you recall of that conversation?

18    A   Not much.

19    Q   Was that conversation recorded?

20    A   Not to my knowledge.

21    Q   When you say you were asking to restart the GSA, what

22        do you mean by using the word "restart"?

23    A   Due to COVID last year and the year before, it had

24        fizzled out.  And there were some staff problems.  We

25        lost a sponsor.  And so there had been no GSA, to my

1          knowledge, since at least last year.

2     Q    Who's the current sponsor of GSA?

3     A    It's an art teacher.  Her name is Mrs. Akers.

4     Q    Who was the prior sponsor?

5     A    I would not know that information.

6     Q    Okay.  Let me back up.

7          You're a senior this year, right?

8     A    Uh-huh.

9     Q    Okay.  Was there a sponsor during your junior year,

10         to your knowledge?

11    A    I don't know.

12    Q    You mentioned that you first learned about the GSA

13         from a friend who was a member of the GSA.  Did that

14         friend tell you whether or not the GSA had existed

15         during your junior year?

16    A    They did not.

17    Q    Have you ever had that conversation?

18    A    No.

19    Q    Since restarting the GSA, can you tell me what you've

20         done?

21    A    We've had about a half a dozen meetings.  In those

22         meetings we usually just hang out, talk, sometimes

23         play games.

24    Q    Where have those meetings taken place?

25    A    In our sponsor's classroom.

1    Q    At the high school?

2    A    Yes.

3    Q    When do they take place?

4    A    Whenever we can get around to them, but scheduled

5         every other Wednesday.

6    Q    So every other Wednesday is your normal schedule, but

7         some of those might be canceled?

8    A    Yeah.

9    Q    And if you can't do it on your normal day, your every

10        other Wednesday, do you make up that meeting at

11        another time?

12   A    All depends on what's going on.

13   Q    And who's in charge of creating that schedule?

14   A    Myself and then -- I mean, it's a general --

15        everybody sort of has input into it.

16   Q    Do you sort of collectively, as a group, determine

17        when you're available and when you have other things

18        going on that you can or cannot meet?

19   A    Yeah, and then with our sponsor as well.

20   Q    Because a sponsor needs to be present also?

21   A    Yes.

22   Q    Okay.  How many members of the GSA attend on a

23        regular basis to participate in those sorts of

24        conversations?

25   A    Half a dozen to a dozen.

1    Q    And I know this may sound like the same question, but

2         I want to make sure I'm getting all the information

3         right.

4             So on a regular basis you have six to twelve

5         people at a meeting.  How many people total do you

6         believe are members of the GSA?

7    A    I don't know the extent of that.  We have some people

8         who say they are, but I have not yet seen them at a

9         meeting.

10   Q    How do they say that they're members of the GSA?

11   A    We have a Google Classroom classroom in which we post

12        announcements and whatnot.

13   Q    What does it take for you to set up a Google

14        Classroom?

15   A    A Google account.

16   Q    You can do that without the school's permission?

17   A    Uh-huh.

18             MR. FALK:  Yes?

19   A    Yes.  Sorry.

20   Q    How do other people know to go to the Google

21        Classroom?  Or how can they get into it?

22   A    Word of mouth.  And then there's an access code that

23        we use.

24   Q    So somebody finds out that the Google Classroom is

25        out there, and they can go to any member of the GSA

1    and say, hey, I'd like to be a part of this?

2  A  Yes.

3  Q  And then they're provided with the access code?

4  A  Yes.

5  Q  And so how is it the people find out that the Google

6     Classroom even exists?

7  A  The first time was a mass e-mail done by one of our

8     members e-mailing a bunch of kids who they thought

9     would be interested.  And now we make the information

10    available at meetings.

11 Q  And who sent that mass e-mail?

12 A  Her name is Tai Wills.

13 Q  Was that during this school year, the 2021 through

14    2022 school year?

15 A  It was, yes.

16 Q  Does she do that through her school account?

17 A  I believe so, yes.

18 Q  And did she e-mail other students through their

19    school accounts?

20 A  Yes.  We have a closed circuit.

21 Q  Tell me what you mean by that.

22 A  We cannot e-mail outside of our domain.

23 Q  So if you're going to e-mail from your school e-mail

24    address, it has to go to another school e-mail

25    address?

1   A   Yes.

2   Q   And based upon that mass e-mail -- I'm sorry, did you

3       say Tai Wills?

4   A   Tai Wills.

5   Q   Tai Wills?

6   A   Yes.

7   Q   Based upon that mass e-mail that Tai Wills sent out,

8       did you have people attend your meeting?

9   A   I cannot attest to how that affected our meeting

10      turnout.

11  Q   Did you have any -- well, let me ask this.

12          Did Tai's first e-mail -- or did Tai's e-mail go

13      out before GSA's first club meeting?

14  A   I believe so, yes.

15  Q   Okay.  And when people came into the club meeting,

16      did you ask any of them, "How did you find out about

17      us?"

18  A   No.

19  Q   Other than word of mouth, how does the GSA advertise?

20  A   Social media.

21  Q   How do they advertise on social media?

22  A   Usually kids will put things on Instagram.

23  Q   And then are they using a hashtag to have people --

24  A   No, no hashtag.

25  Q   Okay.  How are they using Instagram?  Are they saying

1          we have a meeting coming up?

2     A    Yes.  People put them on their stories, which are

3          temporary posts that delete after 24 hours.

4     Q    So individuals are posting that information.  Does

5          GSA have its own social media account?

6     A    It does not.

7     Q    Okay.  Any other ways that GSA is advertising for its

8          meetings or any of its events?

9     A    No.

10    Q    Is the GSA in the process of organizing any events?

11    A    No.

12    Q    As the leader, the unofficial leader of the group for

13         this school year, have you created goals or

14         objectives for the GSA?

15    A    Not any that we have publicly stated.

16    Q    Internally within your group have you created any

17         goals or objectives?

18    A    Make a safe environment, a welcoming environment for

19         all.

20    Q    And have you created sort of next steps to be able to

21         reach that objective?

22    A    Not yet.

23    Q    When you met with the principal about restarting the

24         GSA, did she tell you you could do that?

25    A    She did.

1    Q    Did she tell you what it took to do that?

2    A    We had to fill out a space request form and then find

3         a sponsor.

4    Q    Okay.  And at that time were you asking for anything

5         more than being able to meet at the school?

6    A    I was asking to be able to also advertise.

7    Q    You asked for that in the same meeting?

8    A    Yes.

9    Q    And what was the response to that request?

10   A    No.

11   Q    Were you told no because the GSA was not an official

12        club of the school?

13   A    Yes.

14   Q    And did you ask the principal what that meant?

15   A    No.

16   Q    Have you ever asked to be listed in the Pendleton

17        Heights Handbook?

18   A    We have not.

19   Q    Paragraph 20 of your affidavit says, "The Principal

20        has indicated that all these opportunities are being

21        denied to PHGSA because the school needs to remain

22        'neutral'  on gay, lesbian, transgender, and related

23        issues."

24             Do you believe that's a statement the principal

25        made to you?

1   A   Yes.

2   Q   Okay.  When do you believe she said that?

3   A   She has said it multiple times.

4   Q   So I note that you indicate you had just one meeting

5       with her about the GSA.  So when would those other

6       statements have been made?

7   A   Last year we met to discuss a different issue

8       involving LGBTQ issues.

9           And this year we met another time in the same --

10      under different circumstances but for, again, LGBTQ

11      issues.

12  Q   Okay.  So you say there was a meeting this year

13      that's separate from that one meeting you've already

14      talked about where you asked to restart the GSA?

15  A   Uh-huh.

16          MR. FALK:  Yes?

17  A   Yes.  Sorry.

18  Q   Tell me about that meeting.

19  A   It was to do with our school's use of non-binary and

20      transgender students' preferred names and requiring

21      parental permission before they would use a preferred

22      name.

23  Q   Who all was present at that meeting?

24  A   Myself, my mother, and the principal.

25  Q   Do you know when that took place?

1 A September or early -- beginning of the school year.

2   I could not give you a time.

3 Q And was the GSA discussed during that meeting?

4 A I do not believe so.

5 Q So the statement that's made in paragraph 20 of your

6   affidavit, is that statement that you're referring to

7   there made in relation to the discussion of the

8   non-binary and transgender name issue?

9 A No.  It was made in relation to the first meeting

10   that I mentioned, as well as in several conversations

11   and whatnot with her, as well as other

12   administrators.

13 Q In your memory, did the principal explain to you that

14   "neutral" meant it had to apply to all groups, not

15   just the GSA?

16 A She did not, but our superintendent did.

17 Q Tell me what you mean by that.

18 A So we had a meeting -- or I had a meeting with the

19   superintendent, as well as our principal, again

20   referring to the first meeting.  And that is where

21   the neutral stance was explained to me.

22 Q And what was explained?

23 A That -- in my memory, that we must remain neutral

24   because we're a public school, and we cannot be seen

25   as showing favor to one side or another.

1 Q Was that for all groups that were

2   nonCorporation-sponsored?

3 A This was not -- we were not discussing about the GSA

4   at that time, no.

5 Q All right.  So that statement about being neutral

6   came up in a context outside of discussing the GSA?

7 A Yes.

8 Q When was that meeting?

9 A Last year.  Towards the end of last school year.

10 Q So before you were looking at restarting the GSA?

11 A Before it became a top priority of mine, yes.

12 Q Have you talked -- or do you recall any conversations

13   with your principal about ways to spread the word

14   about the GSA?

15 A Not explicitly about that.  But she has mentioned,

16   you know, we could use word of mouth and social

17   media.

18 Q Does she ever talk to you about advertising in the

19   local newspaper?

20 A No.

21 Q Do you ever recall a conversation with her about a

22   banner that goes across the street?

23 A No.

24 Q Do you recall conversations with her about using

25   social media?

1   A   Yes.

2   Q   What do you recall about that?

3   A   Just that she has mentioned on a couple occasions

4       that while we're not allowed to advertise in school,

5       we can still use social media and word of mouth to

6       advertise.

7   Q   Do you remember a conversation with her about posting

8       within the community, like the public library?

9   A   No.

10   Q   Paragraph 21 of your affidavit says, "Given that

11       PHGSA has only recently resumed operations, it needs

12       to be able to advertise and get word out to grow its

13       membership."

14          Have you talked to other nonCorporation-sponsored

15       clubs about how they advertise and grow their

16       membership?

17   A   No.

18   Q   Do you know of other clubs at Pendleton Heights High

19       School that are nonCorporation-sponsored?

20   A   Fellowship of Christian Athletes.  Chess Club, if it

21       still exists.  And I believe that is all that I know.

22   Q   Okay.  And have you reached out to the leadership of

23       FCA to see how they advertise to grow their

24       membership?

25   A   No.

1   Q   And since you mentioned you're not even sure if Chess
2       Club still exists, I'm assuming you didn't reach out
3       to anybody there?
4   A   No.
5   Q   Have you, in fact, hung up announcements at school
6       for the GSA?
7   A   Once.
8   Q   Okay.  Where did you do that?
9   A   Bulletin boards and, I believe, on the wall.
10  Q   Where would it be -- when you say "on the wall," is
11      it --
12  A   Of one of the stairwells.
13  Q   Okay.  I didn't know if there was a common area that
14      was called "the Wall."
15  A   No.
16  Q   So bulletin boards in the three stairwells that you
17      referred to having bulletin boards?
18  A   I believe it was -- I was able to put them in two of
19      the three.
20  Q   And then when you say "the wall," was that a
21      different stairwell?
22  A   It was the same stairwell as one of them.
23  Q   Is there a reason that went on the wall instead of
24      the bulletin board?
25  A   No.

1    Q    What was on the signs that you hung up?

2    A    It said -- it was announcing our meeting, and it

3         said, "A safe space for everyone."

4    Q    You're being shown what's marked as Exhibit 9.

5    A    Yes.

6    Q    We are on page 3 -- what would be page 3.  Is that

7         the sign that you hung up?

8    A    It is a copy of it, yes.

9    Q    Okay.  And do you know how long that sign remained on

10        the bulletin board?

11   A    A day, if even.  Well, it was taken down before the

12        start of the next school day.

13   Q    And do you know who took it down?

14   A    No.

15   Q    Do you know how that was brought to the

16        administration's attention?

17   A    No.

18   Q    Did the GSA have a float in the homecoming parade?

19   A    We did.

20   Q    What can you tell me about the homecoming parade?  Is

21        that an event that's well-attended?

22   A    Relatively well, yes.

23   Q    Do you know approximately how many organizations were

24        involved in the homecoming parade?

25   A    No.

1   Q   Did you have to ask for permission to be in the

2        homecoming parade?

3   A   We did.

4   Q   Okay.  And was that granted?

5   A   It was.

6   Q   Is one of your goals for the GSA to actually have

7        elected officers?

8   A   It's been floated.

9   Q   That's not something that's been decided on at this

10      point?

11   A   It has not.

12   Q   Has the club talked about doing any particular events

13      or activities?

14   A   We've made some mentions.

15   Q   What sort of things would you like to do?

16   A   Movie night.  I would like to take the group up to a

17      place called "Indiana Youth Group" up in

18      Indianapolis, which is a LGBTQ support group.

19   Q   Anything else that's on your agenda or that you've

20      floated ideas on?

21   A   I know we've floated some other ideas.  I cannot

22      recall what those ideas have been.

23   Q   As you sit here today, are there events that you

24      have, as the GSA, wanted to do at the school that

25      you've not been allowed to do?

1    A    No.

2    Q    You mentioned you know that the FCA exists and it is

3         a nonCorporation-sponsored club.  Do you know how

4         many members it has?

5    A    No clue.

6    Q    And as you sit here today, you're not aware of any

7         other nonCorporation-sponsored club other than the

8         FCA; is that right?

9    A    That would be correct.

10   Q    Are you aware of an organization called "Bring Change

11        to Mind"?

12   A    Yes.

13   Q    What do you know about that?

14   A    It is a group that -- whose goals -- whose main focus

15        is to destigmatize the conversation around mental

16        health.

17   Q    Are you a member of that club?

18   A    Yes and no.

19   Q    Can you explain that answer?

20   A    I attend when I can.

21   Q    And do you know of any events or activities that that

22        group has organized or is planning to do?

23   A    No.

24   Q    You had attached to your affidavit -- and I apologize

25        because I just at this moment realized I did not

1         print your attachments.  I'm pretty sure we already

2         have this as an exhibit.  I'm going to show you

3         what's marked as Exhibit 5 --

4      A  Okay.

5      Q  -- which I believe is an attachment to your

6         affidavit.  Does that look familiar to you?

7      A  Yes.

8      Q  Looking at the clubs that are listed there, can you

9         tell me what clubs you are a member of.

10     A  None that are listed.

11     Q  And then in your affidavit I see you've referred to

12        Best Buddies, Mat Maids, Outdoor Adventure Club,

13        SADD, FCA, e-Gaming, Robotics, and Bring Change to

14        Mind.

15            Of those clubs -- I know you mentioned you

16        sometimes attend meetings of Bring Change to Mind.

17        Are you a member or are you involved in any of those

18        other clubs?

19     A  No.

20     Q  Do you have any knowledge about the e-Gaming Club?

21     A  No.

22     Q  Do you have any personal knowledge about the Robotics

23        Club?

24     A  No.

25     Q  Has the GSA actually sought recognition from the

1        School Board to be a Corporation-sponsored club?

2   A   I have asked.  I never received an e-mail back.

3   Q   Who did you ask?

4   A   I submitted -- the School Board has their own e-mail.

5   Q   What did you submit with that e-mail?

6   A   I just asked for -- if the GSA could become an

7        official school-sponsored club.

8   Q   Did you tell them what your goals and objectives were

9        for the club?

10   A   No.

11   Q   Did you tell them how you believe the club would be

12        related to the school's curriculum?

13   A   No.

14   Q   Did you talk to them about what the club might cost?

15   A   No.

16   Q   Did you put any sort of proposal together other than

17        just saying could the GSA be a club?

18   A   I did not.

19        MS. ROBERTS:  Okay.  I don't have any other

20        questions for you.

21        MR. FALK:  We have no questions, and I guess

22        we'll take signature.

23            AND FURTHER THE DEPONENT SAITH NOT

24

25        _____

                 REECE AXEL-ADAMS

```
1      STATE OF INDIANA    )
                           )   SS:
2      COUNTY OF HAMILTON  )

3


4          I, Paula A. Morgan, Notary Public in Hamilton
       County, Indiana, do hereby certify that the deponent
5      was, by me, sworn to tell the truth in the
       aforementioned matter;
6          That the deposition was taken on behalf of the
       Defendants at the time and place heretofore mentioned
7      with counsel present as noted;
           That the deposition was taken down by means of
8      Stenograph notes, reduced to typewriting under my
       direction and is a true record of the testimony given
9      by said deponent and was thereafter presented to the
       deponent for signature.
10         I do further certify that I am a disinterested
       person in this cause of action; that I am not a
11     relative or attorney of any of the parties or
       otherwise interested in the event of this action and
12     am not in the employ of the attorneys for the
       respective parties.
13
           IN WITNESS HEREOF, I have hereunto set my hand
14     and affixed my notarial seal this _____ day of
       December, 2021.
15

16

17
                       _____
18                     Paula A. Morgan, Notary Public

19
       County of Residence:  Hamilton
20
       My Commission expires:  October 9, 2024
21

22

23

24

25
```

# PENDLETON HEIGHTS HIGH SCHOOL



# STUDENT HANDBOOK
# 2021-2022



PLAINTIFF'S
EXHIBIT
5
pcnr 11-15-21

2. Students will be responsible for the actions of their guests.
3. Grade school and junior high school students will not be admitted to high school dances except when in the company of their parents who may be acting as sponsors.
4. All students attending will follow the school dress code with the exception of special dances.
5. Any student or guest leaving will leave school grounds and not return during the hours of the dance.
6. Sponsors must provide chaperones and auxiliary police in numbers sufficient to control estimated crowds at dances.
7. Slam dancing is not permitted.

## ELECTION OF REPRESENTATIVES AND OFFICERS

### Class Officers

A student may run for class office by obtaining an application form or petition from the Attendance Office. The petition must be signed by fifteen classmates. The candidate will be notified if he/she does not meet the qualifications.

### Qualifications for Class Officers

1. A candidate must have a scholastic average (GPA) of at least C (5.0).
2. The candidate must be enrolled and a full-time student at the time of the election.
3. The election will be held by ballot and the candidate receiving a plurality will be declared the winner.
4. The candidate shall be required to give a speech to the class. This speech shall not be longer than one minute.
5. Three campaign posters per candidate will be permitted. Posters must be on poster board, with only one name appearing on each poster, and approved by the Student Council sponsor.
6. The candidate shall obtain three teacher references including at least one of the class sponsors. If the two teacher references rate the candidate below average, or if the class sponsor rates the candidate below average, the candidate may not run for office.
7. The student must be a full-time student during the entire year of his/her office or shall forfeit the office. The sponsor and steering committee shall have the power to replace the officer in a manner appropriate to the situation.

### Steering Committees

The four class officers are selected in the spring for the following school year. These same officers also assume duties on the Steering Committee. Three additional students are to be appointed jointly by the class sponsors and newly elected president soon after the elections are held. The appointment of three at-large members shall be made by the sponsors who have had the class for the previous school year. Ten (10) students per class will serve as the Class Officer/Steering Committee.

### Student Council

1. Each candidate must have had a scholastic average of at least 5.0 during the preceding year.
2. The student must be a full-time student during the entire year of his/her office or shall forfeit the office. The Student Council sponsor shall have the power to replace the member in an appropriate manner.
3. The election will be held by ballot. The two candidates receiving the most votes will serve a two-year term.
4. Each class will have one elected member for every fifty class members.
5. Three campaign posters per candidate will be permitted. Posters must be on poster board with only one name appearing on each poster and approved by the Student Council sponsor.
6. The Vice-President of each class will serve as a member and act as a liaison between the student council and his/her class steering committee.
7. The officers of Student Council for the following year will be elected in the spring by the current membership before class elections are conducted. The officers will be President, Vice-President, Recording Secretary, Corresponding Secretary, and Treasurer.

## CLUBS AND ORGANIZATIONS

### Academic Club

Academic Club members participate in the Hoosier Heritage Conference academic competitions. These competitions include the Hoosier Spell Bowl and the Academic Super Bowl. Club members work in teams to study and prepare for conference and regional competition. Teams that qualify participate in state competition.

### Art Club

Art Club is open to any student who has completed one year of high school art.  The aim of the club is to provide art students with the opportunity to widen their knowledge and interest in the field. The club takes trips to museums, college art departments, special exhibits, and other art related activities.

**Best Buddies**

Best Buddies is the world's largest organization dedicated to ending the social, physical and economic isolation of the 200 million people with intellectual and developmental disabilities around the world. Best Buddies membership is open to all students.

**Delta Epsilon Phi (German National Honor Society)**

The purpose is to recognize high achievement in German language studies.   To qualify for membership at Pendleton Heights High School students must have completed at least three semesters of German, be a junior or senior, and have a German grade point average of 10.0(A-) throughout their study of German.

**Deutscher Verein**

German Club's aims are to provide students, school, and community with opportunities to become acquainted with the German language and culture. Membership is open to anyone who has taken German or is currently taking German.

**FCCLA (Family, Career, and Community Leaders of America)**

Membership is open to any student who has taken or who is currently taking Family and Consumer Science courses. This national vocational organization empowers young men and women to become leaders by addressing personal, family, work, and societal issues through family and consumer science education.

**FFA - (National FFA Organization)**

Membership is limited to those students regularly enrolled in vocational agriculture and who have a satisfactory program of supervised farm practice.  The purpose of the organization is to prepare students for premier leadership, personal growth, and career success through agricultural education.

**Book Club**

Book Club is a student book discussion group.  Students select book titles to read and then meet for a group discussion and snacks. Book titles selected in the past include <u>The DaVinci Code</u>, <u>Beginner's Luck</u>, <u>The Five People You Will Meet</u> in Heaven, and <u>It's Not about the Bike</u>.

**La Societe Honoraire de Francais**

La Societe Honoraire de Francais is a National French Honor Society. Its purpose is to recognize those individuals in French classes that have achieved and maintained high achievement in their class work. To be eligible for membership, one must complete at least three semesters of French and maintain an A- GPA in French studies. It is also highly recommended that these students maintain a B- overall GPA.

**Le Cercle Francais**

The aims of the French Club are to provide students, school, and community with the opportunities to become acquainted with the French language and culture.  Membership is open to anyone who has taken at least one year of French or who is currently taking French.

**Los Amigos Espanoles**

The aims of the Spanish Club are to provide students, school, and community with the opportunities to become acquainted with the Spanish language and culture.  Membership is open to anyone who has taken at least one year of Spanish or who is currently taking Spanish.

**Mat Maids**

The basic function of Mat Maids is to support wrestling by attending the meets and serving as host/hostesses at all tournaments. Support is also given to the wrestling team through money-making projects. Many social gatherings are held to provide opportunity for Mat Maids, wrestlers, parents, and friends to come together for fun.

**Muse**

The *Muse* is the PHHS literary magazine.   Published twice annually, the Muse features student art and writing, which have been selected for publication by a student committee.

**National Beta Club**

The National Beta Club is a service-leadership club open to all sophomore, junior, and senior high school students who maintain a high level of scholarship).   Effective school year 2018-19, all candidates must attain and maintain a 9.0 minimum GPA for

membership consideration.   Beta Club members inducted prior to 2018-19 must maintain an 8.0 minimum GPA.   The purpose of this organization is to provide opportunities and experiences enabling students to demonstrate the ideals of character, achievement, service, and leadership.   All students who meet the academic requirement and who are of good character will be invited to become members. The student accepts membership by the payment of the national and local membership dues.

## National Honor Society

The National Honor Society is an organization for juniors and seniors who are selected for membership based on their qualities of scholarship, leadership, service, and character as required by the national constitution. Individuals must have, and must maintain a minimum 10.5 cumulative GPA.   Seniors in the Class of 2019 will be considered on the 10-point minimum scale.   Effective with the Class of 2020, all candidates must attain and maintain a 10.5 minimum GPA for membership consideration.   Members are selected by a faculty council consisting of five faculty members who are selected by the high school principal.   Selection is determined by the faculty council based on academic achievement as shown by the GPA, the candidate's individual narrative, and input submitted by faculty and staff.

## Outdoor Adventure Club

The purpose of Outdoor Adventure Club is to provide students with opportunities for outdoor activities and to promote physical fitness. Group outings include activities such as camping, horseback riding, canoeing, rock climbing, hiking, spelunking, and skiing.

## Sociedad Honoraria Hispanica

Sociedad Honoraria Hispanica (SHH) is a National Spanish Honor Society. Its purpose is to recognize high achievement in Spanish and to promote a continuity of interest in Hispanic studies.   To qualify for membership in the Captual Quijano at Pendleton Heights High School, students must have completed at least three semesters of Spanish and must maintain a 10.0 (A–) GPA throughout their study of Spanish.

## Student Council

Student Council is a student government organization.   A major responsibility of this organization is planning, organizing, and supervising Homecoming activities. Student Council members are elected each spring for the following school year. Each candidate must have a scholastic average of at least 5.0 during the preceding school year.   Election is by all-school ballot, and the two candidates receiving the most votes will serve a two-year term.    Each class will have one elected member for every fifty class members.

## SADD

Students Against Destructive Decisions is a student organization that promotes making good choices and a healthy lifestyle. Students participate in various activities including peer to peer events, trips to the elementary schools to promote healthy choices and various events in the community and around the state.

## WEEM Radio

PHHS is proud to be the only Madison County high school to offer broadcast training classes and its own FM radio station, 91.7. Students enroll in radio classes and must earn a radio broadcasting license by passing the FCC exam. Students have the opportunity to be "on the air" in a variety of broadcasting roles.

## FRATERNITIES, SORORITIES, AND SECRET ORGANIZATIONS

A secret organization cannot be given recognition in any manner. Students are to refrain from manifesting membership or activity in such organizations.   Pendleton Heights High School will sponsor and recognize only those ciubs and organizations  which  are conducive to the proper growth and development of boys and girls.   Membership in unrecognized, unapproved or unlawful organizations will prevent that student from participating in any activity as a representative of our school and may lead to the suspension or expulsion of the student.

All clubs and organizations must have a copy of their constitution on file in the principal's office. Membership cannot be subject to race, religion, national origin, or sex.

## ATHLETIC COUNCIL

The Athletic Council which is composed of the Superintendent, a local school board representative, the high school principal, the high school athletic director, high school assistant athletic director, the middle school athletic director, and three (3) at-large varsity coaches will formulate and recommend policies for conducting the total athletic program to the Board of School Trustees.   This Council also charges the building principals and the athletic directors with the responsibility of carrying out the policies adopted by

 **Gmail**

Connie Rickert <crickert@smcsc.com>

**GSA**
6 messages

**Bryce Axel-Adams** <bryceaxeladams@stu.smcsc.com>                          Tue, Sep 7, 2021 at 4:22 PM
To: Connie Rickert <crickert@smcsc.com>

Mrs. Rickert,
When we last met, you asked how the administration can repair its relationship with the LGBTQ community, at the time I
did not have an answer to that question, now I do. Let us promote the GSA, let us hang posters and flyers around as well
as announce it during the announcements.
At last week's School Board meeting, Bill Hutton explicitly said that the decision of what can be advertised lies in the
hands of the individual principals.
I have attached to this email, the flyer that I wish to put up around the school.
Please do the right thing. We're counting on you.
--
Reece Axel-Adams
LGBTQ+ Student Advocate

📄 **Untitled drawing.pdf**
    34K

**Connie Rickert** <crickert@smcsc.com>                          Tue, Sep 7, 2021 at 4:26 PM
To: Mark Hall <mhall@smcsc.com>

I am not sure what was said at the last meeting or in what context. I have been under the understanding that taking a
neutral stance means no advertising for any outside organization such as GSA, Pendleton Rugby, etc.

Connie Rickert
[Quoted text hidden]

📄 **Untitled drawing.pdf**
    34K

**Mark Hall** <mhall@smcsc.com>                          Tue, Sep 7, 2021 at 5:24 PM
To: Connie Rickert <crickert@smcsc.com>

I did not see Reece was not at the last school board meeting. Tia Wills asked the board if they could advertise for a
GSA. Mr. Hutton deferred that question to me and I told Tia that she needed to work with her Principal regarding the club.
The board is not going to get involved in the operation of a student club. The board has adopted a policy regarding this
that I have attached. It appears there is a process that needs to be followed according to the policy for the group to form.

Equal access act of 1984 is what I think you are referring to. It is cited at the bottom of the board policy. It says...

Under the Federal Equal Access Act, any school that receives government funding and has at least one other non-
curricular club must also allow a GSA. As the law states, "It shall be unlawful for any public secondary school which
receives Federal financial assistance...to deny equal access or a fair opportunity to, or discriminate against, any students
who wish to conduct a meeting ...on the basis of the religious, political, philosophical, or other content of the speech at
such meetings."

The law also says that your school must treat all clubs the same and let them use school resources in the same way. If
your school allows other clubs to meet in classrooms, put up posters and organize school events, then they have to allow
a GSA to do the same.

**PLAINTIFF'S EXHIBIT**
9
PCM 11-15-21
PENGAD 800-631-6989

You have to treat a GSA or any other non-curricular student clubs the same. If you let one group hang up posters you have to let any group that wants to form do the same. If you allow a GSA to hang up posters but not permit your existing groups, then you could be discriminating against the existing groups. When we had a GSA when I was Principal we gave the group space to meet just like all other groups such as the Fellowship of Christina Athletes and the group that organized meet at the pole event. We did not give them access to the daily announcements or hang-up flyers. We reserved those things for school corporation-sponsored activities. Whatever you do it has to be done consistently for everyone.

At this very least, I am not sure they are going to have time to follow the policy regarding the formation of the club by this Thursday if that is the day they are planning on meeting.

We can talk about this more tomorrow.

Dr. Mark J. Hall
Superintendent
South Madison Community School Corporation

[Quoted text hidden]

 **5730.pdf**
99K

---

**Connie Rickert** <crickert@smcsc.com>                                    Wed, Sep 8, 2021 at 9:13 AM
To: Mark Hall <mhall@smcsc.com>

Yes, I am aware of all this content.

I meet with Tai Wills mother tomorrow.

Connie Rickert
[Quoted text hidden]

---

**Connie Rickert** <crickert@smcsc.com>                                    Wed, Sep 8, 2021 at 1:23 PM
To: Bryce Axel-Adams <bryceaxeladams@stu.smcsc.com>

I do not approve any non-PHHS announcements as we have discussed.

Here is the facility usage form. Submit the completed form to me for approval.

Connie Rickert
[Quoted text hidden]

---

**Bryce Axel-Adams** <bryceaxeladams@stu.smcsc.com>                        Wed, Sep 8, 2021 at 2:14 PM
To: Connie Rickert <crickert@smcsc.com>

I would encourage you to read this especially the bolded, numbered list, especially number 8.
I must also admit that I am extremely confused. We have seen throughout the years advertisements for the outdoor adventure club, the tux shop in town, outfitters, and even this year, Bring Change to Mind, and other clubs that I did not list. All of these being either business or noncircular clubs. How are we different than those aforementioned clubs?
I have quoted the suggested reading at the end of this email.
-Reece
"8. Imposing restrictions on the GSA that don't apply to other clubs: In addition to allowing GSAs to meet on school grounds, schools must provide GSAs with "equal access to available avenues of communication as provided to other non-curriculum related groups." Straights & Gays for Equal. v. Osseo Area Sch.-Dist. No. 279, 540F.3d 911, 914 (8th Cir. 2008). Examples of unequal and unlawful differential treatment include: requiring a faculty advisor for the GSA but not for other groups; placing different requirements on a GSA's posters, leaflets, and announcements than it places on other groups; or not allowing the GSA to be featured in the yearbook along with other clubs. In addition, delaying action on the GSA's application for approval, voting on the approval of a GSA when other school groups are not subject to a vote prior to approval, or in any way requiring a GSA to do more than other noncurricular clubs must to be officially recognized by the school can violate the EAA."



# Pendleton Heights GSA
## A safe place for everyone

    

## Callout Meeting!
Thursday After School until 3:30 in Mrs. Akers Room Room 111!
Hope to see you there!

PHHS, any staff, SMCSC, nor the School Board endorse the GSA and the display of these posters does not constitute an endorsement

 Gmail

Connie Rickert <crickert@smcsc.com>

## Announcement
4 messages

**Shelby Akers** <sakers@smcsc.com>                                                    Wed, Sep 8, 2021 at 10:02 AM
To: Bill Whitehair <bwhitehair@smcsc.com>, Connie Rickert <crickert@smcsc.com>, Christian Ruggles <cruggles@smcsc.com>

Good Morning!

If the following announcement could be played that would be awesome:

"GSA will be having their callout meeting after school on Thursday September 9th in Room 111. The meeting will last from 2:30-3:30 after school. If you have any questions, please reach out to Ms. Akers"

Have a great day!

--

**Shelby Akers**
**Pendleton Heights High School**
**Art Department**
sakers@smcsc.com

**Connie Rickert** <crickert@smcsc.com>                                                Wed, Sep 8, 2021 at 10:58 AM
To: Shelby Akers <sakers@smcsc.com>
Cc: Bill Whitehair <bwhitehair@smcsc.com>, Christian Ruggles <cruggles@smcsc.com>, LANA MOORE <lmoore@smcsc.com>

This is not a PHHS ECA. Announcements are reserved for PHHS ECA's.
Connie Rickert



[Quoted text hidden]

**Connie Rickert** <crickert@smcsc.com>                                                Wed, Sep 8, 2021 at 11:00 AM
To: Shelby Akers <sakers@smcsc.com>
Bcc: LANA MOORE <lmoore@smcsc.com>, Shaun Rose <srose@smcsc.com>, Michael Peo <mpeo@smcsc.com>

This is not a PHHS ECA. Announcements are reserved for PHHS ECA's. This is also why Pendleton Rugby, FCA, and other groups such as Raymond's church group do not have announcements on the PHHS announcements even though members of his church attend PHHS. I have encouraged the GSA to use social media to advertise for their group in the same way Curt Trout advertises for his Rugby group.  I have encouraged them to post on the community board at the public library as well.

I am meeting with Tai Wills's mom tomorrow. She was told some misinformation. She states she was told that GSA is not allowed to meet here. That is not true. I allow organizations to use our facilities and for free when an employee is willing to let them use their space, unlock the doors, clean up and lock up. The group needs to fill out a facility usage form. I have not yet seen a facility usage form from GSA signed by a student. I appreciate you opening your door and giving them the facilities for free. GSA is a student-initiated organization similar to FCA (Fellowship of Christian Athletes)  and should be student-initiated with only the employee acting in a custodial capacity.

I offered Axel-Adams a facility usage form at the beginning of the year but a form was not taken, nor filled out stating no desire to lead the group. This statement was in the presence of his mother Robin. I have explained to Axel-Adams many times the neutral stance that if I allow one, I allow all.  So I allow non-PHHS groups to use our facilities to meet, but I do not allow them to hang up posters or use our announcements. This is not discriminatory. This is consistent.

I encouraged multiple identified GSA at the end of last year to select officers and keep the momentum going so GSA could hit the ground running this year. GSA has been around here since I started 14 years ago, but the student leaders let it dwindle out or it just dwindles out with no responsible leaders to have sustainability in my opinion. Please encourage the leaders selected this year to make every effort at the end of this year to have leaders in place for the 22-23 school year so that the GSA community does not constantly feel they have to start from scratch. I do not like that they do not feel valued as some have expressed. Everyone has value.

I tell you this so you are aware of events and maybe in some custodial role, can encourage student leaders to keep this going from year to year so the support for the GSA has longevity not just in times of controversy.

See board policy to be clear on who can come to meetings and the "custodial capacity".
https://mail.google.com/mail/u/0/?tab=rm#inbox/FMfcgzGljljrGwfsZrXqwbsRhJDfMzst?projector=1&messagePartId=0.1

Connie Rickert

On Wed, Sep 8, 2021 at 10:02 AM Shelby Akers <sakers@smcsc.com> wrote:
[Quoted text hidden]

 **Gmail**

**Connie Rickert <crickert@smcsc.com>**

**GSA**
1 message

**Bryce Axel-Adams** <bryceaxeladams@stu.smcsc.com>                Wed, Sep 15, 2021 at 11:17 AM
To: Connie Rickert <crickert@smcsc.com>

Can you explain to me exactly why the GSA cannot become an official school club?
As well as exactly why we cannot promote.

--
Reece Axel-Adams
LGBTQ+ Student Advocate

**Shaun Rose** <srose@smcsc.com>
To: Connie Rickert <crickert@smcsc.com>

Wed, Sep 8, 2021 at 11:23 AM

The link is dead.  It goes nowhere.
[Quoted text hidden]

--
Shaun A. Rose
Assistant Principal
Pendleton Heights High School
One Arabian Drive
Pendleton, IN 46064
(765)778-2161 ext 6002

 Gmail

**Connie Rickert <crickert@smcsc.com>**

## GSA-Urgent
2 messages

**Bryce Axel-Adams** <bryceaxeladams@stu.smcsc.com>          Wed, Sep 15, 2021 at 1:04 PM
To: Connie Rickert <crickert@smcsc.com>, srose@smcsc.com, Michael Peo <mpeo@smcsc.com>
Cc: mhall@smcsc.com

Mrs. Rickert,
I fully realize that at this point in time, we do not like each other. However, personal feelings should not dictate how one executes their job. One of your roles as principal of this school is to "implement the Board's policies and administrative rules and regulations."
With that being said, I would like to officially ask that the GSA be made a school-sponsored club.
In the event that you were to deny my request, I would like to know exactly why you will not allow the GSA an official school club.
I would also like for you to take a look at school board policy 2430 and policy 5751. I have quoted the sections that I believe to be of the most importance.

PO-5730: "A student-initiated group granted permission to meet on school premises shall be provided the same rights and access and shall be subject to the same administrative guidelines that govern the meetings of student organizations sponsored by this Board, except as provided by this policy."

PO-2430: "Students shall be fully informed of the curricular-related and extra-curricular activities available to them."

--
Reece Axel-Adams
LGBTQ+ Student Advocate

**Connie Rickert** <crickert@smcsc.com>          Thu, Sep 16, 2021 at 2:17 PM
To: Bryce Axel-Adams <bryceaxeladams@stu.smcsc.com>
Cc: Shaun Rose <srose@smcsc.com>, Michael Peo <mpeo@smcsc.com>, Mark Hall <mhall@smcsc.com>,
raxeladams@comcast.net
Bcc: Samson Hunckler <shunckler@smcsc.com>

Last we spoke you stated you would not speak to me without your mom present. Are both of you available to meet sometime next week?
I have the following times available next week:
Tuesday after 10 AM
Any time Wednesday & Thursday between 7 AM-3:20 PM

Thanks,
Connie Rickert
[Quoted text hidden]

Case 1:21-cv-02480-JRS-TAB   Document 16-4   Filed 12/10/21   Page 47 of 51 PageID #: 296
DocuSign Envelope ID: 4D481D9A-51B4-447B-AE19-DF3EA8A03BC8
Case 1:21-cv-02480-JRS-TAB   Document 10-1   Filed 10/06/21   Page 1 of 10 PageID #: 76

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PENDLETON HEIGHTS GAY-STRAIGHT ALLIANCE, an unincorporated association, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:21-cv-02480-JRS-TAB |
| SOUTH MADISON COMMUNITY SCHOOL CORPORATION, et al., | ) ) ) | |
| Defendants. | ) ) | |

### Declaration of Reece Axel-Adams

Reece Axel-Adams, being duly sworn, says that:

1.  I am 18 years old.

2.  I attend Pendleton Heights High School, a public school located in Pendleton, Indiana.

3.  The school contains approximately 1400 students in grades 9-12.

4.  I am currently a senior and I have been in the school since I was a freshman.

5.  I am familiar with the various clubs that are present in the school.

6.  I am also familiar with the courses offered at the school.

7.  The Pendleton Heights High School Student Handbook lists some, but not all the clubs or organizations, which are available to the students. I have attached the relevant excerpt of the Handbook to this declaration.

[1]



PLAINTIFF'S
EXHIBIT
10
Pam 11-15-21

DocuSign Envelope ID: 1D481D91-81B4-447B-A519-DF3EA8A03BC8

8.      Some of the groups listed, like the foreign language clubs, relate directly to the foreign languages taught at the school.

9.      However, some of the groups listed are not directly related to any courses at the school and do not, to the best of my knowledge lead to academic credit for those participating. These include Best Buddies, Mat Maids, Outdoor Adventure Club, and SADD ("Students Against Destructive Decisions"). These groups meet at the school during non-instructional times.

10.     The student groups listed in the Handbook are able to publicize themselves and advertise their existence because they are listed in the Handbook.

11.     I also believe that the groups listed in the Handbook may post information about their meetings on bulletin boards at the school. They may also be mentioned on the campus radio station that plays daily announcement through the school. In fact, on October 1, 2021, I heard an announcement for Outdoor Adventure Club during daily announcements.

12.     There are also other groups that are not currently listed in the Handbook that are allowed to meet at the school during noninstructional time. These include Fellowship of Christian Athletes, E-gaming (for electronic game enthusiasts), Robotics (for those who are interested in building robots) and Bring Change to Mind (a group that focuses on encouraging dialogue about mental health).

[2]

DocuSign Envelope ID: 1D481D91-8181-447B-A518-DF3EA8A03BC8
Case 1:21-cv-02480-JRS-TAB   Document 10-1   Filed 10/06/21   Page 3 of 10 PageID #: 78

13.     Although the groups listed immediately above are not listed in the Handbook, I am aware that at least Fellowship of Christian Athletes, Bring Change to Mind, and E-gaming has been allowed to post information about its meetings on school bulletin boards and be part of the announcements that are broadcast through the school radio station as part of daily announcements.

14.     I am aware that in the past there was a Gay-Straight Alliance (GSA) at the high school, although as of the beginning of this school year it had not met for a while.

15.     A GSA is designed to allow gay, lesbian, bisexual, transgender, and allied students to meet in order to provide social, emotional, and educational support to each other.

16.     This year I spoke to the Principal of Pendleton Heights High School and received permission to restart the Pendleton Height GSA ("PHGSA").

17.     The purpose of the PHGSA is to provide social, emotional, and educational support to gay, lesbian, bisexual, transgender, and allied students at Pendleton Heights High School. It also serves to inform the school community as a whole of the existence of gay, lesbian, bisexual, and transgender students and is designed to foster tolerance and acceptance of all students regardless of their sexual orientation.

18.     PHGSA has a faculty sponsor and has met in her classroom after instructional time. This has caused no disruption to the school or to the educational environment.

19.     Although the Principal has allowed PHGSA to meet, she has indicated that the group is not an "official" club. As such, the group will not be listed in the Handbook and

[3]

DocuSign Envelope ID: 3D481D91-3184-447B-AE19-DF3EA8A03BC8

cannot post information about itself and its meetings in the school. Nor can it advertise and publicize itself on the school's radio station.

20.     The Principal has indicated that all these opportunities are being denied to PHGSA because the school needs to remain "neutral" on gay, lesbian, transgender, and related issues.

21.     Given that PHGSA has only recently resumed operations, it needs to be able to advertise and get the word out to grow its membership.

22.     PHGSA fulfills a vitally important role in providing a place of care and community for a group of students who often lack such support and to provide them with important information at a crucial period of their development.

23.     The inability of PHGSA to advertise and expose students to its existence and beneficial purposes is causing it to have fewer members than it would have if it was given the same ability as other clubs to advertise and publicize its existence.

24.     This inability severely hinders and impedes the basic purpose of PHGSA, to be a place of shelter, support, and education, not just for gay, lesbian, transgender, and non-binary students, but for all students at the high school.

[4]

DocuSign Envelope ID: 1D481D90-3184-447B-A519-D53EA8A03BC8

## Verification

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: <u>10/6/2021  |  10:47 AM EDT</u>

DocuSigned by:

—3E92188B6B574C7

Reece Axel-Adams

Prepared by:

Kenneth J. Falk
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202

[5]