UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

PENDLETON HEIGHTS GAY-STRAIGHT
ALLIANCE, an unincorporated association,

   Plaintiff,

               Case No: 1:21-cv-02480-JRS-TAB

  v.

SOUTH MADISON COMMUNITY SCHOOL
CORPORATION; PRINCIPAL, PENDLETON
HEIGHTS HIGH SCHOOL, in her official
capacity,

   Defendants.

## AFFIDAVIT OF BRYAN WALTERMIRE

1. My name is Bryan Waltermire, I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein.

2. I am an IT Administrator for South Madison Community School Corporation.

3. I am also a sponsor for the Esports club at Pendleton Heights High School.

4. Beginning with the 2021-2022 year, Esports became a corporation-sponsored student-lead club.

5. For the 2021-2022 school year, I will receive a stipend as the sponsor of Esports, because it is a corporation-sponsored club.

6. Esports is directly connected to the computer sciences curriculum.

7. Students in Esports must learn and demonstrate understanding of movement concepts, principles, strategies, and tactics as they apply to a specific game.

**EXHIBIT G**

8. This is the first year for Esports, but the intention is to have students in Esports learn how to do "shoutcasting", which is the Esports version of sports broadcasting or announcing.

9. This is the first year for Esports, but the intention is to have this e-sport club host a tournament, as is done by other local Esports clubs.

10. Like at other schools, the tournament will be student organized and executed.

11. The students would be responsible for planning, designing, and implementing all aspects of the tournament from marketing, administrative, refereeing, content creating, and shout-casting.

12. The School currently offers Introduction to Computer Science as part of its computer sciences curriculum.

13. Currently, the School only offers Introduction to Computer Science, but plans to expand its curriculum to include the next level of classes: Computer Science I and Computer Science II.

14. Esports is increasing interest in the Computer Science curriculum and will aid in the expansion of the Commuter Science curriculum in the upcoming school years.

Date: 12-8-21

Bryan Waltermire