UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

PENDLETON HEIGHTS GAY-STRAIGHT
ALLIANCE, an unincorporated association,

        Plaintiff,

        v.

SOUTH MADISON COMMUNITY SCHOOL
CORPORATION; PRINCIPAL, PENDLETON
HEIGHTS HIGH SCHOOL, in her official
capacity,

        Defendants.

Case No: 1:21-cv-02480-JRS-TAB

### AFFIDAVIT OF SAMSON HUNCKLER

1. My name is Samson Hunckler, I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein.

2. I am an Art Teacher at Pendleton Heights High School.

3. I am also a sponsor for the Bring Change to Mind Club.

4. Prior to the 2021-2022 school year, Bring Change to Mind was a program created by a CURES grant.

5. Beginning with the 2021-2022 year, Bring Change to Mind became a corporation-sponsored student-led club.

6. For the 2021-2022 school year, I will receive a stipend as the sponsor of Bring Change to Mind because it is a corporation-sponsored club.

1

**EXHIBIT I**

7. Bring Change to Mind is a national organization designed to raise awareness around mental health with high school students. Their mission statement reads: "to end the stigma and discrimination surrounding mental illness."

8. In 2019-2020, two suicides hit the School community and, the School obtained a CURES grant to assist in the recognition of mental illness, including identifying signs of a suicidal teen and provide coping skills and resources for treatment to prevent teen suicide.

9. In 2019, I attended a summit hosted by the national organization of Bring Change to Mind, and I was excited about the positive impact Bring Change to Mind could have on a school.

10. I had hoped to begin some of the Bring Change to Mind programming in the 2019-2020 school year.

11. In early 2020, we began discussing and planning how to recognize Mental Health Awareness month and how to promote healthy relationships.

12. When the COVID shutdowns happened in March 2020, all programing and event efforts were put on hold.

13. In the 2020-2021 school year, we were still limited with the COVID restrictions, but Bring Change to Mind began doing small projects like a card making station in February to spread the love, and buying board games for groups to use for social interaction following the extended time of social isolation.

14. Currently, students in Bring Change to Mind are working on developing, writing, and presenting mental health related tips as part of a program we will call "Mental Health Monday."

15. In addition, Bring Change to Mind has recently completed a Public Service Announcement to be presented to the Student Body.

16. As the student-led group of Bring Change to Mind gets off the ground, the goal and objective is to design and complete service-based projects that advocate for and promote the adoption of healthy behaviors.

17. The projects and activities of Bring Change to Mind are directly related to the Indiana Health & Wellness curriculum and standards.

18. Students in Bring Change to Mind analyze the influence of family, peers, culture, media, technology, and other factors on health.

19. The students in Bring Change to Mind focus on identifying and understanding the internal and external factors that can positively and/or negatively influence health and behaviors.

20. The students then create programs and events to advocate for and encourage others to adopt healthy behaviors.

21. Students in Bring Change to Mind must design and write messages to communicate information in a persuasive way to their audience.

22. Bring Change to Mind has undertaken a project of capturing student and staff interviews of individuals sharing their struggle of mental health and explaining how they cope with day-to-day life in a positive way.

23. To accomplish this project, a student had to identify participants, schedule interviews, write questions for each interview, conduct the interview, and select and edit video and audio clips to use in the final product.

24. The project is being made into a Public Service Announcement for the student body at Pendleton Heights High School.

25. The Public Service Announcement of Bring Change to Mind will qualify as a project-based learning project that will satisfy the Employability Skills graduation requirement for any student who meaningfully participates in the project.

26. Bring Change to Mind gives students a platform to share their voices and raise awareness around mental health, as well as advocate to end the stigma and discrimination surrounding mental illness.

27. The activities of this club are directly related to the Indiana Health & Wellness standards and curriculum that is taught at Pendleton Heights High School.

28. The Health and Wellness Academic Standards are created by the Indiana Department of Education and are the basis for the Health and Wellness curriculum taught at Pendleton Heights High School.

29. The following Health and Wellness Academic Standards are directly related to the activities of Bring Change to Mind:

> **Standard 1: Students will comprehend concepts related to health promotion and disease prevention to enhance health.**
>
> **Standard 2: Students will analyze the influence of family, peers, culture, media, technology and other factors on health behaviors. Health is impacted by a variety of influences within society. This standard focuses on identifying and understanding the diverse internal and external factors that can positively and/or negatively**

**influence health practices and behaviors among youth. Students examine how the family, peers, culture, media, technology, and policies and regulations influence personal, family, and community health. Students analyze how personal values, beliefs, and perceived norms influence health.**

**Standard 4: Students will demonstrate the ability to use interpersonal communication skills to enhance health and avoid or reduce health risks.**

**Standard 8: Students will demonstrate the ability to advocate for personal, family, and community health.**

30. The students in Bring Change to Mind use their writing and advocacy skills to create health enhancing messages and to encourage others to adopt healthy behaviors.

31. Students who participate in a meaningful way to Bring Change to Mind programs or projects can satisfy the graduation requirement for Employability Skills because those programs and projects satisfy the service-based learning option for Employability Skills.

32. If a student meaningfully engages and participates in planning and implementation of the activities of Bring Change to Mind, I can sign-off on that student's record indicating he or she has satisfied his or her Employability Skills requirement for graduation.

Date: 12/8/2021

Samson Hunckler