UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

PENDLETON HEIGHTS GAY-STRAIGHT
ALLIANCE, an unincorporated association,

        Plaintiff,

                              Case No: 1:21-cv-02480-JRS-TAB

       v.

SOUTH MADISON COMMUNITY SCHOOL
CORPORATION; PRINCIPAL, PENDLETON
HEIGHTS HIGH SCHOOL, in her official
capacity,

        Defendants.

---

## AFFIDAVIT OF REBECCA WALLS

    1.    My name is Rebecca Walls, I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein.

    2.    I am a Science teacher at Pendleton Heights High School.

    3.    One of the classes I teach is Introduction to Computer Science.

    4.    The Introduction to Computer Science class includes "Unit 3: Interactive Animations and Games."

    5.    Unit 3 represents 50% of the Introduction to Computer Science curriculum, and because of time-limitations, the teacher is unable to teach all the content that can be covered in that unit.

    6.    The objective of Unit 3 is for students to learn fundamental programming constructs and practices in the Javascript programming language while developing animations and games in Cord.org's Game Lab environment.

1

**EXHIBIT L**

7. The Unit requires students to design their own animations and games.

8. To accomplish that objective, students must understand how computers represent data, including text, sound, images, and numbers and must be able to create data visualizations, models, and simulations.

9. Currently, the School only offers Introduction to Computer Science, but plans to expand its curriculum to include the next level of classes: Computer Science I and Computer Science II.

Date: 12/9/21

*Rebecca Walls* (signature)
Rebecca Walls