

# Graduation Pathways
# Policy Guidance

(Finalized July 11, 2018)

**EXHIBIT M**

# Table of Contents

**Purpose of the Guidance** ..................................................................................................................5
**A. EXECUTIVE SUMMARY** ..........................................................................................................7
  A-1.  High School Diploma ...........................................................................................................7
  A-2.  Employability Skills ............................................................................................................8
  A-3.  Postsecondary-Ready Competencies (PRC)........................................................................9
  A-4.  Locally Created Pathways ..................................................................................................10
  A-5.  Logistical information ........................................................................................................11
**B. HIGH SCHOOL DIPLOMA** ......................................................................................................12
  B-1.  What does a student need to do to graduate from high school? .........................................12
  B-2.  Does a student have to fulfill all of the options listed under each pathway requirement? ...................12
  B-3.  Do the Academic Honors and Technical Honors designations satisfy both the diploma and
          postsecondary-ready competency requirements?  If so, why? ...........................................13
  B-4.  When do schools need to start implementing Graduation Pathways? ................................13
  B-5.  What is the status of Algebra 2 and the Core 40 designation? ..........................................14
  B-6.  Does earning an Indiana Diploma with a General designation still mean a student is an Indiana
          graduate? ............................................................................................................................14
  B-7.  If a student is earning a Certificate of Completion (or an alternate diploma), does that student have to
          complete the Graduation Pathways? ..................................................................................14
  B-8.  If a student has disabilities and is on a diploma track, does that student have to complete the
          Graduation Pathways requirements in order to graduate? ..................................................14
  B-9.  If a student is an English Learner (EL), refugee, or migrant student, does that student have to complete
          the Graduation Pathways requirements in order to graduate? ............................................15
  B-10. What is the status of the waiver for the diploma? ..............................................................16
**C. EMPLOYABILITY SKILLS** .....................................................................................................17
  C-1.  Is there a common set of competencies that students need to demonstrate through this experience?....17
  C-2.  When can the Employability Skills experience occur? .......................................................17
  C-3.  Who can districts partner with to support these experiences?.............................................17
  C-4.  Does the Employability Skills experience have to align to a student's career interest?.......................18
  C-5.  What is the time commitment required to satisfy the Employability Skills experience? .....................18
  C-6.  What is the student work product for Employability Skills experience? .............................19
  C-7.  How does a school validate a student's Employability Skills experience? ..........................19
  C-8.  What documentation must a student provide to validate his/her Employability Skills experience? ......19
  C-9.  How is a student's Employability Skills experience documented and tracked?....................................19
  C-10. How will accommodations be provided for students with disabilities (e.g., IEPs and 504 plans)? .......20
  C-11. Do schools need to provide transportation for students to do these activities?....................................20
  C-12. Can a student use a combination of the three experiences under Employability Skills?......................20
  C-13. How can a school or district get an Employability Skills experience or course not listed in the guidance
          document approved by the SBOE?......................................................................................20
  **a. PROJECT-BASED LEARNING** ..............................................................................................21
    a-1.  What is Project-based learning (PBL)?...............................................................................21
    a-2.  What qualifies as a PBL program or project?......................................................................21
    a-3.  What experiences do not qualify as PBL? ..........................................................................23
    a-4.  Can courses count towards the PBL requirement? ..............................................................24
    a-5.  Can this be a group project?................................................................................................24
  **b. SERVICE-BASED LEARNING** ...............................................................................................25
    b-1.  What is Service-based learning (SBL)?...............................................................................25
    b-2.  What qualifies as a SBL program? .....................................................................................25
    b-3.  What experiences qualify as SBL? .....................................................................................26
    b-4.  What does 'meaningful service' mean?................................................................................29
    b-5.  Can this be a group project?................................................................................................29
    b-6.  What about volunteering or community service? ................................................................29
    b-7.  What about school involvement, such as sports and co-curricular and extracurricular activities?.......30

b-8.    What experiences do not qualify as SBL? ................................................................30

b-9.    Can courses count towards the SBL requirement? ....................................................31

b-10.   What about the 'at least one academic year' for co-curricular or extracurricular activities or sports in the policy?.....................................................................................................................31

**c. WORK-BASED LEARNING**.......................................................................................................32

c-1.    What is Work-based learning (WBL)? ....................................................................32

c-2.    What qualifies as a WBL program?.........................................................................32

c-3.    What experiences qualify as WBL?..........................................................................33

c-4.    Can courses count towards the WBL requirement?...................................................34

c-5.    What about employment outside of school? ...............................................................35

c-6.    What type of employment counts towards WBL?.......................................................36

c-7.    For how long does a student need to be employed to satisfy the WBL requirements? .......36

**D. POSTSECONDARY-READY COMPETENCIES**.........................................................................37

D-1.    Do students need to complete all the Postsecondary-Ready Competencies (PRC) from the Graduation Pathway policy options to graduate?....................................................................37

D-2.    Does a school need to offer all Postsecondary-Ready Competency options? ...................37

D-3.    What are the current college-ready benchmarks for the SAT and the ACT? ...................37

D-4.    When do schools need to offer the SAT or ACT?......................................................37

D-5.    When do the College Board and ACT change the college-ready benchmarks? ...............37

D-6.    Does a student need to earn the combined SAT ERW/Math score or the individual benchmarks for each section?..........................................................................................................................37

D-7.    Does a student need to earn all four scores on the ACT?...........................................37

D-8.    How many times can a student take the SAT or ACT?..............................................38

D-9.    Can students use 'superscores' on either the SAT or ACT to meet the college-ready benchmarks?.....38

D-10.   Do the SAT or ACT allow for accommodations?.....................................................38

D-11.   Do the SAT or ACT allow for language accommodations?........................................39

D-12.   What is the Armed Services Vocational Aptitude Battery (ASVAB)? ..........................39

D-13.   What are the Armed Forces Qualification Test (AFQT) scores on the ASVAB?...............39

D-14.   Does ASVAB allow accommodations?.....................................................................40

D-15.   In which grade can the ASVAB be taken? ...............................................................40

D-16.   How often and how many times can the ASVAB be taken?........................................40

D-17.   What are state- and industry-recognized credentials and certifications?......................40

D-18.   Do industry-recognized credentials allow for accommodations?.................................40

D-19.   What are federally-recognized apprenticeships? .....................................................41

D-20.   Do apprenticeships qualify as both a Postsecondary-ready Competency and a work-based learning experience?...................................................................................................................41

D-21.   Because apprenticeships can last from one to six years, how will we count those that go past high school graduation?.............................................................................................................41

D-22.   What is a Career-Technical Education (CTE) concentrator? ......................................41

D-23.   Is the "C Average" requirement under CTE Concentrator a local determination?..............42

D-24.   Is it a "C Average" in each credit or a "C average" across the six credits? ....................42

D-25.   Are AP/International Baccalaureate (IB)/Dual Credit requirements fulfilled through course or credit completion?....................................................................................................................42

D-26.   For the AP/IB/Dual Credit option, what is the difference between a course being in a core content area or as part of a defined CTE sequence? ..........................................................................42

D-27.   Is the "C Average" under AP/IB/Dual Credit a local determination? ...........................43

D-28.   Is it a "C Average" in each course or a "C average" across the three courses?...................43

D-29.   Must a student take a dual credit course, or does dual enrollment also count? ................43

D-30.   What is the Cambridge International exam? ............................................................44

D-31.   What is the CLEP exam?.......................................................................................44

D-32.   Can a student mix and match AP, IB, Dual Credit, Cambridge International, and CLEP to fulfill this postsecondary-ready competency?....................................................................................44

D-33.   Does a student have to take the corresponding AP/Cambridge International/IB exam?.............44

D-34.   What if a student earns a score of 3 or higher on an AP exam, 4 or higher on an IB exam, or E or higher on a CI exam?................................................................................................................45

**E. LOCALLY CREATED PATHWAYS** ...........................................................................................46
E-1.    What are the criteria and application questions for the Locally Created Pathway? ..............................46
E-2.    What are Local CTE Concentrators?....................................................................................................47
E-3.    What are the criteria and application questions for Local CTE Concentrators?....................................47
E-4.    What is the approval process for both? ................................................................................................47
E-5.    What are 'substantive' differences between LCPs? ..............................................................................49
E-6.    Can courses within an LCP and a Local CTE Concentrator be substituted with others?......................49
E-7.    How can a school adopt an approved LCP?..........................................................................................49
E-8.    What are the guidelines for the annual report?.....................................................................................50
E-9.    What is the timeline to apply? ..............................................................................................................50
E-10.   Where can I find examples of approved LCPs (the LCP Library)?.......................................................50

**F. LOGISTICAL INFORMATION**.................................................................................................51
F-1.    How are the Employability Skills experience and Postsecondary-Ready Competency tracked? ..........51
F-2.    How are these data reported to the Indiana Department of Education? ................................................51
F-3.    How do schools and districts account for transient or mobile students?...............................................51
F-4.    What about students who move from out-of-state?...............................................................................51
F-5.    What documentation is required for audits?..........................................................................................52
F-6.    Who can provide additional information? .............................................................................................52

**G. DEFINITIONS, ACRONYMS, AND ABBREVIATIONS** ........................................................53

# Purpose of the Guidance

The purpose of this document is to provide schools and districts guidance in implementing the Graduation Pathways Policy, adopted by the Indiana State Board of Education (SBOE) in December 2017.  This document provides additional information on the pathways policy, as well as clarifies details, nuances, and issues related to the policy through regulatory guidance.  For answers to foundational questions about the Graduation Pathways, please review the Graduation Pathways FAQs.

**Statutory Authority Relating to the Creation of Graduation Pathways**

Established by the Indiana General Assembly, the SBOE oversees K-12 education policymaking in the State of Indiana. The bipartisan board is composed of eleven members, including the Superintendent of Public Instruction.

Pursuant to IC 20-18-3-1, the General Assembly may delegate its education policy making duties to the state board of education ("SBOE") to develop and establish education policy.  Other statutes grant the SBOE rulemaking authority over the majority of areas, including Public Law 20-1984, which added language setting forth the primary policymaking duties of the SBOE.  In addition, in 2011, the General Assembly enacted Public Law 172-2011, which added IC 20-19-2-14(4), providing that "the board will coordinate with the commission for higher education (IC 21-18-1) and the department of workforce development (IC 22-4.1-2) to develop entrepreneurship education programs for elementary and secondary education, higher education, and individuals in the work force."  In addition to its general policy-making duties delegated by the General Assembly, the SBOE shall:

  (1) Establish the educational goals of the state, developing standards and objectives for local school corporations;
  (2) Assess the attainment of the established goals;
  (3) Assure compliance with established standards and objectives;
  (4) Coordinate with the commission for higher education (IC 21-18-1) and the department of workforce development (IC 22-4.1-2) to develop entrepreneurship education programs for elementary and secondary education, higher education, and individuals in the work force;
  (5) Make recommendations to the governor and general assembly concerning the educational needs of the state, including financial needs; and
  (6) Provide for reviews to ensure the validity and reliability of the ISTEP program.

**IC 20-32-4-1.5 Pathway requirements**

  Sec. 1.5. (a) This section is effective January 1, 2018.
  (b) Except as provided in subsection (f) and sections 4, 4.1,5, 6, 7, 8, 9, and 10 of this chapter, beginning with the class of students who expect to graduate during the 2022-2023 school year, each student shall:

    (1) demonstrate college or career readiness through a pathway established by the state board, in consultation with the department of workforce development and the commission for higher education;
    (2) meet the Core 40 course and credit requirements adopted by the state board under IC 20-30-10; and
    (3) meet any additional requirements established by the governing body;
  to be eligible to graduate.
  (c) The state board shall establish graduation pathway requirements under subsection (b)(1) in consultation with the department of workforce development and the commission for higher education. A graduation pathway requirement may include the following options postsecondary readiness competencies approved by the state board:

    (1) International baccalaureate exams.
    (2) Nationally recognized college entrance assessments.
    (3) Advanced placement exams.
    (4) Assessments necessary to receive college credit for dual credit courses
    (5) Industry recognized certificates.
    (6) The Armed Services Vocational Aptitude Battery.
    (7) Any other pathway competency approved by the state board.

(d) If the state board establishes a nationally recognized college entrance exam as a graduation pathway requirement, the nationally recognized college entrance exam must be offered to a student at the school in which the student is enrolled and during the normal school day.

(e) When an apprenticeship is established as a graduation pathway requirement, the state board shall establish as an apprenticeship only an apprenticeship program registered under the federal National Apprenticeship Act (29 U.S.C. 50 et seq.) or another federal apprenticeship program administered by the United States Department of Labor.(f) Notwithstanding subsection (a), a school corporation, charter school, or accredited nonpublic school may voluntarily elect to use graduation pathways described in subsection (b) in lieu of the graduation examination requirements specified in subsection (a) prior to July 1, 2022.

(g) The state board, in consultation with the department of workforce development and the commission for higher education, shall approve college and career pathways relating to career and technical education including sequences of courses leading to student concentrators.

Additional information and resources can be found here.

If you have additional questions, please email DOEGradpathways@doe.in.gov.

# A. EXECUTIVE SUMMARY

### A-1.    High School Diploma

The Great Recession in 2008 had profound impacts on our economy.  While jobs are back, they are not the same ones lost during the recession. The Georgetown University Center on Education and the Workforce report demonstrated that over 95% of jobs created during the recovery have gone to workers with at least some college education, while those with a high school diploma or less are being left behind.  The high school diploma is what gets students started; it's no longer the finish line.  Students need to be equipped for a more demanding job market and postsecondary opportunities that differ from the status quo of a graduation test.

Until recently, Indiana's approach to graduation requirements was a one-size-fits-all approach requiring every student to pass graduation qualifying exams.  This approach required students that did not pass these exams to take remedial classes to prepare for and retake them. While these remedial classes were design to help students, it frequently prevented students from taking classes that would help prepare them for college and career opportunities after high school.

With the passage of Graduation Pathways, students are now able to individualize their graduation requirements to align to their postsecondary goal.  No longer must all students fit into the same academic mold, but rather, they can choose the options that best meet their postsecondary needs and aspirations. Students can create pathways that serve their educational interests and prepares them for postsecondary educational and career opportunities.  Overall, this policy ensures that students are truly prepared to be successful in whatever they want to pursue after high school.

Students in the graduating class of 2023 must satisfy at least one option from each of the three boxes in order to graduate. Students graduating prior to 2023 may satisfy graduation requirements by completing the Graduation Pathways, though this option is dependent upon whether the student's school makes this opportunity available.

| Graduation Requirements | Graduation Pathway Options |
|---|---|
| 1) **High School Diploma** (Students must complete the course requirements of one of the following.) | • Core 40 designation; <br> • Academic Honors designation; <br> • Technical Honors designation; <br> • General designation. |
| 2) **Learn and Demonstrate Employability Skills** (Students must complete _at least one_ of the following.) | Learn employability skills standards through locally developed programs. Employability skills are demonstrated by one of the following: <br> • **Project-Based Learning Experience**; OR <br> • **Service-Based Learning Experience**; OR <br> • **Work-Based Learning Experience.** |
| 3) **Postsecondary-Ready Competencies** (Students must complete _at least one_ of the following.) | • **Honors Designation**: Fulfill all requirements of either the Academic or Technical Honors designation; OR <br> • **ACT**: College-ready benchmarks; OR <br> • **SAT**: College-ready benchmarks; OR <br> • **ASVAB**: Earn at least a minimum AFQT score to qualify for placement into one of the branches of the US military; OR <br> • **State- and Industry-recognized Credential or Certification;** OR <br> • **Federally-recognized Apprenticeship**; OR <br> • **Career-Technical Education Concentrator:** Must earn a C average in at least two non-duplicative advanced courses (courses beyond an introductory course) within a particular program or program of study; OR <br> • **AP/IB/Dual Credit/Cambridge International courses or CLEP Exams:** Must earn a C average or higher in at least three courses; OR <br> • **Locally Created Pathway** that meets the framework from and earns the approval of the State Board of Education. |

**A-2.   Employability Skills**

Demonstrations of employability skills include experiences that enable students to apply essential academic, technical, and professional skills and find engagement and relevancy in their academic careers.  Through a Project-based, Service-based, or Work-based learning experience, students must demonstrate the Department of Workforce Development's Employability Skills Benchmarks (or similar character development benchmarks).   The development of the student product must satisfy the five categories of employability skills:

1. Mindsets;
2. Self-Management Skills;
3. Learning Strategies;
4. Social Skills; and
5. Workplace Skills.

Demonstrations of employability skills may occur over the course of a student's high school career, which begins July 1 prior to the start of school and extends through September 30 post-graduation.  Schools and districts choose how to structure their Employability Skills experiences based on their students' interests. There are not a set number of hours for an Employability Skills experience, but rather it is incumbent upon schools and districts to ensure the experience has quality, scope, and value for the student.  These experiences should be sustained over a period of time and not episodic.  The importance rests with ensuring the student's experience is high-quality and rigorous and allows him/her to demonstrate employability skills.  It does not need to be tied to specific seat time, but rather the currency it will provide a student after s/he graduates.

**Project-based Learning** (PBL) allows students to gain knowledge and skills by working for an extended period of time to investigate and respond to an authentic, engaging and complex question, problem, or challenge. The project is framed by a meaningful problem to solve or a question to answer, at the appropriate level of challenge, extended process of critically analyzing the issue(s)/problem(s), asking questions, finding resources, applying information and finding solutions. Students often make their project work public by explaining, displaying and/or presenting it to people beyond the classroom.

PBL can be demonstrated through a number of different projects and experiences.  Those projects, however, must meet the design principles below:

- Challenging Problem or Question
- Sustained Inquiry
- Authenticity
- Student Voice & Choice
- Reflection
- Critique & Revision
- Public Product

The design principles for PBL were adapted from the Gold Standard PBL: Essential Project Design Elements by the Buck Institute of Education.

**Service-based Learning** (SBL) integrates meaningful service to enrich and apply academic knowledge, teach civic and personal responsibility (and other employability skills), and strengthen communities.  SBL can be classified by three core indicators:

1. Integrating academic study with service experience;
2. Reflecting larger social, economic, and societal issues; and
3. Collaborating efforts between students, schools, and community partners.

Students can use SBL to demonstrate their employability skills through numerous activities and service opportunities.  Those opportunities must meet the design principles below:

- Meaningful Service
- Link to Curriculum
- Reflection
- Diversity
- Youth Voice
- Partnerships
- Progress Monitoring
- Duration and Intensity

The design principles for SBL were adapted from the National Youth Leadership's Council's K-12 Service-Learning Standards for Quality Practice.

**Work-based learning** (WBL) is a strategy to reinforce academic, technical, and social skills learned in the classroom through collaborative activities with employer partners. Work-based learning experiences provide students the opportunity to apply classroom theories to practical problems, explore career options, and pursue personal and professional goals.

WBL includes activities that occur in workplaces and involve an employer assigning a student meaningful job tasks to develop his or her skills, knowledge, and readiness for work. It supports entry or advancement in any particular career field and can serve as the culminating course or event in a student's chosen career pathway. Through WBL, students have the opportunity to apply the concepts, skills, and dispositions learned in previous coursework in real-world business or industry settings.

There are four design principles for defining and identifying WBL programs:
1. Clear Work-Based Learning Partnership Agreement and Plan;
2. Authentic Work Experience Component;
3. Structured Learning Component ; and
4. Culminating Assessment and Recognition of Skills.

The design principles for WBL adapted from the National Governors Association's State Strategies to Scale Quality Work-Based Learning.

**A-3.      Postsecondary-Ready Competencies** (PRC)

A student only needs to complete <u>one</u> of the options listed below, but s/he may pursue or complete multiple opportunities:

- **Honors Designation**: Fulfill all requirements of either the Academic or Technical Honors designation.

- **ACT**: College-ready benchmarks
  Currently 18 in English, 22 in Reading, 22 in Math, and 23 in Science; students must meet at least 2 of the 4 score requirements, either the 18 in English or 22 in Reading AND either the 22 in Math or 23 in Science.

- **SAT**: College-ready benchmarks
  Currently 480 in Evidence-Based Reading and Writing (ERW) and 530 in Math; students must meet the individual scores in each subject.

- **ASVAB**: Earn at least a minimum AFQT score to qualify for placement into one of the branches of the US military
  The minimum score a student must earn is 31; individual branch scores are the following: Army is 31, Marines is 31, Navy is 35, Air Force is 36, and Coast Guard is 45.

- **State- and Industry-recognized Credential or Certification**
  The list of state- and industry-recognized credentials and certifications can be found here.

- **Federally-recognized Apprenticeship**
  The list of federally recognized apprenticeships can be accessed here.

- **Career-Technical Education Concentrator:** Must earn a C <u>average</u> in at least two non-duplicative advanced courses (courses beyond an introductory course) within a particular program or program of study
  CTE Concentrator is a student who completes at least two non-duplicative advanced courses (courses beyond an introductory course) within a particular program or program of study. This new

definition will begin with the 2023 graduating cohort (freshmen beginning in 2019-20). The Indiana Department of Education provides course frameworks for these clusters and courses, which include a course description, specifications, standards and sequencing. Concentrators for Graduation Pathways must take the same CTE course sequences as those concentrators submitted for the Carl D. Perkins Act. For additional information, please click here.

- **AP/IB/Dual Credit/Cambridge International courses or CLEP Exams:** Must earn a C <u>average</u> or higher in at least three (3) courses
  If a student is taking AP/IB/Dual Credit courses to meet the postsecondary-ready competency, either:
  1. One of the three courses must be in a core content area. The Core Transfer Library defines "core content" for dual credit/AP/IB requirement. Students pursuing liberal arts tracks must have at least <u>one</u> course corresponding with the CTL.
  *OR*
  2. All three (3) courses must be part of a defined CTE sequence. A defined CTE sequence of courses is based on the Indiana College and Career Pathways. These courses must correspond with the CTE Technical Dual Credit Crosswalk.

- **Locally Created Pathway (LCP):** Developed in accordance with the framework adopted by the SBOE and is approved by the SBOE.

Schools are encouraged to offer as many PRC options as possible so students have multiple avenues to demonstrate their postsecondary readiness. Schools are also encouraged to offer diverse PRC options to students. An example of a diversity of options might include two assessment options (e.g., ACT and ASVAB) and two non-assessment options (e.g., CTE concentrator and dual credit courses).

## A-4.   Locally Created Pathways

Locally Created Pathways (LCPs) are locally determined competencies and/or assessments beyond the current PRCs that demonstrate a student has the necessary knowledge and skills to be successful after high school. There are three criteria an LCP must meet for approval:
1. <u>**Collaboration**</u>: LCPs must be developed in collaboration (or partnership) with business & industry, postsecondary education & training providers, and/or community organizations. Additional partners may include other schools/districts, career and technical education centers, and other local partners (e.g., Workforce Investment Boards, Chambers of Commerce, Economic Development Boards, etc.).
2. <u>**Competency**</u>: LCP must provide students with recognized postsecondary knowledge and skills (e.g., credits, credentials) that prepare students for meaningful postsecondary education/training and/or employment opportunities.
3. <u>**Continuous Improvement**</u>: LCP must be evaluated and continuously improved based upon the evaluation at the local level. Applicant will serve as a model and point of contact for other districts interested in creating a similar pathway.

A local CTE Concentrator, though similar to an LCP, focuses on six (6) credits in a sequence of courses that have been locally developed and then approved by the SBOE. Though criteria and application questions for the Local CTE Concentrator are very similar to the LCP criteria, there a few notable inclusions for local CTE Concentrators to align them with state-approved CTE requirements and permit them to received CTE tuition support:
- Local CTE Concentrators **must** be aligned to careers that are high wage and/or high demand.
- Local CTE Concentrator Pathways **must** lead to an industry-recognized credential, technical certification, stackable credits for an associate or bachelor degree, or other meaningful postsecondary education/training and/or employment opportunities.
- Applications for Local CTE Concentrators must identify the course titles, codes, and credits that will comprise this pathway and relates to the competency.

Upon submission, SBOE staff, in consultation with the Commission of Higher Education (CHE), Department of Education (DOE), and Department of Workforce Development (DWD) will conduct an Initial Review. The Initial Review will take at least thirty (30) business days from the receipt of the application, during which time, clarifying or follow-up questions and/or additional information may be sought regarding the application as part of the due diligence process.

Upon the completion of the Initial Review, staff will draft a final recommendation for SBOE consideration. The recommendation will be shared with applicant and SBOE at least one (1) week before the next scheduled Board meeting, pursuant to SBOE Operating Procedures.

The SBOE will approve, table, or reject the Local Pathway.
- *Approved Local Pathways:* Both the LCP and local CTE Concentrator joins state's "Graduation Pathways Library" and <u>all</u> Indiana schools may start utilizing either immediately.
- *Tabled/Rejected Local Pathways*: SBOE (in addition to DOE, CHE, and DWD) staff will work with applicant over the next two (2) months to address issues and resubmit.

**A-5.    Logistical information**

Schools can locally determine how to track experiences and competencies. The following are examples of online resources that could be used for tracking:
- Indiana Career Explorer;
- Naviance;
- CourseNetworking <u>ePortfolio;</u>
- Scholar Track; and
- Other tracking system as determined by the school.

Schools and districts will report how students fulfilled the Graduation Pathways through the graduation report (GR). Fields have been added to facilitate the collection of data on students who graduate after completing the Graduation Pathways.  These new fields are: 1) Employability skills, 2) Postsecondary-ready Competencies, and 3) Locally Created Pathway.  Graduation Pathways language is also embedded in the GR to reflect those students opting into the Pathways in lieu of the GQE prior to 2023.

Documentation proving that a student met all (3) three graduation requirements under the Graduation Pathways policy must be retained for each student via the school's chosen tracking system.
- For the diploma requirements: A student's transcript with courses completed
- For the Employability Skills experience: A student's product
- For the Postsecondary-ready Competencies: Exam scores, certificates, or course list

# B. HIGH SCHOOL DIPLOMA

**B-1.     What does a student need to do to graduate from high school?**

Beginning with the graduating class of 2023, Indiana high schools students must satisfy all three of the following Graduation Requirements:

1.  Earn one (1) of the following Indiana High School Diploma designation options:
    - Core 40 designation;
    - Academic Honors designation;
    - Technical Honors designation;
    - General designation (Note: students must opt-out of the Core 40 Diploma designation upon parental request in order to earn the General designation – IC 20-32-4-7, 8, 9, 10).

2.  Learn and Demonstrate one (1) of the following Employability Skills options:
    - Completion of a project-based learning experience;
    - Completion of a service-based learning experience;
    - Completion of a work-based learning experience.

    ***AND***

3.  Demonstrate at least one (1)  of the following Postsecondary-Ready Competencies:
    - Honors designation: Fulfill all requirements of either the Academic or Technical Honors designation;
    - ACT: Earn the college-ready benchmark scores;
    - SAT: Earn the college-ready benchmarks scores;
    - Armed Services Vocational Aptitude Battery (ASVAB): Earn at least a minimum Armed Forces Qualification Test (AFQT) score to qualify for placement into one of the branches of the US military;
    - State- and Industry-recognized Credential or Certification;
    - Federally-recognized Apprenticeship;
    - Career-Technical Education Concentrator: Earn a C average in at least two non-duplicative advanced courses (courses beyond an introductory course) within a particular program or program of study;
    - AP/International Baccalaureate/Dual Credit/Cambridge International courses or College Level Examination Program (CLEP) Exams: Earn a C average or higher in at least three (3) courses;
    - Locally Created Pathway developed in accordance with the framework adopted by the SBOE and is approved by the SBOE.

**B-2.     Does a student have to fulfill all of the options listed under each pathway requirement?**

No.  Students must complete one (1) bullet under each one of the three Graduation Pathway requirements.

---

*For example:*
*A student can: 1) earn a Core 40 designation, 2) complete a service-based learning experience, and 3) earn an industry-recognized credential.*

---

**B-3.   Do the Academic Honors and Technical Honors designations satisfy both the diploma and postsecondary-ready competency requirements?  If so, why?**

Yes, both Honors designations satisfy both requirements.  This is because both Honors designations require a minimum of 47 high school credits and include postsecondary-ready competencies.

For the **Core 40 with Academic Honors** designation, students must:
- Complete all requirements for Core 40.
- Earn two (2) additional Core 40 math credits
- Earn 6-8 Core 40 world language credits (6) credits in one language or 4 credits each in two languages).
- Earn two (2) Core 40 fine arts credits.
- Earn a grade of a "C" or better in courses that will count toward the diploma.
- Have a grade point average of a "B" or better.
- Complete <u>one</u> (1) of the following:
  A. Earn four (4) credits in two (2) or more AP courses and take corresponding AP exams
  B. Earn six (6) verifiable transcripted college credits in dual credit courses from the approved <u>dual credit list</u>.
  C. Earn two (2) of the following:
     1. A minimum of 3 verifiable transcripted college credits from the approved <u>dual credit list</u>,
     2. Two (2) credits in AP courses and corresponding AP exams,
     3. Two (2) credits in IB courses and corresponding IB exams.
  D. Earn a composite score of 1250 or higher on the SAT and a minimum of 560 on math and 590 on the evidence based reading and writing section.
  E. Earn an ACT composite score of 26 or higher and complete written section
  F. Earn 4 credits in IB courses and take corresponding IB exams.

Pursuant House Enrolled Act 1420, a student successfully complete two (2) Cambridge International courses can satisfy the requirements for the Academic Honors designation.

For the **Core 40 with Technical Honors** designation, students must:
- Complete all requirements for Core 40.
- Earn six (6) credits in the college and career preparation courses in a state-approved College & Career Pathway and one of the following:
     1. Pathway designated industry-based certification or credential, or
     2. Pathway dual credits from the approved <u>dual credit list</u> resulting in six (6) transcripted credits.
- Earn a grade of "C" or better in courses that will count toward the diploma.
- Have a grade point average of a "B" or better.
- Complete <u>one</u> of the following, one must be A or B:
  A. Any one of the options (A - F) of the Core 40 with Academic Honors
  B. Earn the following scores or higher on WorkKeys: Workplace Document – 6; Applied Math –6; Graphic Literacy – 5.
  C. Complete dual high school/college credit courses in a technical area (six (6) college credits)
  D. Earn the following minimum score(s) on Accuplacer: Writing 80, Reading 90, Math 75.
  E. Earn the following minimum score(s) on Compass: Algebra 66, Writing 70, Reading 80.

**B-4.   When do schools need to start implementing Graduation Pathways?**

The Graduation Pathways requirements apply to the graduating class of 2023 (freshmen beginning high school in 2019-20).

Students graduating in 2018, 2019, 2020, 2021, or 2022 may satisfy graduation requirements by either passing the current graduation qualifying exams (End-of-Course Assessments (ECAs) or ISTEP+ Grade 10 for 2018 graduates;

ISTEP+ Grade 10 for 2019-2022 graduates) or completing the Graduation Pathways. The option to satisfy graduation requirements through completion of the Graduation Pathways is dependent upon whether the student's school makes this opportunity available.

**B-5.     What is the status of Algebra 2 and the Core 40 designation?**

The Indiana General Assembly passed legislation in March 2018 to allow the SBOE to initiate rulemaking around the math course requirements in the Core 40 designation other than Algebra II as early as 2019-20. Algebra II is still a required course for the Core 40 designation in the 2018-19 academic year.

Per statute, any math courses adopted for the Core 40 designation must align to the level of difficulty for postsecondary preparation.  Additionally, the legislation provides that a parent of a student and the student who intends to enroll in the math course alternative to Algebra II must provide consent to the school to do so.  The State Board, in collaboration with the Commission for Higher Education, will create the consent form. It must notify the parent and student that enrollment in the course may affect the student's ability to attend a particular higher educational institution or enroll in a particular course at an institution because the math course does not align with an institution's established academic requirements.

**B-6.     Does earning an Indiana Diploma with a General designation still mean a student is an Indiana graduate?**

Yes. The Indiana General Assembly empowered the SBOE to establish one (1) standard Indiana diploma for students who successfully complete all high school graduation requirements. Each Indiana diploma must include one of four designations: General, Core 40, Academic Honors, and Technical Honors. Students may still earn both the Academic and Technical Honors designations if they satisfy requirements for both.

The General designation is still an option for Indiana students.  Students earning a General designation must satisfy the requirements of the Graduation Pathways, including the demonstration of employability skills and reaching a postsecondary-ready competency.

The following process must be complete in order for students to opt-out of a Core 40 designation:
- The student, the student's parent/guardian, and the student's counselor (or another staff member who assists students in course selections) must meet to discuss the student's progress.
- The student's Graduation Plan (including four year course plan) is reviewed.
- The student's parent/guardian determines whether the student will achieve greater educational benefits by completing the general curriculum or the Core 40 curriculum.
- If the decision is made to opt-out of Core 40, the student is required to complete the course and credit requirement for a general diploma and the career/academic sequence the student will pursue is determined.

**B-7.     If a student is earning a Certificate of Completion (or an alternate diploma), does that student have to complete the Graduation Pathways?**

While Graduation Pathways is not a requirement for students earning a Certificate of Completion or alternate diploma, the employability skills experiences may benefit students on those tracks.  Project-based, Service-based, and Work-based Learning will help all students learn and demonstrate employability skills, apply their learning to real-world contexts, and help boost workforce inclusion.

**B-8.     If a student has disabilities and is on a diploma track, does that student have to complete the Graduation Pathways requirements in order to graduate?**

Yes. If a student is earning an Indiana high school diploma (with a General, Core 40, Academic Honors, or Technical Honors designation), the student must fulfill the Graduation Pathway requirements.

When assisting students to meet the Graduation Pathways requirements, all schools and districts must comply with federal and state laws, including, but not limited to, the Individuals with Disabilities Education Act (IDEA), Section 504 of the Rehabilitation Act of 1973 (Sec. 504), the Americans with Disabilities Act (ADA), and Article 7 (511 IAC 7). It is incumbent on all schools and districts to ensure they provide a Free Appropriate Public Education (FAPE). The US Department of Education's Office for Civil Rights (OCR) requires schools to provide all opportunities equally to students, regardless of disability, and may not deny certain opportunities to students based on their demographics. Pursuant to Sec. 504, all opportunities must be provided equally to all students.

If a student has an Individualized Education Program (IEP), Service Plan (SP), or a Choice Scholarship Education Plan (CSEP), the student's case conference committee (CCC) will determine the special education and related services and supports necessary for the student to meet all Pathway requirements (the diploma, Employability Skills, and Postsecondary-ready Competencies). If a student has a 504 plan, the student's multi-disciplinary team will determine the special education and related services required for the student to meet the Pathway requirements. The CCC or multi-disciplinary team must determine the services the student will need to access any of the opportunities provided through the Pathways, including out-of-classroom and off-campus activities, assessments and courses, and other supports and resources needed to provide the student the opportunity to meet all of the requirements for graduation. The student's four year and transition plans should align with the Pathway options the student hopes to pursue, including the Employability Skills experience and Postsecondary-ready Competency.

### B-9.   If a student is an English Learner (EL), refugee, or migrant student, does that student have to complete the Graduation Pathways requirements in order to graduate?

Yes. If a student is earning a high school diploma in 2023 and beyond, the student will need to fulfill the Graduation Pathway requirements.

Since all EL students must have an Individual Learning Plan (ILP), the student's ILP committee or EL teacher will determine the related services and supports necessary for the student to meet the Pathway requirements (the diploma, Employability Skills, and Postsecondary-ready Competencies). The ILP committee must determine the services the student will need to access any of the opportunities provided through the Pathways, including out-of-classroom and off-campus activities, assessments and courses, and other supports and resources needed to provide the student the opportunity to meet all of the requirements for graduation. The student is entitled to receive instructional modifications and accommodations as needed, and s/he may have testing accommodations (e.g., extra time, a bilingual dictionary, etc.). ILP accommodations must include both the Employability Skills experience and the Postsecondary-ready Competencies. As well, the Employability Skills experience can be completed in the student's native or heritage language.

In 1970, the OCR issued a memorandum delineating school districts' responsibilities under civil rights law to provide an equal educational opportunity to national origin minority group students whose English language proficiency is limited. It explained that federal law is violated if students are excluded from effective participation in school because of their inability to speak and understand the language of instruction; national origin minority students are inappropriately assigned to special education classes because of their lack of English proficiency; programs for students with limited English proficiency are not designed to teach them English as soon as possible; or parents whose English proficiency is limited do not receive school notices or other information in a language they can understand. OCR does not prescribe a specific intervention strategy or program model that a district must adopt to serve ELs, but provides guidelines to ensure that programs are serving ELs effectively. The Lau v. Nichols (1974) Supreme Court case upheld the OCR's 1970 memo, stating that if English is the mainstream language of instruction, then measures have to be taken to ensure that instruction is adapted to address those children's linguistic characteristics.

Refugee students frequently are students with limited or interrupted formal education (SLIFE). They may be covered by EL provisions and an ILP, if s/he is determined to be an EL student. A similar process for assigning students credits and courses based on prior knowledge can be used for determining which Graduation Pathways options will best suit the student.

Migrant students seeking to graduate from an Indiana school will need to meet all requirements under the Graduation Pathways.  Migrant students who are English Learners must receive all applicable ILP accommodations for all aspects of the Graduation Pathways.  Because many migrant students move to Indiana temporarily and intend to complete high school in their home state, it is essential that schools work with migrant students on an individual basis to support them as they meet graduation requirements in Indiana and/or in their home state.  For those students who stay in Indiana year-round, they will need to meet the requirements under the Graduation Pathways and may fall under the EL provisions.

For additional information, please refer to the Indiana Department of Education's English Learner Guidebook and the Office of Civil Rights' English Learner Toolkit.

**B-10.    What is the status of the waiver for the diploma?**

As stated above in B-4, Graduation Pathways are mandatory for students graduating in 2023, though students graduating prior to then can opt in to satisfy his or her graduation requirements.  It is important to note that if a student opts into Graduation Pathways prior to 2023, this student is not earning a waiver for the graduation qualifying exam, but rather satisfying different graduation requirements necessary to earn a diploma.

With regards to the waiver for graduation requirements, the current Evidence-based and Work-readiness waivers are effective until June 30, 2022.

Effective July 1, 2018, a student may receive a waiver for the Postsecondary-Readiness Competency requirements, but not the diploma criteria or employability skills requirements.  Those two components are still required for the student to graduate.

To qualify for a waiver from the postsecondary-readiness competencies, a student will have been unsuccessful in completing a postsecondary-readiness competency requirements by the conclusion of his/her senior year.   This includes:
1. A student who was in the process of completing a competency at one school that was not offered by the school to which the student transferred; and
2. A student who has attempted to achieve at least three separate postsecondary-readiness competencies.

Each attempt must be done in good faith and as a true potential demonstration of achievement.

If a student transfers from a non-accredited public school, a school out of state, or a school out of the country during his/her senior year, that student must demonstrate at least one unsuccessful attempt of a Postsecondary-Readiness Competency to qualify for a waiver.

For a student to receive a waiver, the student must:
(1) Maintain at least a "C" average, or its equivalent, throughout the student's high school career in courses comprising credits required for the student to graduate;
(2) Maintain a school attendance rate of at least 95% with excused absences not counting against the student's attendance;
(3) Satisfy all other state and local graduation requirements beyond the postsecondary-readiness competency requirements, including all diploma and employability skills requirements; and
(4) Demonstrate postsecondary planning, including:
     (A) College acceptance;
     (B) Acceptance in an occupational training program;
     (C) Workforce entry; or
     (D) Military enlistment.

Satisfying the waiver conditions will be approved by the principal of the student's school.

# C. EMPLOYABILITY SKILLS

**C-1.     Is there a common set of competencies that students need to demonstrate through this experience?**

Yes.  Students need to demonstrate the Department of Workforce Development's Employability Skills Benchmarks through either Project-based, Service-based, or Work-based Learning.  The development of a product must satisfy the five categories of employability skills:
1. Mindsets;
2. Self-Management Skills;
3. Learning Strategies;
4. Social Skills; and
5. Workplace Skills.

Schools and districts will determine how students demonstrate these skills in their evidence-based experiences. A sample rubric is included in the document for districts to adopt and modify, if desired.

Indiana's Employability Skills Benchmarks describe a set of skills recommended for success in today's competitive workforce. Formerly referred to as "soft skills," these are identified as essential, in-demand skills for all jobseekers regardless of experience or occupation. The term "soft skills" may give the appearance that these skills are of less value, but in fact they are crucial to finding employment and succeeding in the workforce. Indiana's Employability Skills Benchmarks were vetted statewide by Hoosier employers and establish a common language across all Indiana workforce sectors.

Pursuant to SEA 297, the Department of Education, in conjunction with DWD, will create interdisciplinary employability skills standards by July 1, 2019.

**C-2.     When can the Employability Skills experience occur?**

Demonstrations of employability skills may occur over the course of a student's high school career, which begins July 1 prior to the start of school and extends through September 30 post-graduation. Schools and districts choose how to structure their Employability Skills experiences based on their contexts and their students' interests.  Project-based, Service-based, or Work-based Learning can occur during the school day as an independent class or co-curricular activity, after school, and during summer or break periods. The time period can vary in length, from 3-4 weeks to a semester-long experience.  These experiences are not defined by a seat time requirement.

The key principle is that these are not short-term experiences or assignments given to students, but rather this experience is student-driven, planned, and executed over a longer period of time.  Quality, scope, and depth of the project is more crucial than quantifying the time.

**C-3.     Who can districts partner with to support these experiences?**

High-quality and rigorous Project-based, Service-based, and Work-based Learning experiences require partnerships from the community, businesses, or higher education to facilitate, substantiate, and strengthen students' experiences.  Authentic connections to the community take many shapes and forms.  Partnerships are characterized by frequent and regular communication to keep all partners well-informed about activities and progress. Partners should work collaboratively with schools to develop and implement specific goals for all partner members and individual students.

Pursuant to Family Educational Rights and Privacy Act (FERPA), schools and partnerships must ensure the protection of student confidentiality and personally identifiable information (PII).  Schools must address FERPA concerns in their policies and the annual notices they provide to parents.  It is also recommended that the school has written agreements with these partners, who would be required to assure confidentiality.  There are potential penalties for violating FERPA.

For Project-based Learning, an external expert or mentor can offer critical feedback during the formative stages of the project and serve as resource for technical information. These members of the community can also evaluate the student's project. The public presentations must include an external audience.

Below is a list of suggested partnerships for potential SBL projects. Please note this list is not exhaustive, but can serve as a starting point.

- Domestic abuse shelters
- Food pantries
- Habitat for Humanity
- Humane Societies
- Institutions of Higher Education
- Meals on Wheels
- Ministerial Associations
- Public safety groups (e.g., Police or Fire Departments)
- Senior centers
- Service organizations (e.g., Kiwanis, Rotary, etc.)
- YMCA

Schools can partner with employers in any sector, industry, or business to help facilitate a WBL program. This includes organizations, businesses, or companies in either the private or public sectors. Below are some organizations that could provide connections or opportunities for schools:

- Chambers of Commerce
- City Councils
- Economic Development Councils
- Mayor's Offices
- Libraries
- Local government institutions
- Public safety groups (e.g., Police or Fire Departments)
- Workforce Investment Boards

Schools can also conduct some WBL programs on-campus, depending on student interest (e.g., cadet teaching, internship with maintenance, or a school-based restaurant or enterprise).

**C-4.     Does the Employability Skills experience have to align to a student's career interest?**

Though it is <u>encouraged</u> that the Employability Skills experience involve an activity, project, or organization related to the student's postsecondary interests, the experience is not required to align. If a school is reporting the WBL experience under a WBL course code, it is required that the WBL be related to their CTE course pathway. Overall, the experience must allow the student to demonstrate employability skills beyond the classroom.

**C-5.     What is the time commitment required to satisfy the Employability Skills experience?**

There is not a set number of hours for an Employability Skills experience, but rather it is incumbent upon schools and districts to ensure the experience has quality, scope, and value for the student. These experiences should be sustained over a period of time and not be episodic. The importance rests with ensuring the student's experience is high-quality and rigorous and allowing him/her to demonstrate employability skills. It does not need to be tied to specific seat time, but rather the currency it will provide a student after s/he graduates.

Below are three potential approaches schools and districts could use:
1. Schools can use the structure and time commitment of a semester, trimester, block schedule, or credit.
2. DOE suggests students complete a minimum of 75-100 hours in its Work-based Learning Manual.
3. Schools can also use a personalized, competency-based learning model. This model is designing learning around mastery of transparent and challenging academic targets – in this case, the target is the Employability Skills Benchmarks. This approach allows students to be challenged to take ownership of their learning as individuals and empowered with the academic knowledge and social-emotional skills they need for the future. There is not required seat time in this approach, but encourages a varied pace based on the student's needs – allowing students to accelerate or take additional time based on their level of mastery. This model could fit well with the Employability Skills experiences. For more information, please visit KnowledgeWorks.

**C-6.     What is the student work product for Employability Skills experience?**

Students must complete a product that demonstrates DWD's Employability Skills Benchmarks. Schools can choose how students demonstrate these benchmarks through their products. This can include:

- Presentation: A public presentation of the project or service experience to members of the community. Schools may rate the student using a rubric or viva voce exam (a verbal defense of the student's thesis or project).
- Portfolio: Description and evidence of the trajectory of the project, including any milestones or benchmarks, impact on the community, and alignment to personal or professional goals.
- Letter of Employment Verification: Employer submits a letter or evidence of student's employment. Sample letters are in the Appendix.
- Reflection of Experience: Description of academic philosophy, how this experience allowed the student to demonstrate employability skills, and lessons learned from experience.
- Resume: Detailed description of activities in the appropriate format.
- Five Year Goal Plan: Plan should include educational, professional, and personal goals.
- Letters of Recommendation: General letters of recommendation (letters could be from a mentor, teacher, coach, etc.).
- Postsecondary-related Experiences: Workshops, conferences, officer positions, etc.
- Skills List: Specialized classes, hardware/software skills, technical competencies, etc.
- Work products: Videos, slideshows, projects, papers, etc.
- Certifications/Dual Credit: Include documentation of any certifications or dual credit earned related to career pathway.

This list was adapted from the Indiana Department of Education's Work Based Learning Manual and Training Plan.

**C-7.     How does a school validate a student's Employability Skills experience?**

A school validates that a student has demonstrated employability skills through a PBL, SBL, or WBL experience by evaluating the student's product and tracking the completion of the experience on the student's transcript or through the school's Student Information System (SIS).

One common form that schools may utilize to evaluate and validate a student's experience is through a rubric. An independently completed rubric will rate and give feedback on the student's product and/or experience. Sample rubrics are in the accompanying Appendix.

**C-8.     What documentation must a student provide to validate his/her Employability Skills experience?**

A student must present his/her completed product to his/her teacher of record or activity sponsor. The product (which can be anything from C-6) serves as the student's documentation.

**C-9.     How is a student's Employability Skills experience documented and tracked?**

The content-related teacher, employer, and/or activity sponsor monitors and evaluates the student's experience. Any type of teacher can evaluate the student's experience. Schools can use local systems to document a student's experience. This includes, but is not limited to:
- Indiana Career Explorer;
- Naviance;
- CourseNetworking ePortfolio;
- Slate.org;
- Scholar Track; or
- Other tracking system as determined by the school.

Currently, the following items below can be captured on the transcript:

- All courses required for the Indiana diploma
- Postsecondary-Ready Competencies
  - Honors diploma;
  - ACT and SAT scores;
  - State- and Industry-recognized Credential or Certification;
  - Career-Technical Education Concentrator (the courses for the concentrator are shown on the transcript , but the 'CTE Concentrator' designation is not); and
  - AP/IB/Dual Credit courses.

**C-10.    How will accommodations be provided for students with disabilities (e.g., IEPs and 504 plans)?**

The student's IEP must include appropriate accommodations and related services and supplementary aids and services to help the student meet all Pathway requirements, including the Employability Skills experiences. During a student's case conference, the IEP team must consider accommodations and supports that might be unique to a Pathway experience. Case conferences need to discuss accommodations necessary for students to complete out-of-classroom and/or off-site opportunities, as well as those that may occur outside of the school day, identifying the requisite accommodations and supports to assist the student in meeting the Pathway requirements. Accommodations need to be offered, regardless of when or where the opportunity occurs. The student's four-year plan and transition IEP should align with the student's Employability Skills experience.

Per Section 504 of the Rehabilitation Act, there must be equal opportunity of a qualified person with a disability to participate in or benefit from educational aid, benefits, or services. There must be equal access for all students. Students cannot be counseled toward one Employability Skills experience over the other due to disability, per Section 504.

**C-11.    Do schools need to provide transportation for students to do these activities?**

If a student's IEP or 504 Plan includes transportation as a related service, then the school must provide transportation for the student if work on the PBL/SBL/WBL experience requires the student's presence outside normal school hours or at a site other than the student's school. Even if a student's IEP or 504 Plan does not include transportation as a related service for normal school attendance, if work on the PBL/SBL/WBL experience requires the student's presence outside normal school hours or at a site other than the student's school, the CCC or multi-disciplinary team will still need to consider whether special transportation is required.

**C-12.    Can a student use a combination of the three experiences under Employability Skills?**

No. While there are some experiences that may meet multiple areas – both PBL and SBL, SBL and WBL, or PBL and WBL, a student <u>cannot</u> do a little of each to satisfy this requirement. If the experience and design principles are implemented with fidelity and are high-quality, it should offer the student's presence depth, rather than breadth, into a subject. Each should be sustained over time to allow a student a profound and meaningful experience. The scope and quality of the experience should allow the student to demonstrate the five Employability Skills Benchmarks.

**C-13.    How can a school or district get an Employability Skills experience or course not listed in the guidance document approved by the SBOE?**

This guidance document aims to clarify specific courses, activities, design principles, and opportunities that may fulfill the Employability Skills requirement for the Graduation Pathways. The courses listed below are those that lend themselves to executing the design principles of each experience, though the design principles could be incorporated into any course. Completion of the course alone does not meet the requirement; the student must have the designated experience. If an applied learning experience meets the design principles for PBL, SBL, or WBL, that experience is, for all intents and purposes, SBOE approved. If a school wants to create a new course, it should submit a nonstandard course waiver to the DOE.

# a. PROJECT-BASED LEARNING

### a-1.    What is Project-based learning (PBL)?

Project-based learning allows students to gain knowledge and skills by working for an extended period of time to investigate and respond to an authentic, engaging and complex question, problem, or challenge. The project is framed by a meaningful problem to solve or a question to answer, at the appropriate level of challenge. Students engage in a rigorous, extended process of asking questions, finding resources, and applying information. Students often make their project work public by explaining, displaying and/or presenting it to people beyond the classroom.

### a-2.    What qualifies as a PBL program or project?

High-quality PBL is grounded in crosscutting "design principles" related to what is taught, how it is taught, and how students should be evaluated.

The following information was adapted from the Gold Standard PBL: Essential Project Design Elements, an excerpt from Setting the Standard for Project Based Learning by the Buck Institute of Education.

| Design Principle | Criteria |
|---|---|
| Challenging Problem or Question | <ul><li>An engaging problem or question makes learning more meaningful for students.</li><li>The problem or question should challenge students without being intimidating.</li><li>It should be aligned with academic and/or programmatic curriculum and have clearly articulated learning goals.</li></ul> |
| Sustained Inquiry | <ul><li>The inquiry process takes time, which means a PBL experience lasts more than a few days or even weeks.</li><li>Inquiry is iterative; when confronted with a challenging problem or question, students ask questions, find resources to help answer them, then ask deeper questions – and the process repeats until a satisfactory solution or answer is developed.</li><li>Projects can incorporate different information sources, mixing the traditional idea of "research" – reading a book or searching a website – with more real-world, field-based interviews with experts, service providers, and users.</li><li>Students also might inquire into the needs of the users of a product they're creating in a project, or the audience for a piece of writing or multimedia.</li></ul> |
| Authenticity | <ul><li>A project can have an authentic context, such as when students solve problems like those faced by people in the world outside of school, and can have a real impact on others.</li><li>It can involve the use of real-world processes, tasks and tools, and performance standards.</li><li>A project can have personal authenticity when it speaks to students' own concerns, interests, cultures, identities, and issues in their lives.</li></ul> |
| Student Voice & Choice | <ul><li>Having a say in a project creates a sense of ownership in students; they care more about the project and work harder.</li><li>Students can have input and (some) control over many aspects of a project, from the questions they generate, to the resources they will use to find answers to their questions, to the tasks and roles they will take on as team members, to the products they will create.</li><li>Some students may go even further and select the topic and nature of the project itself; they can write their own driving question and decide how they want to investigate it, demonstrate what they have learned, and how they will share their work.</li></ul> |

Graduation Pathways Policy Guidance                                    November 16, 2018

| Design Principle | Criteria |
|---|---|
| Reflection | <ul><li>Throughout a project, students – and the teacher – should reflect on what they're learning, how they're learning, and why they're learning.</li><li>Reflection can occur informally, as part of classroom culture and dialogue, but should also be an explicit part of project journals, scheduled formative assessment, discussions at project checkpoints, and public presentations of student work.</li><li>Reflection on the project itself – how it was designed and implemented – helps students decide how they might approach their next project, and helps teachers improve the quality of their PBL practice.</li></ul> |
| Critique & Revision | <ul><li>Students should be taught how to give and receive constructive peer feedback that will improve project processes and products, guided by rubrics, models, and formal feedback/critique protocols.</li><li>In addition to peers and teachers, outside adults and experts should also contribute to the critique process, bringing an authentic, real-world point of view.</li></ul> |
| Public Product | <ul><li>A "product" can be a tangible thing, or it can be a presentation of a solution to a problem or answer to a driving question.</li><li>This is a required aspect of any true PBL experience.</li></ul> |

PBL ideas can be found at the Buck Institute of Education's Project Search.  Below are two examples of high-quality PBL:

---

*For example:*

*IB Extended Essay: The extended essay is an in-depth study of a focused topic chosen from the list of available Diploma Programme subjects for the session in question. This is normally one of the student's six chosen subjects for those working toward the IB diploma, or a subject that a course student has a background in. It is intended to promote academic research and writing skills, providing students with an opportunity to engage in personal research in a topic of their own choice, under the guidance of a supervisor (an appropriately qualified member of staff within the school). This leads to a major piece of formally presented, structured writing, in which ideas and findings are communicated in a reasoned and coherent manner, appropriate to the subject chosen. It is mandatory that all students undertake three reflection sessions with their supervisor, which includes a short, concluding interview, or viva voce, with their supervisor following the completion of the extended essay. An assessment of this reflection process is made under criterion E (Engagement) using the Reflections on planning and progress form.*

*Key features of the extended essay:*

*The extended essay is a piece of independent research on a topic chosen by the student in consultation with a supervisor in the school.*

*It is presented as a formal piece of sustained academic writing containing no more than 4,000 words accompanied by a reflection form of no more than 500 words.*

*It is the result of approximately 40 hours of work by the student.*

*Students are supported by a supervision process recommended to be 3–5 hours, which includes three mandatory reflection sessions.*

*The third and final mandatory reflection session is the viva voce, which is a concluding interview with the supervising teacher.*

---

> **For example (continued):**
> *Senior Experience Capstone: An independent study program in which students directly apply what they have learned in school to a project that may range from a career interest to a hobby to something they would like to learn more about. The project is intended to be a student-led learning experience with set guidelines and milestones along the way. Students are required to demonstrate their knowledge and expertise through a product/process, a paper, a presentation, and/or a portfolio. Each student has a mentor and faculty advisor for further support. The capstone project allows students the opportunity to consolidate and showcase their learning from their high school careers into a meaningful and relevant experience. It is also their venue to connect with the world outside of school and demonstrate their employability skills.*

### a-3.   What experiences do **not** qualify as PBL?

Keep in mind that PBL is not the same as "doing a project." As well, projects are not the same as PBL, because they are not the main objective of the unit or course. Most projects are not used as the method of instruction in the regular classroom or school program. They are not the primary vehicle for addressing content standards. They are supplemental to traditional units; PBL typically replaces a traditional unit or acts as a major part of a unit and are aligned with the state's academic standards for a particular course.

The following information was adapted from What Project Based Learning is Not from the Buck Institute for Education.

| Projects | vs. | Project-based learning |
|---|---|---|
| Supplemental to a unit | | The project is a major vehicle for teaching content standards |
| Task is based on following directions from the teacher and is repeated year after year | | Task is open-ended and involves student voice and choice; often differs from year to year |
| Typically done individually | | Typically done in collaboration with a team or outside partners, but can done individually |
| Done independently, often as homework | | Done with teacher guidance, much of it during school hours |
| Focused on the product | | Includes a sustained inquiry process |
| Not authentic to the real world or to students' lives | | Authentic to the real world or to student's lives, or both |

Below are some of the many examples of assignments or activities that are sometimes called "projects" that, although they may have a legitimate place in the classroom, are <u>not</u> PBL:

- **"Dessert" projects**: at or near the end of a traditionally taught unit, these projects typically involve making something tangible. Dessert projects are typically not used to assess student learning, but to provide a "hands-on" experience.

- **"Side dish" projects**: this kind of project is similar to a dessert project but occurs during a traditionally taught unit, or outside the bounds of units altogether. The teacher might ask students to choose a topic and conduct research, then (usually) present it to the class, to provide an "extension" of what is being covered in the class. The goals are similar to those of a dessert project, but with more emphasis on giving students a chance to study a topic in depth, with some degree of choice.

- **"Buffet" projects**: Some teachers design units in which students experience a number of varied activities, most of which are hands-on and fun, as well as educational. The activities are united by a common theme, time, or place. Some of the activities may be called projects, and students sometimes get to choose which ones they do or what topics to pursue – much as they'd choose food items at a buffet dinner, except all the choices are desserts or side dishes! These "buffet" projects are often very impressive in their complexity

and student engagement level, but the goals of buffet projects are similar to those of dessert or side dish projects: engage students and enrich the basic content of the unit.

- **End-of-unit performance assessments or applied learning tasks**: Teachers sometimes ask students to demonstrate what they have learned as the culmination of a unit and call the effort a "project." It could be an individual or group task, and it could take many forms. Students might solve a problem to solve or answer a question through a written product or a presentation; design and create a tangible object or a performance; or conduct a scientific investigation. The goal of such projects is mainly to assess student learning, and sometimes to allow students to experience a hands-on, enjoyable activity.

**a-4.    Can courses count towards the PBL requirement?**

Students may satisfy the PBL requirement by enrolling and completing the currently available courses in the DOE course catalog identified below. The courses, however, must meet the PBL design principles and include a student product (see C-6 for information related to a student product) to fulfill the employability skills experience.

Incorporating the design principles into the following courses may satisfy the PBL requirement:

- 3D Computer Animation and Visualization
- Advanced Manufacturing II
- Aerospace Engineering (PLTW and non-PLTW)
- AP Capstone
- Architectural Drafting and Design II
- Cambridge International Global Perspectives and Research
- Civil Engineering and Architecture (PLTW and non-PLTW)
- Computer Integrated Manufacturing (PLTW and non-PLTW)
- Computer Science I
- Computer Science: Special Topics
- Computer Science: Informatics
- Digital Electronics (PLTW and non-PLTW)
- Energy Industry I and II
- Engineering Design and Development (PLTW or non-PLTW)
- Entrepreneurship and New Ventures Capstone
- Environmental Studies
- Humanities
- IB Extended Essay
- IB Personal Project
- IT Support Capstone
- PLTW Biomedical Innovation
- PLTW Medical Interventions
- Robotics and Innovation
- Science research, independent study
- Technology Enterprises
- Topics in History
- Topics in Social Science

Many AP courses could contain a PBL experience, depending on the chosen method for instructional delivery.  College Board offers some models and examples of what PBL in an AP course looks like in practice.  Please refer to their website.

Enrollment in one of AP, IB, or CI courses can also serve as one of the three courses under the postsecondary-ready competency requirement.  See D-26 for additional information.

**a-5.    Can this be a group project?**

Yes.  PBL can be conducted either individually or in groups; it is contingent upon both the student and the school. Often, high-quality PBL has collaboration between students and with the community.  The project, however, must meet the design principles set forth and must allow each person to have a meaningful experience. The Indiana Department of Education will provide resources on how to balance "collaborative grades" and "individual grades" in a collaborative setting.

# b. SERVICE-BASED LEARNING

### b-1.    What is Service-based learning (SBL)?

Service-based learning integrates meaningful service to enrich and apply academic knowledge, teach civic and personal responsibility (and other employability skills), and strengthen communities.

SBL can be classified by three core indicators:
1.  Integrating academic study with service experience;
2.  Reflecting larger social, economic, and societal issues; and
3.  Collaborating efforts between students, schools, and community partners.

### b-2.    What qualifies as a SBL program?

SBL experiences address complex problems in real settings, rather than simplifying a problem or isolating it in a classroom setting.  The experience must promote deeper learning for the student beyond the classroom that builds leadership skills, such as teamwork, communication, problem solving, critical thinking, and citizenship.  SBL should be solution-oriented for the school, students, and community.  These experiences can be as diverse as the communities they serve; the scope can involve classrooms, entire schools, or organize the work of whole school districts.

SBL teaches students civic skills, creates partnership between schools and their communities, and bridges academics and citizenship.  Service-learning is an approach to teaching and learning in which students use academic knowledge and skills to address genuine community needs.

The principles were adapted from the National Youth Leadership Council's K-12 Service-Learning Standards for Quality Practice.

| Design Principles | Criteria |
|---|---|
| Meaningful Service | <ul><li>Age-appropriate</li><li>Personally relevant</li><li>Participants understand societal issues being addressed</li><li>Leads to attainable and visible outcomes</li></ul> |
| Link to Curriculum | <ul><li>Clearly articulated learning goals</li><li>Aligned with academic and/or programmatic curriculum</li><li>Transferability of knowledge and skills beyond the classroom to real-world settings</li><li>Formally recognized in student records</li></ul> |
| Reflection | <ul><li>Includes verbal, written, artistic, nonverbal activities to demonstrate understanding, knowledge, skills, and attitudes</li><li>Occurs before, during, and after experience</li><li>Prompts deep thinking about complex problems and alternative solutions</li><li>Examinations of the role of citizens in society</li><li>Examinations of social and civic issues related to public policy and civic life</li></ul> |
| Diversity | <ul><li>Identify and analyze different points of view</li><li>Develop interpersonal skills in conflict resolution and decision-making</li><li>Value diverse backgrounds and perspectives</li></ul> |
| Youth Voice | <ul><li>Participant engages in planning, implementation, and evaluation processes</li><li>Participant engages in decision-making process</li><li>Contributes to an environment of trust and open expression of ideas</li></ul> |

| Design Principles | Criteria |
|---|---|
| Partnerships | - Involves a variety of partners, including youth, educators, families, community members, community-based organizations, and/or businesses<br>- Partnerships are characterized by frequent and regular communication to keep all partners well-informed about activities and progress<br>- Partners collaborate to establish a shared vision and set common goals to address community needs<br>- Partners share knowledge and understanding of school and community assets and needs, and view each other as valued resources |
| Progress Monitoring | - Participants collect evidence of progress toward meeting specific service goals and learning outcomes from multiple sources throughout the SBL experience<br>- Participants collect evidence of the quality of implementation from multiple sources throughout the SBL experience<br>- Participants use evidence to improve service-learning experiences |
| Duration and Intensity | - Includes the processes of investigating community needs, preparing for service, action, reflection, demonstration of learning and impacts, and celebration<br>- Conducted during concentrated blocks of time across a period of several weeks or months<br>- Service-learning experiences provide enough time to address identified community needs and achieve learning outcomes |

**b-3.   What experiences qualify as SBL?**

SBL is a flexible method of teaching and learning that applies academic and real-world skills to create meaningful, youth-led experiences with community partnerships. The goal of SBL is to empower youth to become engaged in their personal, social, and working lives. There are three types of SBL experiences, all having the goal of applying academic learning to real-world settings and benefitting the community.

1. <u>Direct SBL</u>.  This brings the student face-to-face with those they serve in the community.  Examples include mentoring younger students, tutoring peers, creating an oral history of nursing home residents, or serving meals at a homeless shelter.

2. <u>Indirect SBL</u>.  Students work on a cause or group that does not necessarily put them into contact with those they serve.  Rather, the focus is on channeling resources to a problem, not working directly with people in need.  Examples include organizing a food or toy drive for disadvantaged families, planning a fundraiser for a nonprofit, or implementing a community landscape project.

3. <u>Advocacy</u>.  This is a kind of activism on behalf of a specific cause or issue.  Students use their voices and talents to eliminate the causes of specific problems or raise awareness of a social problem.  Examples include organizing a campaign at the high school or promoting a specific program.

It is important to note that some SBL experiences may include components that 'fit' into more than one of these types.  According to the Buck Institute for Education, SBL can (and should) look a lot like PBL.  Both forms of applied learning invite students to explore their own interests; ask relevant and meaningful questions; engage in prolonged inquiry, research and reflection, assessment and feedback; and ask students to create something that is of service to the world and share it with an authentic audience. Buck Institute says there is a sweet spot of essential elements between PBL and SBL – both place similar importance on significant content, youth voice and choice, reflection, and in-depth inquiry. The Buck Institute advocates that by using both PBL and SBL pedagogies, teachers can create experiences that connect students deeply to their communities, while increasing motivation, engagement and meaning.

Below is a list of potential issues for SBL projects.  Please note this list is not exhaustive, but can serve as a starting point:

- Bullying prevention
- Career development
- Civic engagement
- Community development
- Community gardens
- Days of service (Global Youth Service Day, Martin Luther King, Jr. Day, etc.)
- Disaster services
- Diversity and cultural awareness
- Dropout prevention
- Economic opportunity and development
- Education
- Environmental stewardship
- Health and wellness
- Historic preservation
- Homelessness
- Human rights
- Hunger
- Immigrant and migrant populations
- Intergenerational disparities
- Justice
- Mentoring
- Peace
- Pregnancy prevention
- School climate
- Substance abuse prevention
- Tutoring
- Veterans and military families
- Violence prevention
- Voting

NYLC and other service-learning organizations offer many helpful publications. Visit the Generator School Network for access to publications and videos designed by NYLC to turn service-learning research into practice. The GSN is also home to the National Service-Learning Clearinghouse, which offers thousands of free online resources for K-12.

Below is a list of example SBL projects from the National Service-Learning Clearinghouse.  This is not an exhaustive list, but can serve as a starting point for potential ideas and projects:

*For example:*

*High school student athletes create a Youth Sports Clinic with younger children. For consecutive Fridays, the class high school students met and went through all of the planning for this event. Children in grades K-5 had the opportunity to participate in softball, baseball, volleyball, tennis, football, cheerleading, soccer, field hockey, basketball, golf, and track and field. Each student also received healthy snacks and a complimentary t-shirt. Planning for this event included: advertising, developing a map and strategy for clinic participation, equipment management, as well as teaching age appropriate skills and drills.*

*Student members of Amnesty International form their own speakers' bureau to make presentations to classes and assemblies at schools in the area. They give presentations and have accompanying service projects Human Rights Day, International Children's Day, and International Women's Day.*

*In Louisiana, students started restoring a local watershed because they wanted to take their learning outdoors. Eventually, their stewardship efforts convinced the city to create a new park, complete with outdoor classroom, where students now teach others how to preserve and protect their wetlands.*

*Advanced math students offer their analytical skills to community-based organizations that need help analyzing outcome data, designing surveys, or making information more accessible by turning raw data into visualizations. Students not only have a chance to apply abstract math concepts to real-world problems, but enjoy being treated as experts by adults.*

*For a physical education project, students designed and led a series of community health events that motivated adults in their neighborhood to get moving and eat healthier.*

*For example (continued):*

*Students create an art program consisting of mini-lectures and hands-on activities and implement the program in local K-12 classrooms or the local Boys/Girls Club.*

*Early in the year, groups of students select a particular social issue (issues ranged from AIDS in Africa, to Miami's civil rights movement, to Social Security). Students investigate the issue, and their research provides the basis for an interview that is conducted with local volunteers and/or community activists. At the same time, students gather documents (e.g., newspaper articles, historical images) related to their issue. Research findings, videotapes of the interviews, and excerpts of documents are woven into a documentary, and the documentaries are refined and presented at a culminating event that includes students, teachers, interview subjects, senior citizens, district administrators, and the district's service-learning staff. Students begin their presentations by acknowledging what they learned from the interview subjects and their project. At the end of the presentations, students donate their videos to an archive in the library for community use.*

*Students plan, organize, and administer the Teen Topics Program. This program was a five part presentation addressing issues such as - Living with HIV/Aids, Internet Safety, Cultural Diversity, Communicating with Adults, and Healthy Relationships and Dating. The program was presented to middle school students after school.*

*IB Students in grades 9 and 10 may choose to engage in the community project. The community project focuses on community and service, encouraging students to explore their right and responsibility to implement service as action in the community. The community project gives students an opportunity to develop awareness of needs in various communities and address those needs through service learning. As a consolidation of learning, the community project engages in a sustained, in-depth inquiry leading to service as action in the community. The community project may be completed individually or by groups of a maximum of three students. These projects are student-centered and age-appropriate, and they enable students to engage in practical explorations through a cycle of inquiry, action and reflection. Schools ensure that all staff, parents, and students understand the central importance of the community or personal project, its aims, objectives and assessment criteria. Detailed guidelines on the aims, objectives, organization, and assessment of the projects are provided in the Community Projects guide.*

*High school students experienced a need-to-know about the subject of modern-day slavery after reading a novel called Sold, which describes the lost childhood of a girl who was trafficked. Using their literacy and technology skills for an authentic purpose, they created a social-media campaign to raise awareness of the topic of modern slavery.*

*Students developed a short community survey asking middle school students and community members to identify the top five problems facing their neighborhood and community. The students identified multiple problems and narrowed their interests down to two: helping children who were in the foster child system due to abuse or neglect or helping young people avoid underage drinking. Students engaged in a dialogue about what to do and what they could best affect in the time they had available within the school year. They decided to see what they could do for foster children. The students found out that the children often were rescued in the evening or night time and removed from the setting with only the clothes they were wearing, so in the new setting, they had only used clothing and little of their own. The students decided that the foster children needed to have their own things, so they developed a service project to collect used suitcases to give to the workers who rescued the children. In addition, they collected stuffed animals and storybooks, and raised money to buy t-shirts and other clothing of various sizes.*

**b-4.    What does 'meaningful service' mean?**

The key quality to SBL that separates it from volunteering or service is that students learn while conducting their service by developing ownership of the project.  Meaningful service engages students by allowing them to plan, organize, implement, participate, and evaluate their experience.  Rigorous projects are student-driven throughout the planning, participation, and evaluation phases.

Meaningful service experiences also allow students to apply their learning and employability skills to their projects and with various partners.  Students are not merely participating in a one-off volunteer experience or activity, but are able to showcase their multitude of employability skills and apply their learning through a project that helps them develop personally, socially, and academically.

**b-5.    Can this be a group project?**

Yes.  SBL can be conducted either individually or in groups.  The project, however, must meet the design principles set forth and must allow each person to experience meaningful service.

**b-6.    What about volunteering or community service?**

Ongoing volunteering or community service can meet the requirements for SBL. However, SBL is not merely tracking hours of service. Well-designed SBL experiences offer students a range of benefits. According to the Corporation for National and Community Service, youth stand to gain from service in three broad areas: academic engagement and achievement, civic attitudes and behavior, and social and personal skills.

The chart below helps delineate the differences between service, learning, and SBL. These examples demonstrate how service and learning construct SBL.

| Service | Learning | Service-based Learning |
|---|---|---|
| Picking up trash along a river bank | Looking at water samples under a microscope | Science students meeting academic standards by taking samples from local water sources, then analyzing samples, documenting the results, presenting the scientific information to a pollution control agency and reflecting on the impact these results may have on future pollution control issues and our own |
| Planting flowers at a local park | Studying erosion | Studying native grasses and working with master gardeners to control erosion at a local park |
| Donating food to a local food bank | Studying world hunger in an environmental science class | Working with a social services agency to learn about the percentage of local elementary students identified as below the poverty line and establishing a "Backpack Program" to advertise for and organize weekend food donations to be distributed anonymously to those students |
| Volunteering to tutor students in English | Studying various cultures in a geography or history class | Participating in a global literacy campaign, such as In Our Global Village, where students from around the world write books about their local community, including interviews and photographs, and publish them. |
| Volunteering at a nursing home | Practicing interviewing skills for a speech class | Interviewing elderly residents of a nursing home for an oral history project and donating those recordings and transcripts to a local state museum |
| Volunteering at a homeless shelter | Studying US history and/or government | Looking at historical, governmental, and economic factors of homelessness and home ownership in conjunction with volunteering |

**b-7.     What about school involvement, such as sports and co-curricular and extracurricular activities?**

For Graduation Pathways, SBL <u>can</u> include school involvement, such as co-curricular or extracurricular activities or sports.  Students must be engaged in these activities <u>meaningfully</u>, as well as complete a student work product and have school validation. Schools and districts have the local decision making authority if club sports or activities outside-of-school can fulfill this requirement, with the qualification of a student work product (per C-6) and school validation (per C-8).

Similar to meaningful service, meaningful engagement expands beyond mere participation in an activity.  Students must own the experience, which can be demonstrated through planning, organizing, implementing, participating, and evaluating the activities, objectives, events, and/or practices of their sport and co-curricular and extracurricular programs.

The sport, co-curricular, or extracurricular activity <u>cannot</u> be something students just participate in because they are required to do so.  Simply signing up for an activity or participating once does not satisfy this requirement. These activities should involve active participation or leadership over a sustained period of time.

The following extracurricular activities have service as one of their primary objectives.  These allow students to be engaged both in a school-based activity and meaningful service:

- 4-H
- Beta Club
- Big Brothers/Big Sisters
- Distributive Education Clubs of America
- Eagle Scouts
- Family, Career, Community Leaders of America
- Future Farmers of America
- Health Occupation Students of America
- Key Club
- Peer Educating Peers (P.E.P)
- SkillsUSA
- Students Against Destructive Decisions
- Student Council/Student Government
- VOICE

**b-8.     What experiences do <u>not</u> qualify as SBL?**

SBL emphasizes students' learning and is sustained over time, rather than just a one-time activity.  As well, experiences excluding students from engaging meaningfully or providing meaningful service do not qualify as SBL. The teacher, counselor, principal, school, and district have the responsibility to ensure that each experience is meaningful for the student, adheres to the design principles, and is high-quality.

According to the U.S. Government's Corporation for National and Community Service, SBL is <u>not</u>:

- A stand-alone volunteer event;
- A stand-alone unit or activity within a curriculum;
- Compensatory service assigned as a form of punishment;
- A proselytizing experience;
- Teacher- or school-mandated experience (the experience must be decided by the student);
- A paid experience; or
- A one-sided experience, benefitting only students or only the community.

| Non-SBL Project | vs. | SBL Project |
|---|---|---|
| A student completing a walk-a-thon or walking/running in a charity race | | A student plans, organizes, and executes a walk-a-thon |
| A school mandating all students participate in the same activity (e.g., a day of service), extracurricular, or sport | | Students must have voice and choice in their project, activity, opportunity; each student should have a unique, meaningful experience |
| A student donating canned goods, clothes, or other items | | This is one component of a larger service project focused on poverty |

| **Non-SBL Project** | **vs.** | **SBL Project** |
|---|---|---|
| A student only signing up for an extracurricular activity or sport | | A student should be meaningfully involved and engaged in the activity through ongoing participation, contribution, and potential leadership roles |
| A student completing an activity for money | | SBL never includes a paid experience |
| A student volunteering one time | | Any service experience must be sustained over time and cannot be singular in nature |

**b-9.    Can courses count towards the SBL requirement?**

Students may satisfy the SBL requirement by enrolling and completing the currently available courses in the DOE course catalog identified below. The courses, however, must meet the SBL design principles and include a student product (see C-6 for information related to a student product) to fulfill the employability skills experience.

Incorporating the design principles into the following courses may satisfy the SBL requirement:

- Community Service
- CTSO Leadership
  (Note: Can only be offered at schools with officially registered CTSO chapters and must be taught by the registered Advisor of that CTSO Chapter. Students MUST be members of the state and national CTSO.)
- Human and Social Services I and II
- IB Approaches to Learning I and II
- IB Creativity, Activity, Service (CAS) Projects
- Peer Tutoring
- JROTC

**b-10.   What about the 'at least one academic year' for co-curricular or extracurricular activities or sports in the policy?**

For school-based activities engaged outside of the classroom, the provision for participation of 'at least one academic year' can serve as a guide for the time commitment outside of the classroom necessary to engage meaningfully.  While some activities may not extend for an entire year, the important aspect of this is that a student is meaningfully engaged in an activity from beginning to completion. Similar to other qualitative components of these experiences, schools and districts validate a student's time commitment (per C-5).

# c. WORK-BASED LEARNING

### c-1.      What is Work-based learning (WBL)?

Work-based learning (WBL) is a strategy to reinforce academic, technical, and social skills learned in the classroom through collaborative activities with employer partners. Work-based learning experiences allow students to apply classroom theories to practical problems, to explore career options, and pursue personal and professional goals.

WBL includes activities that occur in workplaces and involve an employer assigning a student meaningful job tasks to develop his or her skills, knowledge, and readiness for work. It supports entry or advancement in any particular career field and can serve as the culminating course or event in a student's chosen career pathway.  Through WBL, students have the opportunity to apply the concepts, skills, and dispositions learned in previous coursework in real-world business or industry settings.

### c-2.      What qualifies as a WBL program?

This information was adapted from the National Governors Association's State Strategies to Scale Quality Work-Based Learning.

There are four design principles for defining and identifying WBL programs:
1. Clear Work-Based Learning Partnership Agreement and Plan
   - Clear articulation of projected learning outcomes, assessments, and how/where this learning will occur (at work site, in structured learning component, etc.).
   - Identification of career pathway aligned with work experience, interests and demand.
   - Detailed description of terms and expectations of work experience, including duration, compensation, and participant expectations.
   - Detailed description of partner expectations and roles, including financial investments, supports provided, and staffing requirements.

2. Authentic Work Experience Component
   - Participant performs job at relevant worksite, with performance expectations based on employer's workforce needs.
   - Employer and partner organizations provide support and supervision of participants, including on-the-job mentoring and real-time feedback on performance.

3. Structured Learning Component
   - Participant engages in regular, structured learning aimed at enhancing knowledge, skills and abilities.
   - Learning activities are tied to work experience skills and employability skills.
   - Learning component has clearly articulated outcomes (skills, credentials) associated with successful completion.
   - Learning outcomes are aligned with career pathway opportunities.

4. Culminating Assessment and Recognition of Skills
   - Employer partners complete assessment of student experience in the WBL program.
   - Participants' skills, learning outcomes, and subjective experiences in the WBL program are assessed.
   - Participants' success, as demonstrated through the assessments and any credential attainment, are officially recognized and documented.

Graduation Pathways Policy Guidance                                       November 16, 2018



## Clear Work-based Learning Partnership Agreement
A **clear** articulation of the work-based learning partnership between the participant, the educational institution or intermediary organization, and the sponsoring employer. The agreement describes terms and expectations of the experience, including learning objectives aligned with a career pathway, duration, and the financial or educational compensation afforded to the participant.

**Authentic Work Experience Component**
Participant engages in an **authentic** work experience that is of value and relevant to the sponsoring employer partner(s) workforce needs. Participant is supervised and mentored in the completion of assigned tasks and projects.

**Structured Learning Component**
Participant engages in **structured** learning activities to enrich and enhance knowledge, skills, and abilities. That includes curricula linked to the sponsoring employer's skills needs and the concepts participants encounter in the workplace.

**Culminating Assessment and Recognition of Skills**
The experience culminates in an assessment to gather sponsoring employer feedback and garner formal **recognition** of participants' learning and acquired skills. A partner educational institution or third party intermediary organization carries out the assessment to ensure that recognition is aligned with the attainment of a credential or progress along a career pathway.

**c-3.     What experiences qualify as WBL?**

There are several models of WBL.  A school may choose to use a single model or multiple models, depending on a student's pathway and career objectives.

These definitions were adapted from Jobs For the Future's Making Work-based Learning Work and the Indiana Department of Education's Work Based Learning site.

The models are:

| WBL Model | Description |
|---|---|
| **Registered Apprenticeship** | • Intensive work-based learning experience that generally lasts from one to six years and provides a combination of on-the-job training and formal classroom instruction.<br>• Intended to support progressive skill acquisition and lead to postsecondary credentials and, in some cases, degrees.<br>• Involve 2,000 to 10,000 on-the-job hours.<br>• Qualifies for both WBL and postsecondary-ready competency due to both demonstration of employability skills and acquisition of postsecondary credentials.<br>• Students 16-years-old or older may qualify for an apprenticeship.<br>• Per the Indiana General Assembly, any apprenticeship program must be registered under the federal National Apprenticeship Act (29 U.S.C. 50 et seq.) or another federal apprenticeship program administered by the U.S. Department of Labor. |
| **Pre-Apprenticeship/ Youth Apprenticeship** | • An apprenticeship program that has waived some of the entry requirements or pre-requisites for a student who, when he or she turns 18, enters a registered apprenticeship program.<br>• Registered Apprenticeships may knock off 6 months or a year of their required apprenticeship training if a student completes a pre-apprenticeship program. |
| **Cooperative** | • Links academic programs with structured work experiences through which participants acquire professional and technical skills.<br>• Participants earn academic credit for work carried out over a period of time under the supervision of a professional mentor.<br>• Federal and state student employment and cooperative education laws must be followed. |

| WBL Model | Description |
|---|---|
| Internship | • Provides participants with an opportunity to learn about career or industry by working for an employer in the field of interest over a period of time.<br>• A form of experiential learning, often tied to a program of study, which enables participants to gain applied experience, build professional and technical skills, and make connections in a field of interest. |
| On-the-job training | • Workplace-based opportunity for participants to develop career-track skills needed for entry to a particular industry or advancement along a career track.<br>• May be incorporated in cooperative models. |
| School-based enterprise | • An entrepreneurial operation in a school setting that provides goods/services to meet the needs of the market.<br>• Managed and operated by students as work based learning experiences. |
| Employment | • Paid, workplace-based opportunity or occupation. |
| Additional recognized WBL options | • Governor's Work Ethic Certificate.<br>• Jobs for America's Graduates (JAG).<br>• JROTC.<br>• Extended Labs or Field Experiences. |

**c-4.      Can courses count towards the WBL requirement?**

If a WBL experience is embedded in a CTE course, there must be 30a Form verifying it entered into InTERS.  The courses, however, must meet the WBL design principles and include a student product (see C-6 for information related to a student product) to fulfill the employability skills experience.

The Department of Workforce Development encourages schools to embed WBL in the instruction and courses that are high value CTE courses (per the CTE Report).  Embedding WBL into high value courses can allow for meaningful and valuable experiences for students.  If WBL is embedded into a CTE course and is not a standalone class (e.g., Work Based Learning Capstone, Health Science), the WBL experience does not need to be paid.

Pursuant to new requirements enacted by the Indiana General Assembly during the 2018 Regular Session, the WBL capstone courses (e.g., Work Based Learning Capstone, Multiple Pathways) that receive CTE grant funding in the form of tuition support (each course is funded at $150) must now include the following components:
1.   An employment relationship,
2.   Paid work experience, and
3.   Corresponding classroom instruction.

Students in these capstone courses must be paid by their employers in a manner consistent with all state and federal labor laws (e.g., hourly rate and at least minimum wage).  All students participating in a WBL experience should complete a work permit.

Like the WBL capstone courses, registered apprenticeships also must adhere to the components above regarding an employment relationship, paid work experience, and corresponding classroom instruction.  These apprenticeships may also be eligible to receive funds through the Workforce Innovation and Opportunity Act.

WBL experiences that do not receive direct CTE tuition support – such as WBL experiences embedded into CTE courses – are not required to include the aforementioned components.

Students may satisfy the WBL requirement by enrolling and completing the currently available courses in the DOE course catalog identified below. The courses, however, must meet the WBL design principles and include a student product (see C-6 for information related to a student product) to fulfill the employability skills experience.

Incorporating the design principles into the following courses may satisfy the WBL requirement:

- Advanced Manufacturing I and II
- Automotive Collision Repair I and II
- Automotive Services Technology I and II
- Aviation Flight
- Aviation Maintenance I and II
- Aviation Operations
- Banking and Investment Capstone
- Building and Facilities Maintenance I and II
- Building and Facilities Management I and II
- Cadet Teaching
- Career Exploration Internship
- Commercial Photography
- Construction Trades I and II
- Construction Trades: Electrical I and II
- Construction Trades: Heavy Equipment I and II
- Construction Trades: HVAC I and II
- Cosmetology II
- Criminal Justice I and II
- Culinary Arts and Hospitality I
- Culinary Arts and Hospitality II: Culinary Arts
- Culinary Arts and Hospitality II: Hospitality Management
- Computer Science III: Databases
- Computer Science III: Software Development
- Dental Careers I and II
- Diesel Service Technology I and II
- Early Childhood Education I and II
- Education Professions I and II
- Electronics and Computer Technology I and II
- Emergency Medical Services
- Fashion and Textiles Careers I and II
- Fire and Rescue I and II
- Graphic Design and Layout
- Graphic Imaging Technology
- Health Science Education I
- Health Science Education II: Athletic Training
- Health Science Education II: Medical Forensics
- Health Science Education II: Nursing
- Health Science Education II: Pharmacy
- Health Science Education II: Physical Therapy
- Health Science Education II: Special Topics
- Housing and Interior Design Careers I and II
- Industrial Automation and Robotics I and II
- Industrial Technical Maintenance I and II
- Information Technology Support
- Interactive Media
- Interdisciplinary Cooperative Education
- Landscape Management I and II
- Marketing in Hospitality and Tourism
- Mechanical Drafting and Design I and II
- Networking II: Servers
- Nutrition Science Careers I and II
- Precision Machining I and II
- Radio and Television I and II
- Recreational and Mobile Equipment I and II
- Residential Property Management Careers I and II
- Supply Chain Management and Logistics
- Sports and Entertainment Marketing
- Supervised Agricultural Experience
- Tractor/Trailer Operation
- Veterinary Care I and II
- Warehouse Operations and Materials Handling
- Welding Technology I and II
- Work Based Learning Capstone, Multiple Pathways
- Work Based Learning Capstone, Advanced Manufacturing and Engineering
- Work Based Learning Capstone, Business and Marketing
- Work Based Learning Capstone, Family and Consumer Sciences
- Work Based Learning Capstone, Health Services
- Work Based Learning Capstone, Trade and Industry

**c-5.    What about employment outside of school?**

Employment outside of school can satisfy the WBL experience. It can occur during summer, after-school, or on the weekend.  Schools must validate these experiences with the employer.  In order for a student to use his/her employment outside of school to satisfy the WBL experience, there must be a student work product (see C-6) and sign-off from the employer.  This can be a letter of support or an employment verification letter.  Please see the Appendix for examples.

**c-6.      What type of employment counts towards WBL?**

Any type of employment can count towards WBL, as long as it satisfies the program criteria and allows the student to demonstrate employability skills.  In the Appendices are examples of potential resources school may use to validate employment outside of school.

**c-7.      For how long does a student need to be employed to satisfy the WBL requirements?**

This is determined locally by schools and districts to ensure a student had a high-quality, rigorous, and meaningful work experience and was able to demonstrate Employability Skills.  Please see C-4 for additional information.

# D. POSTSECONDARY-READY COMPETENCIES

**D-1.    Do students need to complete all the Postsecondary-Ready Competencies (PRC) from the Graduation Pathway policy options to graduate?**

No. A student only needs to complete <u>one</u> of the options listed.  However, a student may pursue or complete multiple PRCs, if desired.

**D-2.    Does a school need to offer all Postsecondary-Ready Competency options?**

No.  However, schools are encouraged to offer as many PRC options as possible so students have many avenues to demonstrate their postsecondary readiness.  Schools are also encouraged to offer diverse PRC options to students. An example of a diversity of options might include two assessment options (e.g., ACT and ASVAB) and two non-assessment options (e.g., state- and industry-recognized credential and dual credit courses).

**D-3.    What are the current college-ready benchmarks for the SAT and the ACT?**

The college-ready benchmarks are set by the ACT and College Board for the SAT.

For the 2017-18 school year, the college-ready benchmarks are:
- SAT: 480 in Evidence-Based Reading and Writing (ERW) and 530 in Math
- ACT: 18 in English, 22 in Reading, 22 in Math, and 23 in Science

**D-4.    When do schools need to offer the SAT or ACT?**

Per statute, any nationally recognized college entrance exam offered as a Graduation Pathway requirement must be given to students at the school and during the normal school day.  If a student, however, takes either test outside of the school day (e.g., on a Saturday), the student can use that score to complete the PRCs, effective with the class of 2023.

**D-5.    When do the College Board and ACT change the college-ready benchmarks?**

College Board and ACT may change the college-ready benchmarks based on national trend data.  The College Board does not update these benchmarks annually and does not have a set schedule for updating the benchmarks at this time.  ACT last updated its college-ready benchmarks in 2013.  The organization will likely reexamine the benchmarks in the next 2-3 years, however, nothing has been officially scheduled.

If and when the college-ready benchmarks change, a student must meet the benchmark that was established at the time s/he took the assessment.

**D-6.    Does a student need to earn the combined SAT ERW/Math score or the individual benchmarks for each section?**

If the student intends to use his/her SAT score to meet the postsecondary-ready competency of Graduation Pathways, a student must earn the minimum <u>ERW</u> and <u>Math scores</u> on the SAT to satisfy this requirement.  For ERW, the score must be a minimum of 480; for Math, the score must be minimum of 530.

**D-7.    Does a student need to earn all four scores on the ACT?**

A student must earn the college-ready score in <u>two</u> of the four subjects – in Reading <u>or</u> English AND Math <u>or</u> Science.

> **For example:**
> A student must earn scores of 18 in English *or* 22 in Reading     *AND*     22 in Math *or* 23 in Science.

**D-8.    How many times can a student take the SAT or ACT?**

For the SAT or ACT Graduation Pathways, a student can take the assessment as many times as needed or desired in order to reach the college-ready benchmark. This includes administrations of the assessment outside of the school day and on weekends. Students (and parents) may determine how many times to take the test.

Beginning in 2021-22, a nationally recognized college entrance exam will be used for school accountability. For accountability purposes, students only take the assessment one time, similar to the administration of ISTEP. However, for the purposes of meeting this Graduation Requirement, the student can take an exam as many times as needed to reach the college-ready benchmark.

**D-9.    Can students use 'superscores' on either the SAT or ACT to meet the college-ready benchmarks?**

Yes. Schools and districts can superscore students' scores on either the SAT or ACT. Superscoring allows for consideration of students' scores across all the dates a student took the SAT or ACT, rather than confining the students' scores to one particular date. Due to differing psychometrics, scores from the SAT and ACT, however, <u>cannot</u> be combined to meet the PRC requirement.

> **For example:**
> *If a student earns a 530 in Math and 470 in ERW on his first attempt of the SAT and 510 in Math and 480 in ERW on his second attempt of the SAT, a school or district may superscore across both tests to use the 530 in Math and 480 in ERW from the two different dates.*
>
> *A similar superscore process may be used for ACT scores, as well.*
>
> *A student <u>cannot</u> combine a 530 in Math on the SAT with an 18 in English on the ACT.*

**D-10.    Do the SAT or ACT allow for accommodations?**

Yes. Accommodations must be worked out between the College Board or ACT and the individual student.

For the SAT, the College Board considers all requests for accommodations by students with documented disabilities. The College Board provides a wide range of accommodations, including but not limited to: extended time; computer use for essays; extra and extended breaks; scribes, modified settings, and reading and seeing accommodations such as readers, Braille, and large print. Before a student can take a College Board assessment using an accommodation, the accommodation must first be approved by College Board's Services for Students with Disabilities (SSD). Once a student's accommodations are approved by the College Board, they remain in effect until one year after high school graduation (with some limited exceptions), and can be applied to SAT, SAT Subject Tests, PSAT/NMSQT, and AP administrations.

For the SAT, most students work with their schools to submit accommodations requests online. Schools usually have an SSD Coordinator who helps students during the accommodations request process. To submit a request without the school's involvement, families must request a paper Student Eligibility Form from their counselor or SSD. This process can take up to 7 weeks. Additional information about services for Students with Disabilities can be found here.

ACT is committed to serving examinees with documented disabilities by providing reasonable accommodations appropriate to the examinee's diagnosis and needs. ACT has established policies regarding documentation of an examinee's disability, which can be found at ACT Policy for Accommodations Documentation (PDF). All accommodations and EL supports requests should be submitted by a student's school official by the published registration deadlines for the preferred test date. Here is ACT's Accommodations Checklist (PDF), as well as FAQs for Students and Parents (PDF). Additional information can be found here.

Schools should make every effort to ensure that students are provided with all accommodations.

**D-11.    Do the SAT or ACT allow for language accommodations?**

As of January 1, 2017, if EL students taking a state-funded SAT during the school day, they will have access to testing instructions in several native languages (and approved word-to-word bilingual glossaries). EL students taking a state-funded SAT during the school day can also receive more time on the exam (up to time-and-a-half) and will be able to take the test in a room with fewer distractions. This is offered <u>only</u> when a school or state contracts with College Board to offer in-school testing.

College Board does not offer language accommodations on AP tests.

For EL students, ACT offers supports that result in a college-reportable scores. The ACT-approve EL supports include:

- Extended time testing (50% time extension, self-paced, single session)
- Use of an approved word-to-word bilingual dictionary
- Use of test directions in the native language
- Testing in a familiar environment or small group

Additional information can be found here.

**D-12.    What is the Armed Services Vocational Aptitude Battery (ASVAB)?**

The ASVAB is a multiple-aptitude battery test that measures developed abilities and helps predict future academic and occupational success in the military. The ASVAB scores are used to:
1. Determine if an individual is qualified to enlist in one of the branches of the military, and
2. Assign that individual to an appropriate job in the military.

One of the most critical aspects of these scores is the Armed Forces Qualification Test (AFQT), which is used to determine if an individual is qualified to join the military service. Each service determines the minimum qualifying AFQT score for enlisting in that specific branch. The AFQT is comprised of a student's test results in Arithmetic Reasoning, Math Knowledge, and Verbal Composite. The Verbal Composite score is a combination of Word Knowledge and Paragraph Comprehension scores. Additional information can be found here and here.

**D-13.    What are the Armed Forces Qualification Test (AFQT) scores on the ASVAB?**

The AFQT is the score the military uses for enlistment and selection. AFQT scores are reported as percentiles between 1-99, indicating the percentage of examinees in a reference group who scored at or below that particular score.

To meet this Postsecondary-ready Competency for the Graduation Pathways, a student must earn at least a minimum AFQT score to qualify for placement into one of the branches of the US military, which is <u>currently set at the score of 31</u>. An AFQT score of 31 indicates that the examinee scored as well as or better than 31% of the nationally-representative sample of 18 to 23 year olds.

Each branch of the military has its own qualifying AFQT score.  For the 2017-18 school year, the scores are:

| | |
|---|---|
| Army | 31 |
| Marines | 31 |
| Navy | 35 |
| Air Force | 36 |
| Coast Guard | 45 |

The minimum score to qualify for placement into one of the branches of the military is subject to change by the military.

**D-14.   Does ASVAB allow accommodations?**

Accommodations are provided for in the ASVAB Career Exploration Program (CEP), including reading the test aloud, extra time, and enlarged print tests. However, all testing completed using an accommodation is invalid for enlistment purposes. Official ASVAB testing sites (Military Entrance Processing Stations and Military Entrance Test sites) do not provide accommodations during testing.

The ASVAB does <u>not</u> allow language accommodations for EL students.

**D-15.   In which grade can the ASVAB be taken?**

The ASVAB CEP is normed for students in grades 10, 11, and 12.

**D-16.   How often and how many times can the ASVAB be taken?**

After a student's first test of record, s/he must wait one calendar month to retake the test. S/he must wait an additional calendar month to take the test a third time. After two retests, a student must wait six calendar months to retake the ASVAB.  Scores may be used for enlistment for up to two years from the date of testing.

**D-17.   What are state- and industry-recognized credentials and certifications?**

The State Board of Education defines industry-recognized credentials as those credentials developed or supported by business and industry to verify student mastery of technical skills and competencies in an occupational area that aligns with Indiana's economic sectors.  They are approved by Indiana's Department of Workforce Development.

The list of state- and industry-recognized credentials and certifications can be found here.

Each credential within the list above was evaluated to determine the following:
1. Does this meet SBOE rule language as well as nationally understood definitions of industry certifications?
2. Does this credential meet minimum demand requirements determined using job projections data? This minimum requirement is 200 jobs available, which are connected to the successful completion of the certification, over the next ten years.
3. Does this credential meet minimum wage requirements determined using the twenty-fifth percentile of all wages for all occupations in Indiana in 2014?

Schools and employers may apply to add an industry recognized credential to the above listing via the Certification Request Form.  Applications to add certifications will be taken continuously and will be added through February 20 of each year. The list will be final each year on March 1.

**D-18.   Do industry-recognized credentials allow for accommodations?**

For industry certifications, such as welding, IT, and health certifications, the applicable industry decides whether it will allow for accommodations. The level of accommodations will vary based on the industry and the individual.

For industry certificates generally awarded by two-year colleges, such as Ivy Tech or Vincennes University, the college will have an accommodations policy. These also vary by institution and course. Additional information regarding accommodations for certifications can be found here.

**D-19.   What are federally-recognized apprenticeships?**

Apprenticeships are defined as intensive work-based learning opportunities that generally last from one to six years and provide a combination of on-the-job training and formal classroom instruction.  They are intended to support progressive skill acquisition and lead to postsecondary credentials and, in some cases, degrees.  Apprenticeships often involve 2,000 to 10,000 on-the-job hours.  Students 16-years-old or older may qualify for an apprenticeship.

Per the Indiana General Assembly, any apprenticeship program must be registered under the federal National Apprenticeship Act (29 U.S.C. 50 et seq.) or another federal apprenticeship program administered by the United States Department of Labor.  The list of federally recognized apprenticeships can be accessed here.

Governor Holcomb recently announced his intention to create an Office of Work-Based Learning and Apprenticeship in his Next Level agenda. Once in place, this Office would establish state-recognized pre-apprenticeships, which would satisfy this option.  More information from the Governor's Office is forthcoming.

**D-20.   Do apprenticeships qualify as both a Postsecondary-ready Competency and a work-based learning experience?**

Yes.  Because apprenticeships include a high number of on-the-job hours and lead to postsecondary credentials, they qualify as both a postsecondary-ready competency and a work-based learning experience.

**D-21.   Because apprenticeships can last from one to six years, how will we count those that go past high school graduation?**

Pre-apprenticeships and youth apprenticeships may be successfully completed upon graduation, allowing the student to earn the postsecondary-ready competency.  Partial completion of a full-time apprenticeship *while* in high school and intentions for continued enrollment at postsecondary level satisfies the postsecondary-ready competency requirement for the student.

**D-22.   What is a Career-Technical Education (CTE) concentrator?**

CTE Concentrator is a student who completes at least two (2) non-duplicative advanced courses (courses beyond an introductory course) within a particular program or program of study.

Indiana College and Career Pathways are defined by the State Board of Education as an aligned sequence of secondary and postsecondary courses.  They provide an aligned sequence of secondary and postsecondary courses leading to an industry-recognized credential, technical certification, or an associate or baccalaureate degree at an accredited postsecondary institution for careers that are high wage and/or high demand in Indiana. These Pathways were developed with input from business and industry, secondary and postsecondary education, and the public. Any approved Concentrator pathways listed on the DOE site does not need any SBOE approval.

There are currently 12 approved State Career Clusters.  These include:

- Agriculture
- Architecture & Construction
- Arts, AV Technology & Communication
- Business & Marketing
- Education & Training
- Health Science
- Hospitality & Human Services
- Information Technology
- Manufacturing & Logistics
- Public Safety
- STEM
- Transportation

The DOE provides course frameworks for these clusters and courses, which include a course description, specifications, standards and sequencing. Concentrators for Graduation Pathways must take the same CTE course sequences as those concentrators submitted for the Carl D. Perkins Act. For additional information, please click here.

"Preparing for College and Careers" and "Personal Financial Responsibility" (or "Adult Roles & Responsibilities" in some schools – to maintain local flexibility) are foundational Career and Technical Education courses. Please note that only Preparing for College and Careers is embedded into the course sequences of every CTE Pathway and counts towards Concentrator status.

Personal Financial Responsibility, however, is not embedded in any CTE Pathways and, therefore, it does not count towards Concentrator status. Adult Roles and Responsibilities, as well as Interpersonal Relationships, Child Development, Nutrition & Wellness, and Consumer Economics, only counts towards Concentrator in those pathways that has it listed as a CTE course.

This new definition of two advanced courses will begin with the 2023 graduating cohort. Students in 2019, 2020, 2021, and 2022 cohorts are grandfathered under the previous CTE Concentrator definition – earning at least 6 high school credits in a career sequence. School ma y opt to use this new definition of two courses for their current students.

### D-23.   Is the "C Average" requirement under CTE Concentrator a local determination?

A student pursuing the CTE Concentrator pathway must earn a C average or higher in at least six high school credits in a state approved College and Career Pathway (Program of Study).  The C average is locally determined based on the school's grading scale.

### D-24.   Is it a "C Average" in each course or a "C average" across both courses?

Per the Graduation Pathways policy, a student must a have a C average across both courses, rather than a C average in each of the courses.

> **For example:**
> Across the two advanced CTE courses, a student has a mean of a 2.0 on a 4.0 GPA scale.

### D-25.   Are AP/International Baccalaureate (IB)/Dual Credit requirements fulfilled through course or credit completion?

A student must take three courses or classes to fulfill this postsecondary-ready option.  This option is not based on high school credits.

> **For example:**
> A student takes AP US Government, AP Calculus A/B, and AP Biology.  He has fulfilled this pathway, since each one counts as one course or class and will total 3 courses.

### D-26.   For the AP/IB/Dual Credit option, what is the difference between a course being in a core content area or as part of a defined CTE sequence?

If a student is taking AP/IB/Dual Credit courses to meet the postsecondary-ready competency, either:

- One of the three courses must be in a core content area. The Core Transfer Library defines "core content" for dual credit/AP/IB requirement. Students pursuing liberal arts tracks must have at least one course corresponding with the CTL;

*OR*

- All three courses must be part of a defined CTE sequence.  A defined CTE sequence of courses is based on the Indiana College and Career Pathways.  These courses must correspond with the CTE Technical Dual Credit Crosswalk.

The Core Transfer Library is comprised of 88 of the most taken courses across all public Indiana universities and 6 private universities. These are the most common courses that are transferred between and accepted at all universities. These courses qualify for general education requirements at universities. The CTL includes courses that overlap with CTE (such as Introduction to Microcomputers) and in more diverse subject areas (such as foreign language).  Not all of these CTL courses are state-funded, though those on the Liberal Arts Priority Dual Credit Crosswalk are. These courses are paid for by the state for low-income students or cost $25 for students.

> **For example:**
> *A student can take three Dual Credit courses with one from the CTL: Finite Mathematics (from the CTL), Intro to Teaching as a Career, and Business Law.*
>                                      *OR*
> *A student can take all three courses as part of a defined CTE sequence: in the Engineering CTE pathway, this could include Digital Logic I, Intro to Robotics, and Advanced Architectural Software Applications.*

**D-27.   Is the "C Average" under AP/IB/Dual Credit a local determination?**

A student pursuing the AP/IB/Dual Credit pathway must earn a C average or higher in at least three courses or classes. The C average is locally determined based on the high school's grading scale.

**D-28.   Is it a "C Average" in each course or a "C average" across the three courses?**

Per the Graduation Pathways policy, a student must a have a C average across the three courses, rather than a C in each course.

> **For example:**
> *Across the three courses, a student has a mean of a 2.0 on a 4.0 GPA scale.*

**D-29.   Must a student take a dual credit course, or does dual enrollment also count?**

Dual credit is a high school based course, taught by the high school instructor, where a student earns both high school and college credit. Dual enrollment is a college based course, taught by college faculty, where a student earns both high school and college credit. Both dual enrollment and dual credit courses count for Graduation Pathways, as long as one of the three courses is in a core content area or all three in a curricular sequence.

For the Graduation Pathways, students do not have to take the corresponding dual credit exam to satisfy the PRC requirement.

**D-30.   What is the Cambridge International exam?**

Cambridge Assessment International Education (Cambridge International) is a part of the University of Cambridge. This program is an instructional system that aligns curriculum, pedagogy, and assessment for students in grades K-12.  The Cambridge scores are accepted for college credit or placement. Cambridge International is recognized by nearly 600 colleges and universities in the U.S.  In Indiana, Cambridge International is recognized by DePauw University, Indiana University, Purdue University, University of Evansville, University of Notre Dame, University of Indianapolis, and Wabash College.  Additional information can be found here.

The equivalent grade for Cambridge International is an E or higher on three Cambridge IGCSE Level exams.  One of these exams must be in a core content (e.g., English, Math, Science, or Social Studies).

**D-31.   What is the CLEP exam?**

CLEP exams are offered through the College Board.  Exam scores are evaluated by a postsecondary institution at the time of admission to determine if the student should be awarded college credit.  These exams are taken independent of a course. There are CLEP exams offered in the following subjects:

- Composition and Literature
- World Languages
- History and Social Sciences
- Science and Mathematics
- Business

One of these exams must be in a core content area (e.g., English, Math, Science, or Social Studies). The equivalent score for the CLEP exam is a 50 or higher on three exams to fulfill the Graduation Pathways requirement. Indiana institutions of higher education may require different scores in order to award college credit.  Additional information can be found here.

Each exam currently costs $85 per test.  Additional information can be found here.

**D-32.   Can a student mix and match AP, IB, Dual Credit, Cambridge International, and CLEP to fulfill this postsecondary-ready competency?**

Yes.  The three courses comprising this pathway can be a mix of any of the above courses and/or exams. One still must correspond with the CTL.

> ***For example:***
> *A student could mix-and-match by taking AP Microeconomics, Dual Credit German I, and Dual Credit Calculus I.*
>                                                        *OR*
> *A student could mix-and-match by taking IB Biology, IB Dance, and Dual Credit Spanish II.*
>                                                        *OR*
> *A student could mix-and-match by taking a CLEP exam for Intro for Psychology, a CLEP exam for Intro to Biology, and Dual Credit English Composition 1.*

**D-33.   Does a student have to take the corresponding AP/Cambridge International/IB exam?**

Yes.  Students must take the corresponding exam for their course in order to satisfy the PRC requirement.  They do not, however, have to earn a 3 or higher on AP exams, a 4 or higher on IB exams, or an E or higher on CI exams to satisfy this postsecondary-ready competency. The competency is based on the C average across the three courses. Though for some IB programs, students' IB exam scores do factor into their final grades.

**D-34.    What if a student earns a score of 3 or higher on an AP exam, 4 or higher on an IB exam, or E or higher on a CI exam?**

The student may substitute that score for the C requirement in that particular course. It is important to note, however, that the scores that serve in lieu of the C grade for Graduation Pathways cannot serve the same function for the Honors designation or a student's GPA. A student's eligibility to earn an Honors designation will continue to be based on their grades in the courses.

---

*For example:*
*If a student gets a D in AP US History, but a 4 on the AP exam, that student could substitute the 4 for his grade, if he desired.  His other two AP course grades will be used to calculate the C average.*

---

# E. Locally Created Pathways

**E-1.     What are the criteria and application questions for the Locally Created Pathway?**

Locally Created Pathways (LCPs) are locally determined competencies and/or assessments beyond the current PRCs that demonstrate a student has the necessary knowledge and skills to be successful after high school. There are three criteria an LCP must meet for approval:

1) **Criterion 1: Collaboration**: LCPs must be developed in collaboration (or partnership) with business & industry, postsecondary education & training providers, and/or community organizations. Additional partners may include other schools/districts, career and technical education centers, and other local partners (e.g., Workforce Investment Boards, Chambers of Commerce, Economic Development Boards, etc.).
   a. When possible, the LCP should align to regional economic needs and high wage and/or high demand data.

2) **Criterion 2: Competency**: Local Pathways must provide students with recognized postsecondary knowledge and skills (e.g., credits, credentials) that prepare students for meaningful postsecondary education/training and/or employment opportunities.

3) **Criterion 3: Continuous Improvement**: The LCP must be evaluated and continuously improved based upon the evaluation at the state and local level. If approved, the school will serve as a model and point of contact for other districts interested in adopting or creating a similar pathway.

The application questions fall under these three categories to ascertain detailed information about the proposed LCP.

1) Collaboration:
   a. Who is the collaborator for this Local Pathway? (Application **must** include at least <u>one</u> external partner).
   b. Are there any additional collaborators? (Optional.)
   c. Describe how the Local Pathway was developed with the collaborator. (Application **must** include letter(s) of support from partner(s) or other documents demonstrating collaboration in application submission.)
   d. Describe the collaborator's role in the Local Pathway.
   e. If applicable, describe how the proposed LCP is aligned to regional economic needs and high wage and/or high demand data.  These data may be from: DWD, Local Economic Development Board, and Burning Glass. Regional economic needs and high wage and/or high demand data may include: local current employment (number of jobs opened and/or filled), local occupational outlook (projected openings), or local asset mapping.  Cite or include related data or resources in application submission.

2) Competency:
   a. Describe the LCP's components as related to college- and career-readiness. (May include but is not limited to: final student work product; industry-recognized co-op or apprenticeship; course sequence; assessments; or description of the skills and academic knowledge.)
   b. Will this Local Pathway also fulfill the Employability Skills experience? If so, please explain how. (Optional.)
   c. How will this Local Pathway add currency for a student's postsecondary endeavors?

3) Continuous Improvement:
   a. What are the intended outcomes for students who complete this pathway?  Please be as specific as possible. (This may include but is not limited to: credentials, certificates, credits, enrollment in a specific institution or program, or employment in a specific sector/industry/occupation.)

    b.  How will the school and district measure student outcomes? (This may include but is not limited to: data from Indiana Career Explorer, Naviance, the Commission for Higher Education, Management Performance Hub, or the Department for Workforce Development, employer surveys, or student surveys.)

    c.  What process will the school and district have in place to evaluate and continuously improve the pathway based upon that evaluation?

## E-2.    What are Local CTE Concentrators?

A CTE Concentrator is a student who has earned at least six credits in CTE pathway courses in a state-approved College and Career Pathway (Program of Study). Indiana College and Career Pathways are defined by the State Board of Education as an aligned sequence of secondary and postsecondary courses that: 1) lead to a meaningful postsecondary outcome (i.e., industry-recognized credential, technical certification, or associate/baccalaureate degree), 2) are aligned with high-wage and/or high-demand job opportunities in Indiana, and 3) were developed with input from business and industry, secondary and postsecondary education, and the public.

A local CTE Concentrator still earns six credits, but in a sequence of courses that have been locally developed and then approved by the SBOE.

## E-3.    What are the criteria and application questions for Local CTE Concentrators?

The criteria and application questions for the Local CTE Concentrator are very similar to the LCP criteria with a few notable inclusions:

- **Criterion 1: Collaboration:** Local CTE Concentrator Pathways must be developed in collaboration (or partnership) with business & industry, postsecondary education & training providers, and/or community organizations. Optional partners may include neighboring schools/districts, career and technical education centers, and other local partners (e.g., Workforce Investment Boards, Chambers of Commerce, Economic Development Boards, etc.). NOTE: Local CTE Concentrators **must** be aligned to careers that are high wage and/or high demand.
  - a.  Applications for Local CTE Concentrators must describe how the proposed local pathway is aligned to regional economic needs and high wage and/or high demand data.

- **Criterion 2: Competency:** Local CTE Concentrator Pathways **must** lead to an industry-recognized credential, technical certification, stackable credits for an associate or bachelor degree, or other meaningful postsecondary education/training and/or employment opportunities.
  - a.  Applications for Local CTE Concentrators must identify the course titles, codes, and credits that will comprise this pathway and relates to the competency.

- **Criterion 3: Continuous Improvement:** Local CTE Concentrator Pathways must be evaluated and continuously improved based upon the evaluation at the local level. Applicant will serve as a model and point of contact for other districts interested in creating a similar pathway.

## E-4.    What is the approval process for both?

Upon submission, SBOE staff, in consultation with the Commission of Higher Education (CHE), Department of Education (DOE), and Department of Workforce Development (DWD) will conduct an Initial Review. The Initial Review will take at least thirty (30) business days from the receipt of the application, at which time, clarifying or follow-up questions and/or additional information may be sought regarding the application as part of the due diligence process.

Reviewers will utilize the rubric below to identify strengths and weaknesses in applications, as well as to determine a recommendation.

| Local Pathways Rubric - LCP and Local CTE Concentrator | | | | | |
|---|---|---|---|---|---|
| **Category** | **4** | **3** | **2** | **1** | **0** |
| **Collaboration: Articulated Collaboration** | Local Pathway has a clearly defined relationship with 2 or more required collaborators | Local Pathway has a clearly defined relationship with 1 of the required collaborators | Local Pathway has a defined relationship with one of the optional collaborators | Local Pathway has an unclear relationship with mandatory collaborator | No Collaborators |
| **Collaboration: Development and Role** | Collaborator had integral role in development and clear postsecondary articulation agreement and continued role in execution of pathway | Collaborator had integral role in development, but limited role in execution of pathway | Collaborator had limited role in development and/or continued execution | Collaborator had a role in development of pathway | Collaborator had no role in development or execution |
| **Competency: Components\*** | Culminating student work product or deliverable OR CTE Completer OR Industry-recognized Apprenticeship | Industry-recognized Co-Op OR Assessment OR 6 credits of sequenced courses + student work OR Study of parity to other PRCs | Detailed description of academic skills and knowledge OR Analysis of alignment to postsecondary-readiness OR Just course work w/ no culminating student work | Foundational/ introductory pathway = does not offer advanced course work or knowledge | No connected to any postsecondary opportunity |
| **Competency: Currency for Postsecondary** | Specific connection to postsecondary opportunities (e.g., enrollment at specific IHEs or employment in a specific occupation/sector) | General connection to postsecondary opportunities (e.g., gainful employment) | Simply employment or enrollment without elaboration | High school graduation/earning a diploma | Not aligned with any postsecondary opportunity |
| **Continuous Improvement: Intended Outcomes** | Clearly defined outcomes: Credentials; Credits; Certifications; enrollment; employment | General outcomes to postsecondary opportunities (e.g., gainful employment or allow upward mobility) | Simply employment or enrollment without elaboration | High school graduation/earning a diploma | No outcomes listed |
| **Continuous Improvement: Measuring student outcomes and Evaluation** | Clearly defined quantitative data source - Naviance, DWD, CHE, or MPH - and clearly defined evaluation tied to quantitative data and defined plan for improvement | Clearly defined qualitative data source (e.g., surveys) - and Clearly defined evaluation tied to qualitative data | Vague data source and Vaguely defined evaluation (tied to no data source) | Vague data source and/or evaluation | No data sources or plans listed |

Bonuses are one additional point each to LCP application

| | | |
|---|---|---|
| **Collaboration: Alignment to HW/HD data**\*\* **(Bonus points)** | Demonstrated alignment and clear connections between pathway and HW <u>AND</u> HD data through Burning Glass, Economic development Board, or DWD data = hard numbers and facts | Demonstrated alignment and clear connections between pathway and HW <u>OR</u> HD data through Burning Glass, Economic development Board, DWD data = hard numbers and facts |
| **Competency: Employability Skills** **(Allows LCP to meet criteria for 'box 2')** | Connects PBL/SBL/WBL with guidance all design principles and is an 'approved' experience | Offers an opportunity for PBL/SBL/WBL that is an 'approved' experience in the guidance |

24 Total points for LCP
28 Total points for Local CTE Concentrator
LCP Approval recommendation = 18 points or higher (without inclusion of bonus points)
Local CTE Concentrator = 21 points or higher (without inclusion of bonus points)
*Local CTE Concentrator must include course titles, codes, and credits
**Local CTE Concentrators must be aligned to HW/HD data

Requests for updates and/or changes to the application may be made to strengthen the LCP. Applicants will have ten (10) business days to respond to questions, provide additional information, and update applications.

Upon the completion of the Initial Review, staff will draft a final recommendation for SBOE consideration. The recommendation will be shared with applicant and SBOE at least one (1) week before the next scheduled Board meeting, pursuant to SBOE Operating Procedures.

The SBOE will approve, table, or reject the Local Pathway.
- *Approved Local Pathways:* Both the LCP or local CTE Concentrator joins state's "Graduation Pathways Library" and <u>all</u> Indiana schools may start utilizing the local pathway immediately.
- *Tabled/Rejected LCPs*: SBOE (in addition to DOE, CHE, and DWD) staff will work with applicant over the next two (2) months to address issues and resubmit.

**E-5.    What are 'substantive' differences between LCPs?**

Substantive changes include any changes to the <u>competencies</u> or <u>intended outcomes</u> in an LCP. If a school adopts an LCP and has any changes in the competency and intended outcomes with which students leaves, that would qualify the pathway as a new LCP. The school must resubmit the new LCP for approval using the application below.

**E-6.    Can courses within an LCP and a Local CTE Concentrator be substituted with others?**

For the LCP, if there is a course sequence, schools and districts may substitute courses if they lead to the same outcomes.

For Local CTE Concentrators, approved course sequences must be followed in order for the student to be considered a concentrator. Courses may <u>not</u> be substituted within those local pathways.

**E-7.    How can a school adopt an approved LCP?**

If adopted by other districts, the LCP's competencies, and outcomes must be the same. Schools and districts wishing to adopt an approved LCP will need to notify the SBOE by filling out this <u>form</u>, as well as follow this <u>guidance</u>.

**E-8.    What are the guidelines for the annual report?**

Any school using an LCP will present an annual report of LCP's effectiveness to the Board.  The reports will begin 2 years after an LCP is adopted statewide.  These written reports will be 1-2 pages will provide the following information to the SBOE:

- Number of students who have completed the LCP in the two-year period:
- Description of ongoing relationship with collaborator:
- Intended outcome for LCP:
- Number of students who have met that outcome:
- Number of students who have met similar outcomes (with explanation):
- Additional data trends:
- Description of how LCP will be improved:
- Description of the impact of LCP has on the community and region:
- Any noteworthy or outstanding student stories:
- Additional relevant information:

Reports will be due to the Board by July 1 of each year.  Schools and districts may be invited to present LCPs and data at SBOE meetings under the 'Best Practices' section of the agenda.  LCPs with inconsistent outcomes data may be reevaluated by the SBOE.

**E-9.    What is the timeline to apply?**

Applications for both local pathways will be reviewed on a rolling basis by the Review Team and the SBOE.  The deadline for submission for the 2018-19 school year is October 1, 2018.  Opportunities to apply for future school years are forthcoming.

**E-10.    Where can I find examples of approved LCPs (the LCP Library)?**

This website houses all of the LCPs, where guidance on how to adopt the approved LCPs can be found. The Pathway Practices library that feature programs and systems that can serve as a model for schools and districts.

# F. LOGISTICAL INFORMATION

**F-1.     How are the Employability Skills experience and Postsecondary-Ready Competency tracked?**

Per C-9, the school and district can track the student's experience and competency through the following options:
- Scholar Track;
- Indiana Career Explorer;
- Naviance;
- CourseNetworking ePortfolio; or
- Other tracking system as determined by the school.

**F-2.     How are these data reported to the Indiana Department of Education?**

The purpose of the graduation report (GR) data collection is to gather student information on students who graduated with a diploma, or left school with a certificate of completion, after September 30, 2017 and before October 1, 2018.  The GR data will impact A-F Calculation, graduation rate, Compass, and data shared with other state agencies and entities through data sharing agreements. This is a required collection for schools with graduating students in public schools (Traditional and Charter), accredited Nonpublic schools (Fully Accredited and Freeway), and non-state-accredited nonpublic schools participating in the Choice Scholarship program during the current reporting year. The required data should be collected, combined into GR file, and submitted to the Department of Education through the Application Center. The process for reporting graduates has not changed although the data for reporting on pathway attainment has.  These changes are described below.

For 2017-18, three optional fields have been added for the data collection to facilitate the collection of data on students who graduate after completing the Graduation Pathways.  These new fields are: 1) Employability skills, 2) Postsecondary-ready Competencies, and 3) Locally Created Pathway.  Graduation Pathways language is also embedded in the GR to reflect those students opting into the Pathways in lieu of the GQE. These optional fields should only be submitted for students who utilized the Graduation Pathways to graduate (i.e. they did not pass the necessary Graduation Qualifying Exams (GQE) or meet the GQE waiver requirements). These fields will NOT be available for submission until after the State Board of Education issues guidance on Graduation Pathways during the summer of 2018. Graduation data may be reported utilizing five (5) original fields IF students DO NOT utilize the Graduation Pathways to graduate. Schools do not have to wait to report data if the Graduation Pathways were not utilized.

**F-3.     How do schools and districts account for transient or mobile students?**

The same kinds of processes schools already use in determining how to award credit for classes a student is bringing to them but which do not match perfectly with the local requirements can be applied in determining a student's progress in all graduation requirements. Schools currently have broad discretion for making judgment calls about which courses to count, determining which standards were mastered, etc. The same kind of latitude can apply towards partially completed pathways, especially work in the Employability Skills experience and in pathways with particularly local flavors.  Schools must make progress on pathways part of the conversation with new students; similarly, schools should discuss questions of partial completion with the sending school.

Tracking students' progression or completion of components via the systems in F-1 may also facilitate issues related to transient students.

**F-4.     What about students who move from out-of-state?**

If a student in the graduating cohort of 2023 and beyond moves from a different state into Indiana, the student must complete the Pathways in order to graduate.  Our neighboring states – Illinois and Kentucky – have similar systems to Pathways, which may allow transference of students' credentials.

In addition, the student may be eligible for a waiver from the postsecondary-readiness component of the Graduation Pathways.  See B-11.

**F-5.     What documentation is required for audits?**

Documentation proving that a student met all three graduation requirements under the Graduation Pathways policy must be retained for each student via the school's chosen tracking system.
- For the diploma requirements: A student's transcript with courses and diploma designation earned
- For the Employability Skills experience: A student's product (see C-6)
- For the Postsecondary-ready Competencies: Exam scores, certificates, or course list

**F-6.     Who can provide additional information?**

For data reporting and accountability questions, please contact the Office of School Accountability.

For assessment questions, please contact the Office of Student Assessment.

For additional information and resources, please visit the Graduation Pathways website.

For specific questions regarding Graduation pathways, please contact DOEGradpathways@doe.in.gov.

Graduation Pathways Policy Guidance (version 5, May 4, 2018)

# G. DEFINITIONS, ACRONYMS, AND ABBREVIATIONS

**504 PLAN:** The 504 plan refers to Section 504 of the Rehabilitation Act, which specifies that no one with a disability can be excluded from participating in federally funded programs or activities.  A 504 Plan helps a child with special health care needs to fully participate in school.

**ACT:** The ACT test is a curriculum-based education and career planning tool for high school students that assesses the mastery of college-readiness standards.  It is frequently used in the college admissions process.

**AFQT:** The Armed Forces Qualification Test.  It is used to determine if an individual is qualified to join the military service. Each service determines the minimum qualifying AFQT score for enlisting in that specific branch.  The AFQT is the score the military uses for enlistment and selection.

**AP:** Advanced Placement.  This is a program of college-level courses offered at many high schools. Courses are available in many subject areas, including English, history, humanities, languages, math, psychology and science.

**APPRENTICESHIP:** An intensive work-based learning experience that generally lasts from one to six years and provides a combination of on-the-job training and formal classroom instruction. It is intended to support progressive skill acquisition and lead to postsecondary credentials and, in some cases, degrees. It involves 2,000 to 10,000 on-the-job hours and qualifies for both Work-based Learning and postsecondary-ready competency due to both demonstration of employability skills and acquisition of postsecondary credentials. Students who are 16-years-old or older may qualify for an apprenticeship. Per the Indiana General Assembly, any apprenticeship program must be registered under the federal National Apprenticeship Act (29 U.S.C. 50 et seq.) or another federal apprenticeship program administered by the United States Department of Labor.

**ASVAB:** The ASVAB is a multiple-aptitude battery of tests that measures developed abilities and helps predict future academic and occupational success in the military.

**CAMBRIDGE INTERNATIONAL:** Cambridge Assessment International Education (Cambridge International) is a part of the University of Cambridge.  This program is an instructional system that aligns curriculum, pedagogy, and assessment for students in grades K-12.

**CAREER CLUSTER:** Career Clusters are a way of organizing groups of closely related careers as identified by industry and education leaders and other stakeholders. Career Clusters identify a common core of knowledge and skills, both academic and technical, for a broad set of careers allowing all learners to pursue a wide range of career opportunities from entry level through management and professional levels. Indiana and most other states list careers under the 16 national Career Clusters to organize pathways.

**CCC:** Case conference committee. This determines the education and related services and supports for special education students.

**CHE:** Commission for Higher Education.

**CLEP EXAM:** College-Level Examination Program. These exams are offered through the College Board.  Exam scores are evaluated by a postsecondary institution at the time of admission to determine if the student should be awarded college credit.  These exams are taken independent of a course.

**COLLEGE AND CAREER PATHWAYS (PROGRAM OF STUDY):** Indiana's College and Career Pathways are defined as an aligned sequence of secondary and postsecondary courses that lead to an industry-recognized credential or technical certification, or an associates or baccalaureate degree at an accredited postsecondary institution, or a registered apprenticeship in:

- An occupation labeled as high wage and moderate/high demand in Indiana, or

Graduation Pathways Policy Guidance (version 5, May 4, 2018)

- An occupation within the eight emerging career areas identified in the Indiana Strategic Skills Initiative or approved by the Pathways Management Team.

**CO-OP:** Cooperative.  This approach to Work-based Learning links academic programs with structured work experiences through which participants acquire professional and technical skills. Participants earn academic credit for work carried out over a period of time under the supervision of a professional mentor. Federal and state student employment and cooperative education laws must be followed.

**CTE:** Career and Technical Education. In CTE programs, students will learn how core school subjects like math, science, and writing are used in real-life through hands-on training in a chosen program.

**CTE CONCENTRATOR:** A CTE Concentrator is an Indiana student who completes at least two non-duplicative advanced courses (courses beyond an introductory course) within a particular program or program of study (revised November 2016).

**CTE COMPLETER:** A CTE Completer is a **CTE Concentrator** who has taken the state-specified pathway assessment in a state approved College and Career Pathway (revised January 2012).

**CTE TECHNICAL DUAL CREDIT CROSSWALK:**  High school CTE courses taught by high school faculty, adjunct college faculty or college faculty either at the high school, at the college or university, or sometimes through online courses or distance education that can qualify for postsecondary degree credit.

**CTL:** Indiana Core Transfer Library. The CTL is a comprehensive, continually updated list of courses that are pre-approved for transfer between all Indiana public college and university campuses and six independent colleges and universities (assuming adequate grades were earned).

**CTSO:** Career and Technical Student Organizations.

**DOE:** Department of Education.

**DUAL CREDIT:**  A high school based course, taught by the high school instructor, where a student earns both high school and college credit.

**DUAL ENROLLMENT:** A college based course, taught by college faculty, where a student earns both high school and college credit.

**DWD:** Department of Workforce Development.

**EL:** English Learner.  These are students who are learning English as a new language.

**EMPLOYABILITY SKILLS EXPERIENCE:** Employability skills standards may include Indiana's Employability Skills Benchmarks. Demonstrations of employability skills are experiences that enable students to apply essential academic, technical, and professional skills and find engagement and relevancy in their academic careers through such means as Project-based Learning, Work-based Learning, or Service-based Learning. Demonstrations of employability skills can occur over the course of a student's high school career, which begins July 1 prior to the start of school and extends through September 30 post-graduation.
Any demonstration needs to be validated locally by:
- Student work product **AND**
- School validation.

**FERPA:** Family Educational Rights and Privacy Act.

Graduation Pathways Policy Guidance (version 5, May 4, 2018)

**GRADUATION PATHWAYS:** These are new graduation requirements passed by the State Board of Education in December 2017.  The Graduation Pathways will serve in lieu of the graduation qualifying exams.  Indiana high school students must satisfy all three of the following Graduation Requirements:

1.  Earn one of the following Indiana High School Diploma designation options:
    - Core 40 designation;
    - Academic Honors designation;
    - Technical Honors designation;
    - General designation (Note: students must opt-out of the Core 40 Diploma designation upon parental request in order to earn the General designation).

2.  Learn and Demonstrate one of the following Employability Skills options:
    - Completion of a project-based learning experience;
    - Completion of a service-based learning experience;
    - Completion of a work-based learning experience.

    **_AND_**

3.  Demonstrate one of the following Postsecondary-Ready Competencies:
    - Honors designation: Fulfill all requirements of either the Academic or Technical Honors designation;
    - ACT: Earn the college-ready benchmark scores;
    - SAT: Earn the college-ready benchmarks scores;
    - Armed Services Vocational Aptitude Battery (ASVAB): Earn at least a minimum Armed Forces Qualification Test (AFQT) score to qualify for placement into one of the branches of the US military;
    - State- and Industry-recognized Credential or Certification;
    - Federally-recognized Apprenticeship;
    - Career-Technical Education Concentrator: Earn a C average or higher in at least six (6) high school credits in a career sequence;
    - AP/International Baccalaureate/Dual Credit/Cambridge International courses or College Level Examination Program (CLEP) Exams: Earn a C average or higher in at least three (3) courses;
    - Locally Created Pathway that earns the approval of the State Board of Education by meeting its framework.

**IB:** International Baccalaureate.  IB offers an education for students from age 3 to 19, comprising of four programmes that focus on teaching students to think critically and independently, and how to inquire with care and logic. IB teachers and coordinators develop and promote the IB's curriculums in almost 5,000 schools globally every day, in over 150 countries around the world.

**IEP:** Individual Education Plan.

**ILP:** Individual Learning Plan. This is a formal plan developed for students who are learning English as a new language.

**INTERNSHIP:** This provides participants with an opportunity to learn about career or industry by working for an employer in a field of interest over a period of time.  It is a form of experiential learning, often tied to a program of study, which enables participants to gain applied experience, build professional and technical skills, and make connections in a field of interest.

**JAG:** Jobs For America's Graduates. This is a state-based, national non-profit organization dedicated to preventing dropouts among young people who are most at-risk. JAG's mission is to keep young people in school through graduation and provide work-based learning experiences that will lead to career advancement opportunities or to enroll in a postsecondary institution that leads to a rewarding career.

Graduation Pathways Policy Guidance (version 5, May 4, 2018)

JAG students receive adult mentoring while in school and one year of follow-up counseling after graduation. The JAG program is funded through grants provided by the Indiana Department of Workforce Development.

**JROTC:** Junior Reserve Officers' Training Corps.

**LIBERAL ARTS PRIORITY DUAL CREDIT CROSSWALK:** Dual credit courses that are legislatively prioritized and state-funded. Low-income students may take these courses at no cost; all other students may take these courses for $25.

**LCP:** Locally Created Pathway.  They are locally determined competencies and/or assessments beyond the current competencies that demonstrate a student has the necessary knowledge and skills to be successful after high school. There are three criteria an LCP must meet for approval: 1) Collaboration, 2) Competency, and 3) Continuous Improvement.

**NATIONALLY-RECOGNIZED COLLEGE ENTRANCE EXAM:** An assessment used by colleges and universities throughout the nation in determining student admissions**.**

**PBL:** Project-based Learning.  This is an Employability Skills experience. It allows students to gain knowledge and skills by working for an extended period of time to investigate and respond to an authentic, engaging and complex question, problem, or challenge. The project is framed by a meaningful problem to solve or a question to answer, at the appropriate level of challenge. Students engage in a rigorous, extended process of asking questions, finding resources, and applying information. Students often make their project work public by explaining, displaying and/or presenting it to people beyond the classroom.

**PRE-APPRENTICESHIP:** This is an apprenticeship program that has waived some of the entry requirements or pre-requisites for a student who, when he or she turns 18, enters a registered apprenticeship program.
Registered Apprenticeships may knock off 6 months or a year of their required apprenticeship training if completes a pre-apprenticeship program.

**PRC:** Postsecondary-Ready Competency.  This is a way to determine if students have demonstrated college- and career-readiness through their academics.  The competency also gives students currency for their postsecondary endeavors by providing transferrable academic and technical skills, credits, and credentials that can be used to secure postsecondary enrollment, employment, or enlistment.

**PSAT:** Preliminary SAT. This is a test given to students in grades 10-11 in the fall to provide exposure to college admissions tests, primarily the SAT.

**OCR:** Office of Civil Rights, which is housed in the U.S. Department of Education.

**SAT:** Created by the College Board, the SAT i**s** an entrance exam used by most colleges and universities to make admissions decisions. The SAT measures what students have learned in high school and what they will need to succeed in college.

**SBL:** Service-based Learning. This is an Employability Skills experience. It integrates meaningful service to enrich and apply academic knowledge, teach civic and personal responsibility (and other employability skills), and strengthen communities.  SBL can be classified by three core indicators:
1. Integrating academic study with service experience;
2. Reflecting larger social, economic, and societal issues; and
3. Collaborating efforts between students, schools, and community partners.

**SBOE:** State Board of Education.

**SP:** Service Plan.

Graduation Pathways Policy Guidance (version 5, May 4, 2018)

**SSD:** Services for Students with Disabilities.  These accommodation services are approved by the College Board for the PSAT, SAT, and AP assessments.

**USED:** U.S. Department of Education.

**WBL:** Work-Based Learning. This is an Employability Skills experience. It is a strategy to reinforce academic, technical, and social skills learned in the classroom through collaborative activities with employer partners. Work-based learning experiences allow students to apply classroom theories to practical problems, to explore career options, and pursue personal and professional goals. It includes activities that occur in workplaces and involve an employer assigning a student meaningful job tasks to develop his or her skills, knowledge, and readiness for work.