

# INDIANA ACADEMIC STANDARDS FOR PHYSICAL EDUCATION

2017

**EXHIBIT N**

**INDIANA ACADEMIC STANDARDS FOR PHYSICAL EDUCATION**
**HIGH SCHOOL**

# Introduction

Physical education is an academic discipline that involves the study of human movement and its impact on health and quality of life. Although not synonymous, both physical education and physical activity are important and necessary elements of being a healthy individual.  Both also have short- and long-term influences on the physical and educational development of children and adolescents. Physical education in schools provides all students access to a standards-based sequence of learning which promotes health and physical literacy, as well as the motivation to engage in the health-enhancing physical activity needed to achieve and maintain a balanced, healthy life over a lifetime.

**Physical literacy** is defined by SHAPE America – Society of Health and Physical Educators as "the ability to move with competence and confidence in a wide variety of physical activities in multiple environments that benefit the healthy development of the whole person."  The **goal of physical education** is to "develop **physically literate** individuals who have the knowledge, skills and confidence to enjoy a lifetime of healthful physical activity. To pursue a lifetime of healthful physical activity, a physically literate individual—

- Has learned the skills necessary to participate in a variety of physical activities
- Knows the implications and the benefits of involvement in various types of physical activities
- Participates regularly in physical activity
- Is physically fit
- Values physical activity and its contributions to a healthful lifestyle."[1]

# Standards Development

In 2017, a team of professionals comprised of Indiana educators, post-secondary professors and community partners, collaborated to develop the latest edition of the Indiana Academic Standards for Physical Education.  It was through their leadership, hard work, research, expertise and dedication that this document has become a dynamic resource to address and promote the health and wellness of students in Indiana.

The Indiana Academic Standards for Physical Education align closely with the National Standards, developed by SHAPE America – Society of Health and Physical Educators (SHAPE) in 2014. Both emphasize the unique role of physical education programs in developing health-related fitness, movement competence, and promoting physical activity so students can adopt active lifestyles. Quality physical education programs are important because they provide learning experiences that meet the developmental needs of children and help improve mental alertness, academic performance, readiness to learn, and enthusiasm for learning. The 2017 Indiana Academic Standards for Physical Education will be fully implemented beginning in the 2018-2019 school year.

---

[1] Source: National Standards & Grade-Level Outcomes for K-12 Physical Education, SHAPE America—Society of Health and Physical Educators, Reston, VA; 2014. http://www.shapeamerica.org/events/physicalliteracy.cfm

**INDIANA ACADEMIC STANDARDS FOR PHYSICAL EDUCATION**
**HIGH SCHOOL**

## Standards Content and Purpose

The Standards reflect what a physically educated student should know and be able to do at each grade level (PreK-12). Five standards, with accompanying benchmarks and outcomes are provided for each grade level. Benchmarks provide the desired learning objectives and academic expectations that schools and teachers want students to achieve. The outcomes are provided to define the knowledge, skills, and behaviors that are expected of students at the end of various grade levels, and can serve as guidelines for assessing student performance. In some cases, instructional examples are provided, indicated as "such as" within the outcome statements. These examples are intended to help illustrate possible teaching strategies and activities. The suggestions are only a starting point, and are **NOT** exclusive or exhaustive. Many additional possibilities exist.

The five Physical Education standards are:

- **Standard 1**:  The physically literate individual demonstrates competency in a variety of motor skills and movement patterns.
- **Standard 2:**  The physically literate individual applies knowledge of concepts, principles, strategies and tactics relate to movement and performance.
- **Standard 3:**  The physically literate individual demonstrates the knowledge and skills to achieve and maintain a health-enhancing level of physical activity and fitness.
- **Standard 4:**  The physically literate individual exhibits responsible personal and social behavior that respects self and others.
- **Standard 5:**  The physically literate individual recognized the value of physical activity for health, enjoyment, challenge, self-expression and/or social interaction.

The Indiana Academic Standards for Physical Education are **NOT** curriculum. Standards serve as a gauge for mastery, and are designed to be the foundation and guide for teachers, schools and corporations as they develop an aligned curriculum and set of learning experiences in physical education. The curricula should be designed to help students understand the benefits of achieving and maintaining a physically active lifestyle, and learning the skills necessary for performing a variety of physical activities. Identifying the sequence of instruction at each grade level —what will be taught and for how long—requires concerted effort and attention at the corporation and school levels. While the Standards may have examples embedded, and resource materials may include guidelines and suggestions, the Standards do not prescribe any particular curriculum. Curricular tools, including textbooks, are selected by the corporation/school and adopted through the local school board.

## Structure of the Standards and Outcomes

The table below demonstrates the structure of the 2017 Indiana Academic Standards for Physical Education as they compare to the previous set of standards (2010). A "key" is also provided in the table for guidance in the interpretation of the standards. The new structure and format of the Standards strengthens the educator's implementation of scope and sequencing between grade levels, and supports teachers in their development of age-appropriate lesson plans. Differences in cultural norms and access to resources outside of school should be considered in instruction, and alternative activities to engage students should be included. The Standards should not, however, be used to compare students. Mastery of the outcomes for one grade level serves as a foundation for attaining competency of the outcomes for the next grade level. Educators can use the grade-level outcomes as starting points for instruction, and as checkpoints to ensure that the Standards are being taught and applied. All educators

are expected to implement the learning standards and outcomes for all students. However, as needed, educators should use their own understanding of their students to make the necessary adjustments to their instruction.

## Indiana Academic Standards for Physical Education Comparison: 2010 vs. 2017

| 2010 Academic Standards for Physical Education | 2017 Academic Standards for Physical Education |
|---|---|
| *Standard 3*: Physical Activity: Students participate regularly in physical activity.<br><br>*Standard 4*: Health-Enhancing Physical Fitness: Students achieve and maintain a health-enhancing level of physical fitness. | *Standards 3 and 4* have been combined into one standard, now Standard 3: The physically literate individual demonstrates the knowledge and skills to achieve and maintain a health-enhancing level of physical activity and fitness. |
| **2010 Physical Education Academic Standards** | **2017 Physical Education Academic Standards** |
| Explanation and example of coding system utilized to identify each grade level standard:<br><br>### Example:<br><br>**3.1.4** Demonstrate movement skills and patterns following specific rhythms.<br><br>Example: Perform a ball routine consisting of a bounce, pass and catch with a partner in rhythm to the music.<br><br>- **3** = Grade<br>- **1 = Standard**: provides a broad definition of the knowledge and skills that students should acquire by the end of this grade level<br>- **4 = Indicator:** supports the standards by showing learning targets for each grade level, to be used when developing lesson plans and curricula<br>- **Example:** optional strategies and activities to use in instruction to implement the Standard | Explanation and example of coding system utilized to identify each grade level standard:<br><br>### Example:<br><br>**4.1.2.A** Jumps and lands in the horizontal and vertical planes using a mature pattern within activities (such as in dance, educational gymnastics and small-sided practice tasks and game environments).<br><br>- **4** = Grade<br>- **1 = Standard:** provides a broad definition of the knowledge and skills that students should acquire by the end of this grade level<br>- **2 = Benchmark**: desired learning objectives and academic expectations that schools and teachers want students to achieve<br>- **A = Outcome:** statements that describe significant and essential learning that learners have achieved and can reliably demonstrate at the end of a course or program. Learning outcomes identify what the learner will know and be able to do by the end of a course or program. |

**INDIANA ACADEMIC STANDARDS FOR PHYSICAL EDUCATION**
**HIGH SCHOOL**

| | |
|---|---|
| | ● "**Such as**": Optional examples which illustrate possible teaching strategies and activities, taking into account the resources, equipment and expertise available in each school. The suggestions are only a starting point, and are **NOT** exclusive or exhaustive. Many additional possibilities exist. |
| *Example:*<br><br>**9.5.2** Relate the benefits of physical activities to social and emotional well-being.<br><br>Example: Participate with friends and/or family in physical activities to relax, relieve stress.<br><br>● **9 = Grade** (HS Level 1; PE 1 & 2 Required Courses)<br>● **5 = Standard**: provides a broad definition of the knowledge and skills that students should acquire by the end of this grade level<br>● **2 = Indicator**: supports the standards by showing learning targets for each grade level, to be used when developing lesson plans and curricula<br>● **Example:** optional strategies and activities to use in instruction to implement the Standard | *Example:*<br><br>**HSL1.2.1.A** Applies the terminology associated with exercise and participation in individual-performance activities (such as dance, net/wall games, target games and/or outdoor pursuits appropriately).<br><br>● **HSL1 = Grade** (HS Level 1; PE 1 & 2 Required Courses)<br>● **2 = Standard:** provides a broad definition of the knowledge and skills that students should acquire by the end of this grade level<br>● **1 = Benchmark**: desired learning objectives and academic expectations that schools and teachers want students to achieve<br>● **A = Outcome:** statements that describe significant and essential learning that learners have achieved and can reliably demonstrate at the end of a course or program. Learning outcomes identify what the learner will know and be able to do by the end of a course or program.<br>● "**Such as**": Optional examples which illustrate possible teaching strategies and activities, taking into account the resources, equipment and expertise available in each school. The suggestions are only a starting point, and are **NOT** exclusive or exhaustive. Many additional possibilities exist. |
| *Example:*<br><br>**10.5.6** Apply game rules accurately and fairly during physical activity.<br><br>Example: Officiate an intramural, youth and/or community physical activity contest.<br><br>● **10 = Grade** (HS Level 2; Elective Physical Education)<br>● **5 = Standard**: provides broad definition of the knowledge and skills that students should acquire by the end of this grade level | *Example:*<br><br>**HSL2.5.1.B**<br><br>Improves on activity-specific skill in one or more genres (such as: hip hop, line, modern, ballet, cultural, swing, or ballroom).<br><br>● **HSL2 = Grade** (HS Level 2; Elective Physical Education)<br>● **5 = Standard:** provides broad definition of the knowledge and skills that students should acquire by the end of this grade level<br>● **1 = Benchmark**: desired learning objectives and academic expectations that schools and teachers want students to achieve |

**INDIANA ACADEMIC STANDARDS FOR PHYSICAL EDUCATION**
**HIGH SCHOOL**

| | |
|---|---|
| ● **6 = Indicator**: supports the standards by showing learning targets for each grade level, to be used when developing lesson plans and curricula<br>● **Example** = optional strategies and activities to use in instruction to implement the Standard | ● **B = Outcome:** statements that describe significant and essential learning that learners have achieved and can reliably demonstrate at the end of a course or program. Learning outcomes identify what the learner will know and be able to do by the end of a course or program.<br>● "**Such as**": Optional examples which illustrate possible teaching strategies and activities, taking into account the resources, equipment and expertise available in each school. The suggestions are only a starting point, and are **NOT** exclusive or exhaustive. Many additional possibilities exist. |

The standards in this document were informed by *National Standards & Grade-Level Outcomes for K-12 Physical Education*. (SHAPE America, Society of Health and Physical Educators, 2014).

**INDIANA ACADEMIC STANDARDS FOR PHYSICAL EDUCATION**
**HIGH SCHOOL**

**Standard 1: The physically literate individual will demonstrate competency in a variety of motor skills and movement patterns.**

*High school students typically attain proficiency of motor skills and movement patterns within units of instruction they are familiar with and strive toward proficiency in more novel units of instruction.  The key element in facilitating a physically literate high school student is to afford them choice.*

|  | **High School Level 1 (PE I & II, Required Courses)** | **High School Level 2 (Elective PE)** |
|---|---|---|
|  | *Lifetime Activities* | |
| **1. Outdoor Pursuits, Individual, Partner/Team Sports** | Demonstrates **competency** in activity-specific movement skill in two or more lifetime activities such as **outdoor pursuits, individual performance activities, aquatics, net/wall games or target games.** (HSL1.1.1.A) | Improves on activity-specific skill in one or more activities (such as biking, orienteering, badminton, tennis, soccer, volleyball, basketball, ultimate). (HSL2.1.1.A) |
| **2. Dance and Rhythms** | Demonstrates **competency** in one or more of the following: jump rope, tinikling sticks (jump bands), Zumba, hip hop, modern, square, line, social or choreographing a dance routine). (HSL1.1.2.A) | Improves on activity-specific skill in one or more genres such as: jump rope, tinikling (jump bands), Zumba, hip hop, line, modern, ballet, cultural, swing, or ballroom). (HSL2.1.2.A) |
| **3. Fitness Activities** | Demonstrates **competency** in one or more specialized skills in health-related fitness activities (such as Yoga, Pilates, resistance training, running, fitness walking, Zumba, aquatics, circuit training). (HSL1.1.3.A) | Improves on activity-specific skill in one or more activities (such as group exercise, circuit training, resistance training, Yoga, Pilates, martial arts, running, aquatics). (HSL2.1.3.A) |

**INDIANA ACADEMIC STANDARDS FOR PHYSICAL EDUCATION**
**HIGH SCHOOL**

**Standard 2: The physically literate individual applies knowledge of concepts, principles, strategies and tactics related to movement and performance.**

*High school students strive for improving their skill level in motor skills by applying learned concepts associated with movement and through analysis of their own skills. They bring together many disciplines such as physics and anatomy to gain a better understanding of how and why they move as they do. Students assume performance outcomes based on movement principles and plan their goals for improvement.*

|  | High School Level 1 (PE I & II, Required Courses) | High School Level 2 (Elective PE) |
|---|---|---|
| *Movement concepts, principles and knowledge* | | |
| 1. Movement Performance | Applies the terminology associated with exercise and participation in individual-performance activities (such as dance, **net/wall games, target games and/or outdoor pursuits appropriately**). (HSL1.2.1.A) | Applies concepts associated with self-selected activities for improvement of knowledge and **competency**. (HSL2.2.1.A) |
| | Uses **movement concepts** to analyze and improve performance of self and/or others in a selected skill. (HSL1.2.1.B) | Uses principles associated with self-selected activities to develop a plan for improved performance. (HSL2.2.1.B) |
| | Develops a practice plan to improve performance for a required or **self-selected skill.** (HSL1.2.1.C) | Utilizes strategies and tactics of selected activities for successful participation. (HSL2.2.1.C) |
| | Demonstrates **training principles** and knowledge to a required or **self-selected activity.** (HSL1.2.1.D) | Applies training principles and knowledge through a self-selected activity. (HSL2.2.1.D) |

**INDIANA ACADEMIC STANDARDS FOR PHYSICAL EDUCATION**
**HIGH SCHOOL**

**Standard 3: The physically literate individual demonstrates the knowledge and skills to achieve and maintain a health-enhancing level of physical activity and fitness.**

*High school students participate regularly in a variety of physical activities of interest and availability that can be continued for a lifetime. These activities are representative of the goals and objectives previously designed into the student's individual fitness program and are complementary to the student's strengths and activity preferences. Furthermore, they utilize learned principles and current practices to assess their own fitness levels using a variety of assessment tools. They analyze the results of these assessments and design a fitness program that meets their needs and interests and builds upon previously acquired fitness skills.*

|  | **High School Level 1 (PE I & II, Required Courses)** | **High School Level 2 (Elective PE)** |
|---|---|---|
| *Fitness* | | |
| 1. Health-Related Fitness | Adjusts intensity to keep heart rate in the **target zone**, calculates **recovery heart rate** and applies both to a **personal fitness plan**. (HSL1.3.1.A) | Applies technology (such as wearable devices, mobile device apps, and/or social media tools) to support physical activity and lifetime fitness habits. (HSL2.3.1.A) |
| | Demonstrates muscular strength and muscular endurance exercises effectively (**isometric, concentric, eccentric**), such as using resistance bands, body weight, free weights, and resistance-training machines for personal fitness development. (HSL1.3.1.B) | Displays basic competence and/or growth in each **health-related fitness** component and associated activities, such as: <br><br>Cardiovascular Fitness: fitness center equipment (such as treadmill, elliptical, bike ergometers, row machine, etc.) group aerobic exercise, circuit training, dance, running/walking, swimming, etc. <br><br>Muscle Fitness: <br>a. **Strength**: Resistance training with free weights or selectorized machines, powerlifting/Olympic lifting, TRX, Kettlebell training, etc. <br>b. **Endurance**: bodyweight training, calisthenics, Resistance bands, TRX, Yoga/Pilates, etc. |
| | Demonstrates flexibility exercises (**static, dynamic, proprioceptive neuromuscular facilitation (PNF)** for personal fitness development. (HSL1.3.1.C) | |
| | Designs and implements a fitness program, including all components of **health-related fitness**. (HSL1.3.1.D) | |

**INDIANA ACADEMIC STANDARDS FOR PHYSICAL EDUCATION**
**HIGH SCHOOL**

|  | High School Level 1 (PE I & II, Required Courses) | High School Level 2 (Elective PE) |
|---|---|---|
| *1. Health-Related Fitness* |  | Flexibility:<br>a. **Active & Passive**<br>   i. **Dynamic, Static, and Ballistic** stretching (individually or with a partner): common stretch and hold techniques, partner assisted stretches or activation stretches.<br><br>Body Composition<br>a. Maintains a healthy caloric / energy balance for an active lifestyle.<br>(HSL2.3.1.B) |
| *Physical Activity* | | |
| *2. Physical Activity Knowledge* | Investigates the relationship between **physical activity**, nutrition, and **body composition**.<br>(HSL1.3.2.A) | Identifies **fitness principles** (such as overload, recovery, specificity) and can apply them to a variety of physical activities in their **personal fitness plan**.<br>(HSL2.3.2.A) |
| | Evaluates risks and safety factors that might affect physical preferences throughout the lifespan.<br>(HSL1.3.2.B) | Lists opportunities to increase daily **physical activity**.<br>(HSL2.3.2.B) |
| | Investigates activities that can be pursued in the local environment (such as health clubs, recreational leagues, indoor/outdoor trails, community centers).<br>(HSL1.3.2.C) | Describes community and school resources to engage in physical activity.<br>(HSL2.3.2.C) |

**INDIANA ACADEMIC STANDARDS FOR PHYSICAL EDUCATION**
**HIGH SCHOOL**

| | High School Level 1<br>(PE I & II, Required Courses) | High School Level 2<br>(Elective PE) |
|---|---|---|
| *Physical Activity* | | |
| 2. Physical Activity Knowledge | Identifies issues associated with exercising in various types of weather conditions (such as heat, humidity, and cold).<br>(HSL1.3.2.D) | |
| 3. Engagement in Physical Activity | Participates regularly in **physical activity** outside of the school day.<br>(HSL1.3.3.A) | Meets or exceeds the threshold of accumulating 60 minutes of daily moderate to vigorous physical activity (MVPA), including in and out-of-school time.<br>(HSL2.3.3.A) |
| 4. Physical Activity and Nutrition Planning | Understands the relationship between caloric intake, physical activity and body composition.<br>(HSL1.3.4.A) | Adjusts daily nutritional intake to meet physical activity levels that work toward their own body composition goal.<br>(HSL2.3.4.A) |
| 5. Individual Plan | Designs and implements a personal fitness and nutrition plan (assessment scores, goals for improvement, plan of activities for improvement, log of activities to reach goals, timeline for improvement.)<br>(HSL1.3.5.A) | Designs and uses a personal fitness plan that incorporates the **health-related fitness** components and follows the key principles of training.<br>(HSL2.3.5.A) |
| *Stress* | | |
| 6. Stress Management | Identifies stress-management strategies such as mental imagery, relaxation techniques, deep breathing, aerobic exercise, meditation to reduce stress.<br>(HSL1.3.6.A) | Explains the positive health outcomes related to managing stress from engaging in regular physical activity and lifetime fitness pursuits.<br>(HSL2.3.6.A) |

**INDIANA ACADEMIC STANDARDS FOR PHYSICAL EDUCATION**
**HIGH SCHOOL**

**Standard 4: The physically literate individual exhibits responsible personal and social behavior that respects self and others.**

*High school students recognize the influence of physical activity, exercise, and sport on society. They analyze the effects of cultural differences on the various types of physical activities, exercise, and sports seen in different parts of the world. Students explore the history and purpose of international competition and compare games and physical activities in different countries. They begin to develop their own feelings about inclusion of people with physical, cultural, and emotional differences in the physical activities in which they participate. Students analyze environments and situations for safety and apply this analysis to their physical activities to ensure maximum positive results with minimum safety hazards. They anticipate potential conflicts and strive to prevent them from happening or quickly resolve conflicts that do occur in socially acceptable ways.*

|  | High School Level 1 (PE I & II, Required Courses) | High School Level 2 (Elective PE) |
|---|---|---|
| 1. Personal Responsibility | Employs effective self-management skills to review time commitments (among individual student's curricular/extracurricular agenda) to identify barriers and modify physical activity and exercise patterns accordingly. (HSL1.4.1.A) | Takes responsibility for engaging in daily physical activity and regular participation in lifetime fitness pursuits (such as trying out new activities, giving full effort and attention to the opportunities before them, being a positive role model for others, etc.). (HSL2.4.1.A) |
| 2. Rules and Etiquette | Exhibits proper etiquette, respect for others and teamwork while engaging in **physical activity**. (HSL1.4.2.A) | Adheres to established or developed rules for participation in physical activities, respects the **etiquette** aspects of participation, and displays a positive disposition. (HSL2.4.2.A) |
| 3. Working With Others | Solves problems and thinks critically when working with others during **physical activity,** both as an individual and in groups. (HSL1.4.3.A) | Modifies the physical activity or lifetime pursuit so that all ability levels are meaningfully engaged. (HSL2.4.3.A) |
|  |  | Demonstrates the ability to engage in leadership roles in various physical activity settings to help facilitate successful participation (such as proposing rules/modifications, helping resolve conflicts, or deciding on an outcome). (HSL2.4.3.B) |

**INDIANA ACADEMIC STANDARDS FOR PHYSICAL EDUCATION**
**HIGH SCHOOL**

|  | **High School Level 1 (PE I & II, Required Courses)** | **High School Level 2 (Elective PE)** |
|---|---|---|
| *4. Safety* | Both demonstrates and applies best practices for participating safely in **physical activity** and **exercise** (such as injury prevention, proper alignment, hydration, use of equipment, implementation of rules, sun protection). (HSL1.4.4.A) | Differentiates an **inherent risk** versus an **unsafe practice.** (HSL2.4.4.B) |

**INDIANA ACADEMIC STANDARDS FOR PHYSICAL EDUCATION**
**HIGH SCHOOL**

**Standard 5: The physically literate individual recognizes the value of physical activity for health, enjoyment, challenge, self-expression and/or social interaction.**

*High school students recognize and respect that participating in physical activity can be accomplished in a lot of ways and for a lot of reasons. They can justify that each path to physical activity is unique and that it may change during various stages of life. A physically literate high school student values the various reasons for living a physically active life and can independently develop a plan for being active throughout their life.*

|  | High School Level 1 (PE I & II, Required Courses) | High School Level 2 (Elective PE) |
|---|---|---|
| **1. Benefits** | Explains physical health benefits of attaining or exceeding the daily recommended 60 minutes of **MVPA**. (HSL1.5.1.A) | Analyzes physical health benefits of attaining or exceeding the daily recommended 60 minutes of **MVPA.** (HSL2.5.1.A) |
|  | Identifies the relationship between engaging in physical activities and positive outcomes related to social interaction. (HSL1.5.1.B) | Substantiates the relationship between engaging in regular physical activity and positive outcomes related to **cognition and/or academic readiness**. (HSL2.5.1.B) |
|  | Identifies opportunities for social interaction in a **self-selected physical activity.** (HSL1.5.1.C) | Articulates positive **social outcomes** of trying a new physical activity with others. (HSL2.5.1.C) |
| **2. Expression** | Participates in a **self-selected** physical activity for self-expression and enjoyment. (HSL1.5.2.A) | Shares the many ways that people of all ability levels and interests can accomplish 60 minutes of MVPA daily. (HSL2.5.2.A) |
|  | Chooses a new physical activity and/or choose an appropriate level of challenge to experience success. (HSL1.5.2.B) | Highlights the personal growth aspects of engaging in a **novel** physical activity. (HSL2.5.2.B) |