Indiana Department of Education
Academic Standards Course Framework

## INTERPERSONAL RELATIONSHIPS

*Interpersonal Relationships* is an introductory course that is especially relevant for students interested in careers that involve interacting with people. It is also valuable for all students as a life foundation and academic enrichment. This course addresses knowledge and skills needed for positive and productive relationships in career, community, and family settings. Major course topics include communication skills; leadership, teamwork, and collaboration; conflict prevention, resolution, and management; building and maintaining relationships; and individual needs and characteristics and their impacts on relationships. A project-based approach that utilizes higher order thinking, communication, leadership, and management processes, and fundamentals to college and career success is recommended in order to integrate these topics into the study of interpersonal relationships. Direct, concrete language arts proficiencies will be applied. Service learning and other authentic applications are strongly recommended. This course provides a foundation for continuing and post-secondary education for all career areas that involve interacting with people both inside and outside of a business/organization, including team members, clients, patients, customers, and the general public.

- DOE Code: 5364
- Recommended Grade Level: Grade 9, 10, 11, 12
- Recommended Prerequisites: None
- Credits: 1 credit per semester, maximum of 2 credits
- This course is one of the six FACS courses from which students may choose three to fulfill the required Health and Safety credit—See Rule 511 IAC 6-7-6 (6)
- Counts as a Directed Elective or Elective for the General, Core 40, Core 40 with Academic Honors and Core 40 with Technical Honors diplomas

**Career and Technical Student Organizations (CTSO)**
Career and Technical Student Organizations (CTSO) are a powerful instructional tool when integrated into Career and Technical Education programs. They enhance the knowledge and skills students learn in a course by allowing a student to participate in a unique program of career and leadership development. Students should be encouraged to participate in FCCLA (Family, Career and Community Leaders of America), the CTSO for Family and Consumer Sciences.

| Content Standards | | |
|---|---|---|
| **Domain 1 – Personal, Academic, and Career Success** <br> **Core Standard 1** Integrate processes of thinking, communication, leadership, and management in order to apply interpersonal relationships knowledge and skills. | | |
| | **Standards** | |
| | IR-1.1 | Demonstrate components of critical thinking, creative thinking, and reasoning |
| | IR-1.2 | Evaluate effective communication processes in school, family, career, and community settings |
| | IR-1.3 | Demonstrate leadership that encourages participation and respect for the ideas, perspectives, and contributions of group members |
| | IR-1.4 | Apply management, decision-making, and problem solving processes to accomplish tasks and fulfill responsibilities |

**EXHIBIT O**

|   | IR-1.5 | Examine interrelationships among thinking, communication, leadership, and management processes to address individual, family, community, and workplace issues |
|---|---|---|
|   | IR-1.6 | Demonstrate fundamentals to college and career success (e.g. strong work ethic, time-management, positive attitude, adaptability/flexibility, stress resilience, accountability, self-discipline, resourcefulness, cooperation, self-assessment) |
|   | IR-1.7 | Apply standards of ethical behavior when making judgments or taking personal actions |
|   | IR -1.8 | Apply knowledge gained through research to solve problems and communicate ideas in fields related to interpersonal relationships. |

**Domain 2 – Building and Maintaining Relationships**
**Core Standard 2** Examine processes for building and maintaining various types of relationships in career, community, and family settings.

|   | Standards | |
|---|---|---|
|   | IR-2.1 | Analyze purposes and expectations of various types of relationships in career, community, and family settings |
|   | IR-2.2 | Explore impacts of multiple life roles and responsibilities on relationships |
|   | IR-2.3 | Examine and contrast characteristics and consequences of healthy and unhealthy relationships in career, community, and family settings. |
|   | IR-2.4 | Distinguish codes of conduct and their impacts on relationships in career, community, and family settings |
|   | IR-2.5 | Discuss careers that draw on knowledge and skills for interacting with people |

**Domain 3 – Impacts of Individual Needs and Personal Characteristics**
**Core Standard 3** Evaluate individual needs and personal characteristics and their impacts on interpersonal relationships.

|   | Standards | |
|---|---|---|
|   | IR-3.1 | Examine ways relationships are influenced by personal characteristics and stages of physical, intellectual, emotional, social, and moral development |
|   | IR-3.2 | Evaluate influences of personal needs and wants and on relationships in career, community, and family settings |
|   | IR-3.3 | Consider effects of self-esteem and self-image on relationships in career, community, and family settings |
|   | IR-3.4 | Analyze impacts of personal standards and behaviors on relationships in career, community, and family settings |
|   | IR-3.5 | Examine impacts of stress management on relationships in career, community, and family settings |

**Domain 4 – Communication Skills**
**Core Standard 4** Demonstrate communication skills that contributeto relationships in career, community, and family settings.

|   | Standards | |
|---|---|---|
|   | IR-4.1 | Describe basic components of the communication process (i.e., source, encoding, channel, decoding, receiver, feedback, context) |
|   | IR-4.2 | Evaluate and apply attitudes that contribute to effective communication in career, |

|  |  | community, and family settings |
|---|---|---|
|  | IR-4.3 | Demonstrate effective listening and feedback techniques and assess their influences on relationships in career, community, and family settings |
|  | IR-4.4 | Analyze strategies to overcome communication barriers in career, community, and family settings |
|  | IR-4.5 | Analyze principles of ethical communication in career, community, and family settings |
|  | IR-4.6 | Assess impacts of selection and use of communication technologies on relationships in career, community, and family settings. |
|  | IR-4.7 | Choose appropriate communication methods and styles for business and social situations |
| **Domain 5 – Conflict Prevention, Resolution, and Management** <br> **Core Standard 5** Evaluate effective conflict prevention, resolution, and management techniques. |||
|  | **Standards** ||
|  | IR-5.1 | Describe key components of preventing, resolving, and managing conflicts in career, community, and family settings |
|  | IR-5.2 | Demonstrate effective responses to conflict and harassment in career, community, and family settings |
|  | IR-5.3 | Implement strategies to increase tolerance of individual or group differences; prevent bullying, violence, and abuse; and encourage peaceful resolution of conflict in career, community, and family settings |
|  | IR-5.4 | Assess community resources, services, and agencies that support conflict prevention, resolution, and management |
| **Domain 6 – Leadership, Teamwork, and Collaboration** <br> **Core Standard 6** Demonstrate leadership, teamwork, and collaboration in career, community, and family settings. |||
|  | **Standards** ||
|  | IR-6.1 | Evaluate leadership styles and techniques, including democratic/collaborative and authoritarian, as used in career, community, and family settings |
|  | IR-6.2 | Create an environment that encourages and respects the ideas, perspectives, and contributions of all group members in career, community, and family settings |
|  | IR-6.3 | Demonstrate strategies to motivate, encourage, and build trust among group members in career, community, and family settings |
|  | IR-6.4 | Demonstrate ways to organize and delegate responsibilities in career, community, and family settings |
|  | IR-6.5 | Create strategies to integrate new members into the team in career, community, and family settings |
|  | IR-6.6 | Demonstrate processes for cooperating, compromising, and collaborating in career, community, and family settings |