UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PENDLETON HEIGHTS GAY-STRAIGHT ALLIANCE, an unincorporated association, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:21-cv-02480-JRS-TAB |
| SOUTH MADISON COMMUNITY SCHOOL CORPORATION, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**Supplemental Declaration of Reece Axel-Adams**

Reece Axel-Adams, being duly sworn, says that:

1.      This declaration is a supplement to the declaration I previously filed in this case.

2.      I continue to be a senior at Pendleton Heights High School

3.      I have attached to this supplemental declaration a photograph that I took in November of this year of a poster displayed in Pendleton Heights High School for Outdoor Adventure Club.

4.      The teachers mentioned on the poster, Mr. Hinton and Mrs. Neeley, who I believe are sponsors of Outdoor Adventure Club, do not teach physical education. Mr. Hinton teaches math and Mrs. Neeley is a language arts teacher.

5.      I am aware through its advertisements that Outdoor Adventure Club mentions various activities such as caving, paint ball, kayaking, skiing, cliff climbing, and

[1]

snowboarding. These are not subjects that are taught at Pendleton Heights High School.

Nor are they activities available during the normal physical education curriculum at the

school.

## Verification

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: _____
12/14/2021 | 3:18 PM EST

DocuSigned by:

*Reece Axel-Adams*

3F92188B6B574C7...

Reece Axel-Adams

Prepared by:

Kenneth J. Falk
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202



Let's go

CAVING!!!

Join Outdoor
Adventure Club
Dec 10-11  $55

Marengo Cave, IN

See Mr. Hinton 220
or Mrs. Neeley 109