UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PENDLETON HEIGHTS GAY-STRAIGHT ALLIANCE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:21-cv-02480-JRS-TAB |
| SOUTH MADISON COMMUNITY SCHOOL CORPORATION, PRINCIPAL, PENDLETON HEIGHTS HIGH SCHOOL, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**Order on Request to Enter Final Judgment**

On December 22, 2021, the Court issued a preliminary injunction ordering Defendants to provide the Pendleton Heights Gay-Straight Alliance with rights equal to those of other noncurriculum related clubs, as required by the Equal Access Act, 20 U.S.C. § 4071, *et seq*. (ECF No. 20.) Currently before the Court is the Parties' Stipulation and Request to Enter Final Judgment. (ECF No. 22.) The Parties outline the steps Defendants have taken to comply with the preliminary injunction and request that the Court issue a final judgment "permanently enjoining [D]efendants from denying equal access and recognition to the [P]laintiff." (ECF No. 22 at 2.) Having reviewed the Stipulation and Request, the Court finds that a permanent injunction should enter in this case and **grants** the Parties' Request. The injunction shall issue separately.

   **SO ORDERED**.

1

Date: 2/3/2022

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to registered parties of record via CM/ECF.

2