UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PENDLETON HEIGHTS GAY-STRAIGHT ALLIANCE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:21-cv-02480-JRS-TAB ) |
| SOUTH MADISON COMMUNITY SCHOOL CORPORATION, PRINCIPAL, PENDLETON HEIGHTS HIGH SCHOOL, | ) ) ) ) ) |
| Defendants. | ) |

**Permanent Injunction**

The Parties agree that under the Equal Access Act, 20 U.S.C. § 4071, *et seq.*, the Pendleton Heights Gay-Straight Alliance ("PHGSA") must be accorded the same benefits and privileges as any other noncurriculum related club at Pendleton Heights High School. The Court previously found that the PHGSA demonstrated a likelihood of success on the merits of its Equal Access Act claim, as the Defendants provided at least one other noncurriculum related club, the Outdoor Adventure Club, with access to certain benefits that were not provided to the PHGSA. The Court issued a preliminary injunction requiring Defendants to provide the PHGSA with rights equal to those of other noncurriculum related clubs.

Subsequently, Defendants took numerous steps to assure equality of treatment of the PHGSA. Further, Defendants are developing new policies and procedures to continue to assure this equality of treatment. The Parties jointly requested that the

1

Court issue final judgment and permanently enjoin Defendants from denying the PHGSA equal access and recognition.

Accordingly, Defendants are **permanently enjoined** from denying equal access and recognition to the PHGSA as a noncurriculum related group. The PHGSA shall be accorded all rights and privileges granted to any other noncurriculum related group.

**SO ORDERED**.

Date: 2/3/2022

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Distribution to registered parties of record via CM/ECF.