UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PENDLETON HEIGHTS GAY-STRAIGHT ALLIANCE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:21-cv-02480-JRS-TAB ) |
| SOUTH MADISON COMMUNITY SCHOOL CORPORATION, *et al.*, | ) ) ) |
| Defendants. | ) ) |

### Order

Final Judgment having been entered in this case, and the plaintiff having filed its Notice of Resolution of its claim for attorneys' fees and costs, and the Court having reviewed the Notice finds that there are no pending issues in this case and the case is therefore CLOSED.

SO ORDERED.

Date: 3/11/2022

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

To:   All ECF-registered counsel of record

[1]